UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
www.flsb.uscourts.gov

In re:  Case No.: 18-13389-BKC-RBR

SUMMIT FINANCIAL CORP.,  Chapter 11

    Debtor.
_____/

**DEBTOR-IN-POSSESSION'S EMERGENCY MOTION FOR AUTHORITY TO PAY PRE-PETITION CLAIMS OF CRITICAL VENDORS**

**\*\* Emergency Hearing Requested Pursuant to Local Rule 9075-1 \*\***

**The Debtor requests an emergency hearing in this matter, as its ability to preserve its business and assets, and ultimately reorganize, will be adversely affected if its critical vendors cease doing business with the Debtor due to the Debtor's failure to honor pre-petition invoices payable to such vendors. Therefore, the Debtor respectfully requests that this Motion be set for hearing on or before March 29, 2018.**

Debtor-in-Possession, Summit Financial Corp. (the "Debtor"), through its proposed undersigned counsel and pursuant to 11 U.S.C §§ 105(a) and 363(b), Fed. R. Bank. P. 6004, and Local Rules 9013-1(K) and 9075-1, requests the Court enter an order authorizing the Debtor to pay pre-petition amounts owed to certain critical vendors, as set forth below, and states:

**Jurisdiction**

1. This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The statutory predicates for the relief requested is 11 U.S.C. §§ 105 and 363.

**Background**

3. On March 23, 2018 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code.

4. The Debtor continues to manage and operate its business as a debtor-in-

_____
Leiderman Shelomith Alexander + Somodevilla, PLLC
Miami | Fort Lauderdale

possession pursuant to §§ 1107 and 1108 of the Bankruptcy Code.  No trustee or examiner has been appointed.

5.     The Debtor is in the business of providing financing by purchasing and servicing retail installment sales contracts originated at franchised automobile dealerships and select independent used car dealerships located throughout Florida.  The Debtor is family-owned and has operated successfully for over 34 years. The Debtor employs 43 employees throughout Florida. The Debtor operates at 100 NW 100 Ave, Plantation, FL 33324.

6.     This Chapter 11 filing was precipitated by a large number of defaults of retail installment sales contracts caused by Hurricane Irma, which resulted in the Debtor defaulting on its obligations to its secured lender(s).  The Debtor's cash flow was impacted by Hurricane Irma that made landfall in Florida on September 10, 2017.

7.     FEMA reported as of October 16, 2017 that approximately 2,148,134 businesses in Florida, Georgia, Puerto Rico and the Virgin Islands were potentially impacted by the storm, with 2,108,378 businesses in 48 Florida counties (including 258,684 businesses in Broward) potentially being impacted[1]. The Debtor is one of those 258,684 Broward businesses affected by the storm.  Due to the hurricane, all throughout Florida, major roadways and interstates were either closed or were not available, power outages lasted for days, and in some locations, weeks, and individuals were prevented from working and ultimately making their car payments to the Debtor.  These challenges resulted in a domino effect by causing a delay in the receipt of revenue, which could be utilized by the Debtor.

---

[1] *See* Dun & Bradstreet, "Impact of Hurricane Irma", http://www.dnb.com/utilitypages/businesses-impacted-from-hurricane-irma.html.

## Relief Requested

8.       The Debtor seeks the entry of an order, pursuant to 11 U.S.C. §§ 105(a) and 363(b), authorizing it to pay pre-petition claims of certain critical vendors whose continued goods and services are necessary to the Debtor's ongoing business operations and the replacement of which at this point would be either impossible or cost-prohibitive to the Debtor and the estate, even after accounting for full payment of all of the pre-petition amounts owed such critical vendors. For the reasons set forth below, the Debtor believes that good cause exists for the relief requested.

9.       A schedule identifying the 17 critical vendors that the Debtor seeks authority to pay, with respect to pre-petition debt, the amount owed each such vendor and a brief description of the goods or services provided to the Debtor by each vendor is attached hereto as Exhibit "A". These critical vendors are owed a total pre-petition amount of $111,844.51 and the Debtor's proposed payment(s) to these critical vendors, as approved by such critical vendors, total $111,844.51, as more specifically set forth in Exhibit "A".

10.      In order to avoid the significant risks associated with failure to pay pre-petition amounts owed these critical vendors, the Debtor believes that it is necessary and appropriate to seek authorization to make these payment amounts.

11.      Payment of the pre-petition amounts due the critical vendors is vital to the Debtor's continued business operations and its ability to timely reorganize in Chapter 11. In particular, the Debtor asserts that: (a) the goods and/or services provided by the critical vendors are absolutely necessary to the Debtor's ongoing business operations; (b) the termination of such goods and/or services would likely force an imminent shutdown of the Debtor's business operations; and (c) the Debtor cannot obtain such goods and/or services at a lower cost from alternative providers (or at all, in some instances), even after full payment of the pre-petition amounts owed the critical vendors.

_____
Leiderman Shelomith Alexander + Somodevilla, PLLC
Miami | Fort Lauderdale

## Basis for Relief Requested

12. "Chapter 11 debtors usually seek to have the issuance of critical vendor orders to convince creditors to continue to do business with them throughout the Chapter 11 reorganization. These orders, commonly known as "critical vendor orders", authorize the payment of certain pre-petition liabilities because of the alleged "critical nature" of certain suppliers, goods and services in order to preserve the on-going concern value of the debtor's business". *In re Jeans.com, Inc.*, 502 B.R. 250, 252 (Bankr. D.P.R. 2013).

13. Although there is currently no statutory provision in the Bankruptcy Code that expressly authorizes the payment of pre-petition debts to critical vendors, courts often use the "doctrine of necessity" to authorize payments of pre-petition claims of critical vendors. *See In re Ionosphere Clubs, Inc.,* 98 B.R. 174, 176 (Bankr. S.D.N.Y. 1989) (recognizing that the "doctrine of necessity" permits a court to authorize a Chapter 11 debtor to pay pre-petition claims where such payment is essential to the debtor's continued business operations).

14. Bankruptcy courts have also recently utilized 11 U.S.C. § 105(a) together with 11 U.S.C. § 363 "to justify the grant of a critical vendor order under appropriate circumstances". *In re Jeans.com, Inc.*, 502 B.R. at 257.  "The practical justification of allowing payment of critical vendors under section 363 is the recognition that there are instances where vendors not paid for prior deliveries will refuse to make new ones. In such cases, manufacturers . . . that have a critical need for certain products will be unable to continue in business without the continued supply of those products". *In re Tropical Sportswear Int'l Corp.*, 320 B.R. 15, 19 (Bankr. M.D. Fla. 2005).

15. These courts have held that the payment of pre-petition amounts to critical vendors should be allowed when the record establishes that: (a) the payments are necessary to the reorganization process; (b) a sound business justification exists in that the

critical vendors(s) refuse to continue to do business with the debtor absent being afforded critical vendor status; and (c) the disfavored creditors are at least as well off as they would have been had the critical vendor order not been entered. *Id.* at 17. *See also In re Jeans.com, Inc.*, 502 B.R. at 257 (same).

16. In order to conduct the Debtor's business, it uses several software programs that are specifically customized with the Debtor's proprietary information. Furthermore, because the Debtor is in fact lending money for the purchases of automobiles, it is imperative that upon default, the Debtor be able to collect its collateral using specialized repossession agents and software programs that allow the upmost efficiency and safety. In some instances, the software programs are only provided by a handful of companies and have specifications that are tailor-made for the Debtor.

17. Upon information and belief each of the critical vendors listed in the attached Exhibit "A" will express that they will refuse to continue to do business with the Debtor, absent being afforded critical vendor status.

18. There will be no prejudice to unsecured creditors resulting from the Court's authorization for the Debtor to honor the pre-petition debts as requested herein, since such payment(s) are absolutely critical to the Debtor's continued operations and efforts to reorganize in Chapter 11. Accordingly, authorizing the Debtor to pay the critical vendors will benefit both favored and disfavored creditors and the entire estate. Due to the vital importance of the critical vendors to the reorganization process, the Debtor respectfully submits that payment of the pre-petition amount owed them is necessary and appropriate. Such payments will not prejudice creditors, but rather will protect their interests.

19. Finally, the Court's authorization of the payment of the pre-petition amounts owed the critical vendors shall not be deemed to constitute the post-petition assumption of any executory contract or unexpired lease under 11 U.S.C. § 365.

Case 18-13389-RBR    Doc 9    Filed 03/26/18    Page 6 of 11

Page 6 of 6

**Local Rule 9075-1 Certification**

20.    Undersigned counsel is in the process of working with counsel for Bank of America, regarding the issues described herein. Therefore, undersigned counsel hereby certifies that he attempted to resolve this matter prior to filing this Motion but was unable to fully and completely resolve any and all issues that exist.

WHEREFORE, the Debtor respectfully requests entry of an Order authorizing the Debtor's payment of the pre-petition amounts owed the critical vendors as set forth on the attached Exhibit "A", and for such other and further relief as the Court deems just and proper.

Dated: March 26, 2018.

LEIDERMAN SHELOMITH ALEXANDER + SOMODEVILLA, PLLC
Proposed Bankruptcy Counsel for the Debtor-in-Possession
2699 Stirling Road, Suite C401
Ft. Lauderdale, Florida 33312
Telephone: (954) 920-5355
Facsimile:  (954) 920-5371

By:_____/s/_____
    ZACH B. SHELOMITH
    Florida Bar No. 0122548
    zbs@lsaslaw.com
    FELIPE PLECHAC-DIAZ
    Florida Bar No. 0105483
    fpd@lsaslaw.com

LAW OFFICES OF DOUGLAS J. JEFFREY, P.A.
Proposed General and Special Counsel for the Debtor-in-Possession
6625 Miami Lakes Drive East, Suite 379
Miami Lakes, Florida 33014
Telephone: (305) 828-4744
Facsimile:  (305) 828-4718

By:_____/s/_____
    DOUGLAS J. JEFFREY
    Florida Bar No. 149527
    dj@jeffreylawfirm.com

_____
Leiderman Shelomith Alexander + Somodevilla, PLLC
Miami | Fort Lauderdale

**Exhibit "A" – LIST OF CRITICAL VENDORS**

| Name and Address | Amount Due | Details |
|---|---|---|
| Access Point Inc.<br>1100 Crescent Green, Suite 109<br>Cary, NC 27518 | $5,424.76 | **Description of the goods/services provided:** This vendor's services include broadband and dedicated internet access, hosted PBX, hosted IP, SIP Trunking, MPLS, wireless, local and long distance voice and many other communications technology services.<br><br>**Proposed payment:** $5,424.76<br><br>**Necessity of payment:** Upon information and belief this vendor would refuse to do business with the Debtor if the amount due was not paid in full. It would be impossible to procure the same or similar product from another vendor. Since this vendor has customized the hardware for the telecommunication system specifically to the Debtor's requirements, payment of the amount due is necessary to the Debtor's reorganization. |
| ALS Resolvion<br>8927 J M Keynes Drive, Suite 360<br>Charlotte, NC 28262 | $1,245.00 | **Description of the goods/services provided:** This vendor's services include tracking and repossession of Debtor's collateral for out of state repossessions. Vendor specializes in out of state collections and second placements (e.g., accounts that have previously been worked unsuccessfully by an agency as a primary placement).<br><br>**Proposed payment:** $1,245.00<br><br>**Necessity of payment:** Upon information and belief this vendor would refuse to do business with the Debtor if the amount due was not paid in full. The Debtor cannot obtain such services at a lower cost from alternative providers, even after full payment. |
| American Recovery Specialists<br>2296 W State Rd 84<br>Ft. Lauderdale, FL 33312 | $2,541.00 | **Description of the goods/services provided:** This vendor's services include tracking and repossession of Debtor's collateral for in-state repossessions. Vendor specializes in collections of collateral valued at $12,000.00 or less.<br><br>**Proposed payment:** $2,541.00<br><br>**Necessity of payment:** Upon information and belief this vendor would refuse to do business with the Debtor if the amount due was not paid in full. The Debtor cannot obtain such services at a lower cost from alternative providers, even after full payment. |
| Cedar Document Technologies<br>One Ravinia Drive, Suite 1700<br>Atlanta, GA 30346 | $34,157.73 | **Description of the goods/services provided:** This vendor's services include full spectrum channel management systems. Website administration, payment portal, customer processing, |

| | | |
|---|---|---|
| | | documentation management and delivery of information across all channels.<br><br>**Proposed payment:** $34,157.73<br><br>**Necessity of payment:** Upon information and belief this vendor would refuse to do business with the Debtor if the amount due was not paid in full. It would be impossible to procure the same or similar product from another vendor. This vendor has customized software programs specifically to the Debtor's requirements, payment of the amount due is necessary to the Debtor's reorganization. |
| Dealertrack<br>3400 New Hyde Park Road<br>New Hyde Park, NY 11042-1226 | $17,942.30 | **Description of the goods/services provided:** This vendor's services include a cloud based dealer management system program. The program provides application service and archiving of original decisions. The program integrates with the Debtor's LOS system. The program provides analytics into transactions, account balances, and dealership performance.<br><br>**Proposed payment:** $17,942.30<br><br>**Necessity of payment:** Upon information and belief this vendor would refuse to do business with the Debtor if the amount due was not paid in full. This vendor's program integrates with Debtor's current software platform, payment of the amount due is necessary to the Debtor's reorganization. |
| Defi Solutions<br>1026 Texan Trail<br>Suite 150<br>Grapevine, TX 76051 | $11,321.80 | **Description of the goods/services provided:** This vendor's services include the Loan Origination System (LOS). The LOS program houses all front-end information, metrics, calculations, and the complete audit trail of work.<br><br>**Proposed payment:** $11,321.80<br><br>**Necessity of payment:** Upon information and belief this vendor would refuse to do business with the Debtor if the amount due was not paid in full.  It would be impossible to procure the same or similar product from another vendor. Since this vendor has customized algorithmic software specifically to the Debtor's loan underwriting requirements, payment of the amount due is necessary to the Debtor's reorganization. |
| Digital Recognition Network<br>4150 International Plaza, Suite 800<br>Fort Worth, TX 76109 | $1,750.00 | **Description of the goods/services provided:** This vendor's services include unique vehicle location data analytics through license plate recognition technology.<br><br>**Proposed payment:** $1,750.00<br><br>**Necessity of payment:** Upon information and belief this vendor would refuse to do business with the Debtor if the amount due was not paid in full.  The vendor's services are an |

| | | |
|---|---|---|
| | | integral part of skip tracing and recovery activities, used extensively in the later stages and recovery of Debtor's collateral. The Debtor cannot obtain such services at a lower cost from alternative providers, even after full payment. |
| Dunbar Armored Inc. 50 Schilling Road, Hunt Valley, MD 21031 | $877.27 | **Description of the goods/services provided:** This vendor's services include armored car service used to transport daily deposits made at the office securely to the bank. **Proposed payment:** $877.27 **Necessity of payment:** Upon information and belief this vendor would refuse to do business with the Debtor if the amount due was not paid in full. The Debtor cannot obtain such services at a lower cost from alternative providers, even after full payment. |
| Falcon International 28 Fentress Blvd. Daytona Beach, FL 32114 | $2,990.00 | **Description of the goods/services provided:** This vendor's services include tracking and repossession of Debtor's collateral. Vendor specializes in-state collections but out of the local South Florida area. **Proposed payment:** $2,990.00 **Necessity of payment:** Upon information and belief this vendor would refuse to do business with the Debtor if the amount due was not paid in full. The Debtor cannot obtain such services at a lower cost from alternative providers, even after full payment. |
| Force One Recovery 4920 SW 104th Avenue Cooper City, FL 33328 | $3,850.69 | **Description of the goods/services provided:** This vendor's services include tracking and repossession of Debtor's collateral. The vendor specializes in South Florida repossessions, voluntaries, liens, and bailouts. The Vendor stores and transports collateral to disposal agents. **Proposed payment:** $3,850.69 **Necessity of payment:** Upon information and belief this vendor would refuse to do business with the Debtor if the amount due was not paid in full. The Debtor cannot obtain such services at a lower cost from alternative providers, even after full payment. |
| Megasys, Inc. 500 City Parkway West, Suite 350 Orange, CA 92868 | $3,439.98 | **Description of the goods/services provided:** This vendor's services include proprietary account service system software used exclusively by the Debtor to collect receivables. **Proposed payment:** $3,439.98 **Necessity of payment:** Upon information and belief this vendor would refuse to do business with the Debtor if the amount due was not paid in full. It would be impossible to procure the same or similar product from another vendor. |

| | | |
|---|---|---|
| | | This vendor has customized software programs specifically to the Debtor's requirements regarding collections, payment of the amount due is necessary to the Debtor's reorganization. |
| Microbilt<br>1640 Airport Rd.<br>Suite 115<br>Kennesaw, GA 30144 | $433.90 | **Description of the goods/services provided:** This vendor's services include data verification services used by the Debtor's floor agents to assist in locating past due accounts.<br><br>**Proposed payment:** $433.90<br><br>**Necessity of payment:** Upon information and belief this vendor would refuse to do business with the Debtor if the amount due was not paid in full. The Debtor cannot obtain such services at a lower cost from alternative providers, even after full payment. |
| Proshred Security<br>803 Pressley Road,<br>Unit 108<br>Charlotte, NC 28217 | $ 560.00 | **Description of the goods/services provided:** This vendor's services include secure document shredding service.<br><br>**Proposed payment:** $ 560.00<br><br>**Necessity of payment:** Upon information and belief this vendor would refuse to do business with the Debtor if the amount due was not paid in full. The Debtor cannot obtain such services at a lower cost from alternative providers, even after full payment. |
| Recovery Database Network<br>1620 S. Stapley Dr.<br>Suite 232<br>Mesa, AZ 85204 | $ 450.00 | **Description of the goods/services provided:** This vendor's services include tracking information regarding the disposal of collateral from the repossession agent's storage through to auction. The Debtor uses vendor's services to track sale dates and notes from auction(s) regarding sale of collateral.<br><br>**Proposed payment:** $450.00<br><br>**Necessity of payment:** Upon information and belief this vendor would refuse to do business with the Debtor if the amount due was not paid in full. The Debtor cannot obtain such services at a lower cost from alternative providers, even after full payment. |
| Sand Castle Field Services<br>165 Bishops Way<br>#150<br>Brookfield, WI 53005 | $ 180.00 | **Description of the goods/services provided:** This vendor's services include field visits, inspection services, valuation services, property maintenance and skip trace services. This vendor provides Debtor's collection department with an opportunity to establish contact with non-contact debtors.<br><br>**Proposed payment:** $ 180.00<br><br>**Necessity of payment:** Upon information and belief this vendor would refuse to do business with the Debtor if the amount due was not paid in full. The Debtor cannot obtain |

| | | |
|---|---|---|
| | | such services at a lower cost from alternative providers, even after full payment. |
| Storm Recovery<br>4313 SW 64th Ave<br>Davie, FL 33314 | $20,600.00 | **Description of the goods/services provided:** This vendor's services include tracking and repossession of Debtor's collateral for in-state repossessions. Vendor specializes in collections of collateral valued in excess of $12,000.00. The vendor provides skip traces exclusively for all of the past due accounts.<br><br>**Proposed payment:** $20,600.00<br><br>**Necessity of payment:** Upon information and belief this vendor would refuse to do business with the Debtor if the amount due was not paid in full.  The Debtor cannot obtain such services at a lower cost from alternative providers, even after full payment. |
| Tag Agency of Pinellas, Inc.<br>3050 Scherer Dr N, Suite B,<br>St. Petersburg, FL 33716 | $4,080.08 | **Description of the goods/services provided:** This vendor's services include title and registration services. This vendor provides all title services, such as repossession titles, mileage adjustment and name changes.<br><br>**Proposed payment:** $4,080.08<br><br>**Necessity of payment:** Upon information and belief this vendor would refuse to do business with the Debtor if the amount due was not paid in full.  The Debtor cannot obtain such services at a lower cost from alternative providers, even after full payment. |