**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **SUMMIT FINANCIAL CORP.,** | **Case No. 18-13389-RBR** |
| Debtor. | |

**DECLARATION OF KEVIN W. CORCORAN**
**REGARDING PRE-PETITION LOAN DOCUMENTS**

I, Kevin W. Corcoran, hereby declare as follows:

1.  I am over the age of 21 years, and I suffer from no legal or mental disabilities. I am competent to give this Declaration and in all respects to testify to the matters set forth herein, and I have personal knowledge of the facts contained in this Declaration.

2.  I give this Declaration on behalf of Bank of America, N.A., as administrative and collateral agent (in such capacity, the "Agent") for itself and BMO Harris Bank N.A. (collectively, together with their respective successors and assigns, "Pre-Petition Lenders" and together with Agent, "Pre-Petition Credit Parties"), in response to the motion for authority to use cash collateral and other motions filed by the Debtor Summit Financial Corp. (the "Debtor").

3.  I am a Vice President of Bank of America, N.A.

4.  Pursuant to that certain Third Amended and Restated Loan and Security Agreement dated as of February 14, 2017 (as at any time amended, modified, restated or supplemented, the "Pre-Petition Loan Agreement"; and collectively with certain related loan documents, as amended, the "Pre-Petition Loan Documents"), Pre-Petition Lenders established a

revolving credit facility (with a letter of credit subfacility) for the Debtor in an aggregate principal amount up to $110,000,000.

5.    As of March 23, 2018, the date on which the Debtor filed this bankruptcy case, the Debtor was indebted and liable to Pre-Petition Credit Parties under the Pre-Petition Loan Documents (i) for revolving credit loans in the approximate principal amount of $101,382,098, excluding accrued interest, charges, fees, expenses, legal expenses, and other amounts chargeable to the Debtor under the Pre-Petition Loan Documents, (ii) for fees, expenses, and other charges associated with depository accounts and other Bank Product Debt (as defined in the Pre-Petition Loan Agreement), and (iii) on a contingent basis in the approximate amount of $300,000 in face amount of standby letters of credit outstanding.

6.    In my position as a Vice President for Agent, I have personal knowledge of (i) the management and administration of commercial loans by Agent, including the revolving credit facility (and letter of credit sub-facility) established for the Debtor, and (ii) the creation, maintenance and storage of paper and electronic records related to commercial loans made by Agent, and specifically those paper and electronic records relating to the facility established in favor of the Debtor pursuant to the Pre-Petition Loan Documents. The records relating to the indebtedness, liabilities and obligations owing by the Debtor to Pre-Petition Credit Parties under the Pre-Petition Loan Documents are created, stored and maintained by Agent in the ordinary course of its business.

7.    Attached to this Declaration are true and correct copies of the following Pre-Petition Loan Documents, notices sent by Agent to the Debtor, and related business records maintained by Agent in the ordinary course of business:

Exhibit 1:    Third Amended and Restated Loan and Security Agreement dated as of February 14, 2017, among Agent, Pre-Petition Lenders, and Debtor;

Exhibit 2:    Amendment No. 1 to Third Amended and Restated Loan and Security Agreement dated as of May 4, 2017, among Debtor, Guarantors, Agent and Pre-Petition Lenders, and Ratification of Guaranty Agreements dated May 4, 2017, executed by Guarantors in favor of Agent and Pre-Petition Lenders;

Exhibit 3:    Notice of Events of Default and Reservation of Rights dated February 19, 2018;

Exhibit 4:    Reservation of Rights, Non-Waiver of Defaults and Second Amendment to Third Amended and Restated Loan and Security Agreement dated February 21, 2018, executed by Debtor, Guarantors, Agent and Pre-Petition Lenders, and Consent and Reaffirmation executed by Guarantors in favor of Agent and Pre-Petition Lenders;

Exhibit 5:    Reservation of Rights, Non-Waiver of Defaults and Third Amendment to Third Amended and Restated Loan and Security Agreement dated February 26, 2018, executed by Debtor, Guarantors, Agent and Pre-Petition Lenders, and Consent and Reaffirmation executed by Guarantors in favor of Agent and Pre-Petition Lenders;

Exhibit 6:    Notice of Events of Default and Reservation of Rights dated March 2, 2018;

Exhibit 7:    Reservation of Rights, Non-Waiver of Defaults and Fourth Amendment to Third Amended and Restated Loan and Security Agreement dated March 7, 2018, executed by Debtor, Guarantors, Agent and Pre-Petition Lenders, and Consent and Reaffirmation executed by Guarantors in favor of Agent and Pre-Petition Lenders;

Exhibit 8:    Reservation of Rights, Non-Waiver of Defaults and Fifth Amendment to Third Amended and Restated Loan and Security Agreement dated March 13, 2018, executed by Debtor, Guarantors, Agent and Pre-Petition Lenders, and Consent and Reaffirmation executed by Guarantors in favor of Agent and Pre-Petition Lenders;

Exhibit 9:    Notice of Events of Default and Reservation of Rights dated March 21, 2018; and

Exhibit 10:    UCC financing statements, amendments and continuations.

8.    All of the documents listed above and attached hereto were (i) created and maintained in the ordinary course of the Agent's business, (ii) made at or near the time of occurrence of the facts being recorded, (iii) made by a person with knowledge or by a person who obtained the information from those with knowledge, and (iv) kept in the course of Agent's

regularly conducted business activity and pursuant to the regular practices of Agent to make or keep the documents.

*[remainder of page intentionally blank; signature on following page]*

Pursuant to 18 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 26th day of March, 2018.

                                              Kevin W. Corcoran
                                              Vice President
                                              Bank of America, N.A.

Bank of America, N.A.
Four Penn Center
Suite 1100
1600 JFK Boulevard
Philadelphia, Pennsylvania 19103

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2018, a true and correct copy of the foregoing DECLARATION OF KEVIN W. CORCORAN REGARDING PRE-PETITION LOAN DOCUMENTS was served via the Court's Case Management/Electronic Case Filing system upon all parties entitled to receive notice in this case pursuant to BLR 9076-1(A), including the following parties:

Douglas J. Jeffrey, Esq.
Law Offices of Douglas J. Jeffrey, P.A.
6625 Miami Lakes Dr. E #379
Miami Lakes, FL 33014

Zach B. Shelomith
Leiderman Shelomith Alexander + Somodevilla, PLLC
2699 Stirling Rd. #C401
Ft. Lauderdale, FL 33312

Damaris Rosich-Schwartz
Office of the United States Trustee
51 S.W. 1st Avenue
Suite 1204
Miami, FL 33130

This 26th day of March, 2018.

                                               */s/ Michael Sullivan*
                                               Michael Sullivan
                                               Georgia Bar No. 964038
                                               (*Pro hac vice* admission pending)