UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
www.flsb.uscourts.gov

In re:                                                                            Case No. 18-13389-RBR

SUMMIT FINANCIAL CORP.,                                         Chapter 11

     Debtor.
_____/

**AMENDED NOTICE OF APPEARANCE AND REQUEST**
**FOR SERVICE OF ALL NOTICES AND PAPERS**

Pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, the law firm of Beth A. Hendler, P.A. hereby gives notice of their entry of appearance on behalf of ROBERT HENDLER IRA. ("Robert Hendler") and requests all notices, pleadings, motions, applications, and other documents filed and/or served in this case (including, but not limited to, all notices described in Rule 2002 of the Federal Rules of Bankruptcy Procedure) be sent to the following addresses:

        Beth A. Hendler, Esq.
        Beth A. Hendler, P.A.
        500 East Broward Blvd., Suite 1710
        Fort Lauderdale, Florida 33394
        Beth@bahpa.com

Nothing in this *Notice of Appearance* is intended to or shall be construed as a waiver by Robert Hendler of any objections to the Court's exercise of personal or subject matter jurisdiction herein or in any related matters or proceedings. Nor shall this appearance be deemed as a consent to the Court exercising jurisdiction over Robert Hendler or any real or personal or other property owned or controlled by Robert Hendler.

Furthermore, neither this *Notice of Appearance* nor any subsequent appearance, pleading, claim, or suit is intended to waive: *(i)* Robert Hendler's right to have final orders in non-core matters entered only after *de novo* review by a district judge; *(ii)* Robert Hendler's right to trial by jury in any proceedings so triable herein or in any case, controversy, or proceeding related hereto; *(iii)* Robert Hendler's right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or *(iv)* any other rights claims, actions, defenses, setoffs, or recoupments to which Robert Hendler's is or may be entitled to under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Robert Hendler's expressly reserves.

Dated:  March 28, 2018                                              Respectfully submitted,

By:  */s/ Beth A. Hendler*
Beth A. Hendler, Esq.
Florida Bar No. 89650
Email: beth@bahpa.com
**Beth A. Hendler, P.A.**
500 East Broward Blvd, Suite 1710
Fort Lauderdale, FL  33394
Phone:  (954) 848-2918
Fax:  (954) 848-2917

*Counsel for Robert Hendler IRA*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 28, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case as listed in the below Service List.

By: */s/ Beth A. Hendler*
Beth A. Hendler, Esq.

**SERVICE LIST**

**Notice will be electronically mailed to:**

- **Douglas J. Jeffrey**   dj@jeffreylawfirm.com, amarquez@jeffreylawfirm.com
- **Laudy Luna**   ll@grllawgroup.com, de@lgplaw.com
- **Office of the US Trustee**   USTPRegion21.MM.ECF@usdoj.gov
- **Zach B Shelomith**   zbs@lsaslaw.com, fpd@lsaslaw.com;jz@lsaslaw.com;info@lsaslaw.com;zshelomith@ecf.inforuptcy.com
- **Bradley S Shraiberg**   bss@slp.law, dwoodall@slp.law;scusack@slp.law;blee@slp.law;bshraibergecfmail@gmail.com;ematteo@slp.law