**Fill in this information to identify the case:**

Debtor name    **Summit Financial Corp.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known)   **18-13389**

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■   *Schedule H: Codebtors* (Official Form 206H)

■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule*

☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

■   Other document that requires a declaration     **Statement of Financial Affairs**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 20, 2018**       *X* **/s/ David Wheeler**
                                              Signature of individual signing on behalf of debtor

                                            **David Wheeler**
                                            Printed name

                                            **Vice President**
                                            Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name **Summit Financial Corp.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known) **18-13389**

☐ Check if this is an amended filing

## Official Form 206Sum
### Summary of Assets and Liabilities for Non-Individuals                12/15

### Part 1:   Summary of Assets

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................. $    **0.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................ $    **136,618,358.43**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................. $    **136,618,358.43**

### Part 2:   Summary of Liabilities

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $    **101,682,098.00**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................. $    **75.75**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................. +$    **28,738,308.24**

4.  Total liabilities .........................................................................................
   Lines 2 + 3a + 3b    $    **130,420,481.99**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Summit Financial Corp.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known) **18-13389**

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                   12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:      Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Bank of America, N.A.** | **Depository Account** | **8407** | **$570,889.75** |
| 3.2. | **Bank of America, N.A.** | **Accounts Payable** | **9562** | **$3,667.13** |
| 3.3. | **Bank of America, N.A.** | **Funding Account** | **8410** | **$0.00** |
| 3.4. | **Bank of America, N.A.** | **Payroll Account** | **9570** | **$0.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   | $574,556.88 |
   |---|

**Part 2:      Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ☑ No.  Go to Part 3.
   ☐ Yes Fill in the information below.

Debtor    **Summit Financial Corp.**                                            Case number *(If known)* **18-13389**
          Name

---

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

**11.**    **Accounts receivable**

11a. 90 days old or less:    **129,555,000.00** - **0.00** = .... **$129,555,000.00**
                            face amount          doubtful or uncollectible accounts

11b. Over 90 days old:    **5,824,555.00** - **0.00** =.... **$5,824,555.00**
                         face amount          doubtful or uncollectible accounts

**12.**    **Total of Part 3.**
           Current value on lines 11a + 11b = line 12.  Copy the total to line 82.    **$135,379,555.00**

---

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

---

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

---

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.    **Office furniture**<br>**All office furniture in the Debtor's possession is listed on the attached Personal Property Summary Appraisal Report, performed by Moecker Auctions on April 9, 2018.** | **$14,225.00** | **Appraisal** | **$14,225.00** |

40.    **Office fixtures**

41.    **Office equipment, including all computer equipment and**

Debtor    **Summit Financial Corp.**                                     Case number *(If known)*  **18-13389**
          Name

**communication systems equipment and software**
**All office equipment in the Debtor's**
**possession is listed on the attached Personal**
**Property Summary Appraisal Report,**
**performed by Moecker Auctions on April 9,**
**2018. The value of same is incorporated in**
**item 39 above.**                                    $0.00    Appraisal                          $0.00

---

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
       books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
       collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                                                                  **$14,225.00**
       Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ■ No
       ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ☐ No
       ■ Yes

| Part 8: | Machinery, equipment, and vehicles |
46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

       ■ No.  Go to Part 9.
       ☐ Yes Fill in the information below.

| Part 9: | Real property |
54. **Does the debtor own or lease any real property?**

       ■ No.  Go to Part 10.
       ☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
59. **Does the debtor have any interests in intangibles or intellectual property?**

       ☐ No.  Go to Part 11.
       ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** **Interest in website:** **www.summitfinancialcorp.org** | **Unknown** | **N/A** | **Unknown** |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

Official Form 206A/B              Schedule A/B Assets - Real and Personal Property                              page 3

Debtor    **Summit Financial Corp.**                                    Case number *(If known)* **18-13389**
          <sub>Name</sub>

66.   **Total of Part 10.**                                                                    **$0.00**

      Add lines 60 through 65. Copy the total to line 89.

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

      ■ No
      ☐ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

      ■ No
      ☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

      ■ No
      ☐ Yes

| Part 11: | **All other assets** |
|---|---|

70.   **Does the debtor own any other assets that have not yet been reported on this form?**
      Include all interests in executory contracts and unexpired leases not previously reported on this form.

      ☐ No.  Go to Part 12.
      ■ Yes Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|
| 71.   **Notes receivable**<br>Description (include name of obligor) | |
| 72.   **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73.   **Interests in insurance policies or annuities** | |
| 74.   **Causes of action against third parties (whether or not a lawsuit has been filed)**<br>**Final Judgment against Shaun Alley**<br>**Case No. 2017-001129 CA 01**<br>**Miami-Dade County, Florida** | **$25,604.75** |
| Nature of claim          Final Judgment in Complaint for Default on Retail Sales Contract | |
| Amount requested          **$25,604.75** | |
| **Final Judgment against Nicole Armstrong**<br>**Case No. COSO17-007829**<br>**Broward County, Florida** | **$8,733.76** |
| Nature of claim          Final Judgment in Complaint for Default on Retail Sales Contract | |
| Amount requested          **$8,733.76** | |
| **Final Judgment against Wayne Askin**<br>**Case No. 2016-CC-13831**<br>**Orange County, Florida** | **$10,734.78** |
| Nature of claim          Final Judgment in Complaint for Default on Retail Sales Contract | |
| Amount requested          **$10,734.78** | |

Debtor    **Summit Financial Corp.**
          Name    Case number *(If known)* **18-13389**

**Final Judgment against Harriet Brown Spikes**
**Case No. COSO14-013220**
**Broward County, Florida**                                                    $14,357.90

| Nature of claim | **Final Judgment in Complaint for Default on Retail Sales Contract** |
|---|---|
| Amount requested | $14,357.90 |

**Final Judgment against Luis Berrios**
**Case No. 2016-11539 CA 01**
**Miami-Dade County, Florida**                                                 $21,750.41

| Nature of claim | **Final Judgment in Complaint for Default on Retail Sales Contract** |
|---|---|
| Amount requested | $21,750.41 |

**Final Judgment against Rosemary E. Braynen**
**Case No. 2016-010883 CC 25**
**Miami-Dade County, Florida**                                                 $15,955.03

| Nature of claim | **Final Judgment in Complaint for Default on Retail Sales Contract** |
|---|---|
| Amount requested | $15,955.03 |

**Final Judgment against Steven E. Brickhouse**
**Case No. 2016-CA-011273-O**
**Orange County, Florida**                                                     $17,120.81

| Nature of claim | **Final Judgment in Complaint for Default on Retail Sales Contract** |
|---|---|
| Amount requested | $17,120.81 |

**Final Judgment against Wynona De Dio Butler**
**Case No. COSO17-008168**
**Broward County, Florida**                                                    $14,410.88

| Nature of claim | **Final Judgment in Complaint for Default on Retail Sales Contract** |
|---|---|
| Amount requested | $14,410.88 |

**Final Judgment against Lenora Reddick Copeland**
**Case No. COSO15-001463**
**Broward County, Florida**                                                    $12,523.55

| Nature of claim | **Final Judgment in Complaint for Default on Retail Sales Contract** |
|---|---|
| Amount requested | $12,523.55 |

**Final Judgment against Dargys Diaz**
**Case No. CACE15-06829**
**Broward County, Florida**                                                    $32,289.07

| Nature of claim | **Final Judgment in Complaint for Default on Retail Sales Contract** |
|---|---|
| Amount requested | $32,289.07 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Summit Financial Corp.**                                          Case number *(If known)*  **18-13389**
          Name

**Final Judgment against Jean F. Fabien**
**Case No. 2016CA013308**
**Palm Beach County, Florida**                                                                          $18,655.83

| Nature of claim | **Final Judgment in Complaint for Default on Retail Sales Contract** |
|---|---|
| Amount requested | **$18,655.83** |

**Final Judgment against Eugelie Geffrard**
**Case No. COSO16-6947**
**Broward County, Florida**                                                                            $8,748.59

| Nature of claim | **Final Judgment in Complaint for Default on Retail Sales Contract** |
|---|---|
| Amount requested | **$8,748.59** |

**Final Judgment against Lisa Gentry**
**Case No. COSO14-001271**
**Broward County, Florida**                                                                            $2,772.09

| Nature of claim | **Final Judgment in Complaint for Default on Retail Sales Contract** |
|---|---|
| Amount requested | **$2,772.09** |

**Final Judgment against Devon Goodman**
**Case No. COSO15-6272**
**Broward County, Florida**                                                                            $6,768.98

| Nature of claim | **Final Judgment in Complaint for Default on Retail Sales Contract** |
|---|---|
| Amount requested | **$6,768.98** |

**Final Judgment against John Hellmark**
**Case No. 16-002514 CC**
**Bay County, Florida**                                                                                $11,747.42

| Nature of claim | **Final Judgment in Complaint for Default on Retail Sales Contract** |
|---|---|
| Amount requested | **$11,747.42** |

**Final Judgment against Jessica Harper**
**Case No. CACE17-001509**
**Broward County, Florida**                                                                            $21,995.21

| Nature of claim | **Final Judgment in Complaint for Default on Retail Sales Contract** |
|---|---|
| Amount requested | **$21,995.21** |

**Final Judgment against Michelle Jackson**
**Case No. 2016CC01048**
**Palm Beach County, Florida**                                                                         $6,436.29

| Nature of claim | **Final Judgment in Complaint for Default on Retail Sales Contract** |
|---|---|
| Amount requested | **$6,436.29** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor   **Summit Financial Corp.**                                    Case number *(If known)* **18-13389**
         Name

**Final Judgment against Camille Johnson**
**Case No. COSO14-04178**
**Broward County, Florida**                                                                    $6,436.29

| Nature of claim | **Final Judgment in Complaint for Default on Retail Sales Contract** |
| --- | --- |
| Amount requested | $6,436.29 |

**Final Judgment against Laketsh Renee Johnson**
**Case No. 2016CC013158**
**Palm Beach County, Florida**                                                                 $13,997.77

| Nature of claim | **Final Judgment in Complaint for Default on Retail Sales Contract** |
| --- | --- |
| Amount requested | $13,997.77 |

**Final Judgment against Raidel Lintres**
**Case No. 2016-030613 CA 01**
**Miami-Dade County, Florida**                                                                 $23,471.38

| Nature of claim | **Final Judgment in Complaint for Default on Retail Sales Contract** |
| --- | --- |
| Amount requested | $23,471.38 |

**Final Judgment against Mary Mona Louissaint**
**Case No. 2017-SC-002702-O**
**Orange County, Florida**                                                                     $5,691.43

| Nature of claim | **Final Judgment in Complaint for Default on Retail Sales Contract** |
| --- | --- |
| Amount requested | $5,691.43 |

**Final Judgment against Tierra Mable**
**Case No. 2016-CA-007451**
**Broward County, Florida**                                                                    $18,596.30

| Nature of claim | **Final Judgment in Complaint for Default on Retail Sales Contract** |
| --- | --- |
| Amount requested | $18,596.30 |

**Final Judgment against Candace Milton**
**Case No. COSO14-001211**
**Broward County, Florida**                                                                    $11,706.44

| Nature of claim | **Final Judgment in Complaint for Default on Retail Sales Contract** |
| --- | --- |
| Amount requested | $11,706.44 |

**Final Judgment against Felicia Mitchell**
**Case No. CACE14-20211**
**Broward County, Florida**                                                                    $24,546.94

| Nature of claim | **Final Judgment in Complaint for Default on Retail Sales Contract** |
| --- | --- |
| Amount requested | $24,546.94 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Debtor    **Summit Financial Corp.**
Name                                    Case number *(If known)*  **18-13389**

**Final Judgment against Xinia M. Montalvo**
**Case No. 2015-1193 CC 25**
**Miami-Dade County, Florida**                                            **$6,891.84**

| Nature of claim | **Final Judgment in Complaint for Default on Retail Sales Contract** |
|---|---|
| Amount requested | **$6,891.84** |

**Final Judgment against Keisy Moore**
**Case No. COSO15-005086**
**Broward County, Florida**                                            **$16,464.42**

| Nature of claim | **Final Judgment in Complaint for Default on Retail Sales Contract** |
|---|---|
| Amount requested | **$16,464.42** |

**Final Judgment against Vivienne Myrtil**
**Case No. COSO14-001221**
**Broward County, Florida**                                            **$7,054.00**

| Nature of claim | **Final Judgment in Complaint for Default on Retail Sales Contract** |
|---|---|
| Amount requested | **$7,054.00** |

**Final Judgment against Tanya Robinson**
**Case No. 2017-CC-000817**
**Palm Beach County, Florida**                                            **$13,307.94**

| Nature of claim | **Final Judgment in Complaint for Default on Retail Sales Contract** |
|---|---|
| Amount requested | **$13,307.94** |

**Final Judgment against Jocelyn Rodriguez**
**Case No. 14-12772 CC 25**
**Miami-Dade County, Florida**                                            **$7,292.51**

| Nature of claim | **Final Judgment in Complaint for Default on Retail Sales Contract** |
|---|---|
| Amount requested | **$7,292.51** |

**Final Judgment against Sharryl Rodriguez-Diaz**
**Case No. 17-CA-000114**
**Hillsborough County, Florida**                                            **$15,033.94**

| Nature of claim | **Final Judgment in Complaint for Default on Retail Sales Contract** |
|---|---|
| Amount requested | **$15,033.94** |

**Final Judgment against Magnolia Rueda**
**Case No. 04-012914 CA 01**
**Miami-Dade County, Florida**                                            **$28,689.48**

| Nature of claim | **Final Judgment in Complaint for Default on Retail Sales Contract** |
|---|---|
| Amount requested | **$28,689.48** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Summit Financial Corp.**
          _____
          <small>Name</small>

Case number _(If known)_  **18-13389**

---

**Final Judgment against Demetreus Vonrhea Survia**
**Case No. CACE14-009422**
**Broward County, Florida**                                                      $20,845.34

| Nature of claim | **Final Judgment in Complaint for Default on Retail Sales Contract** |
|---|---|
| Amount requested | **$20,845.34** |

---

**Final Judgment against Dallas Simms**
**Case No. 2014-CA-002047**
**St. Lucie County,  Florida**                                                   $36,878.04

| Nature of claim | **Final Judgment in Complaint for Default on Retail Sales Contract** |
|---|---|
| Amount requested | **$36,878.04** |

---

**Final Judgment against Leseida Taylor**
**Case No. 2016-SC-003476**
**Alachua County, Florida**                                                      $4,811.92

| Nature of claim | **Final Judgment in Complaint for Default on Retail Sales Contract** |
|---|---|
| Amount requested | **$4,811.92** |

---

**Final Judgment against Melissa Thomas**
**Case No. COSO17-000880**
**Broward County, Florida**                                                      $16,278.98

| Nature of claim | **Final Judgment in Complaint for Default on Retail Sales Contract** |
|---|---|
| Amount requested | **$16,278.98** |

---

**Final Judgment against John Thompson**
**Case No. COSO15-006150**
**Broward County, Florida**                                                      $8,712.71

| Nature of claim | **Final Judgment in Complaint for Default on Retail Sales Contract** |
|---|---|
| Amount requested | **$8,712.71** |

---

**Final Judgment against Christina Vanegas**
**Case No. COSO16-004452**
**Broward County, Florida**                                                      $6,260.47

| Nature of claim | **Final Judgment in Complaint for Default on Retail Sales Contract** |
|---|---|
| Amount requested | **$6,260.47** |

---

**Final Judgment against Tina Walker**
**Case No. 17-1106-SC**
**Martin County, Florida**                                                       $5,742.22

| Nature of claim | **Final Judgment in Complaint for Default on Retail Sales Contract** |
|---|---|
| Amount requested | **$5,742.22** |

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor    **Summit Financial Corp.**                                    Case number *(If known)* **18-13389**
                Name

**Final Judgment against Dalila Serna**
**Case No. COSO14-36185**
**Broward County, Florida**                                                    $12,481.51

| Nature of claim | **Final Judgment in Complaint for Default on Retail Sales Contract** |
| Amount requested | **$12,481.51** |

**Final Judgment against Joe Ann Fletcher**
**Case No. COCE12103**
**Broward County, Florida**                                                    $15,000.83

| Nature of claim | **Final Judgment in Complaint for Default on Retail Sales Contract** |
| Amount requested | **$15,000.83** |

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
**Monies held in the trust account of Douglas J. Jeffrey, Esq., for unused retainer from prior counsel, Greenberg Traurig.**                                        $73,223.50

78.    **Total of Part 11.**                                            | $650,021.55 |
        Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
        ■ No
        □ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Summit Financial Corp.**                                    Case number *(If known)*  **18-13389**
          Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $574,556.88 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $135,379,555.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $14,225.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*....................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $650,021.55 | |
| 91. **Total.** Add lines 80 through 90 for each column | $136,618,358.43 | + 91b.   $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $136,618,358.43 |

---

**Fill in this information to identify the case:**

Debtor name    **Summit Financial Corp.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known)   **18-13389**

☐ Check if this is an amended filing

---

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

  ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

  ☐ Yes. Fill in all of the information below.

**Part 1:**   **List Creditors Who Have Secured Claims**

**2.** List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | **Column A**<br>Amount of claim<br><br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim |
|---|---|---|

**2.1** **Bank of America, N.A.**
Creditor's Name

335 Madison Ave 6 Fl
New York, NY 10017
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**9/4/2002**
Last 4 digits of account number
**N/A**

Do multiple creditors have an interest in the same property?
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Bank of America, N.A.**
**2. BMO Harris Bank, N.A.**

Describe debtor's property that is subject to a lien
**90 days or less: Accounts receivable.**
**Bank of America holds a 70% pro-rata share of the $101,682,098.00 owed to both Bank of America and BMO Harris Bank, N.A.**

Describe the lien
**Security Interest**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$71,177,468.60**
Value of collateral: **$129,555,000.00**

---

**2.2** **BMO Harris Bank, N.A.**
Creditor's Name

111 W Monroe St
Chicago, IL 60603
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Describe debtor's property that is subject to a lien
**90 days or less: Accounts receivable.**
**BMO Harris Bank holds a 30% pro-rata share of the $101,682,09.00 owed to both Bank of America and BMO Harris Bank, N.A.**

Describe the lien
**Security Interest.**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Amount of claim: **$30,504,629.40**
Value of collateral: **$129,555,000.00**

---

Official Form 206D    **Schedule D: Creditors Who Have Claims Secured by Property**    page 1 of 2

| Debtor | **Summit Financial Corp.** | | Case number (if know) | **18-13389** |
|---|---|---|---|---|
| | Name | | | |

Last 4 digits of account number

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |
| **Specified on line 2.1** | |

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $101,682,098 .00 |
|---|---|---|

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Bank of America, N.A.** **c/o James S. Rankin, Jr., Esq.** **Parker, Hudson, Rainer & Dobbs LLP** **303 Peachtree St NE # 3600** **Atlanta, GA 30308** | Line  **2.1** | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                                                   Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __**Summit Financial Corp.**__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF FLORIDA__

Case number (if known) __**18-13389**__

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Broward County Tax Collector**<br>**POB 29009**<br>**Fort Lauderdale, FL 33302** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$75.75** | **$75.75** |
| Date or dates debt was incurred<br>**2018** | Basis for the claim:<br>**Licenses and Taxes** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>**Access Point**<br>**1100 Cresent Green, Suite 109**<br>**Cary, NC 27518** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$5,424.76** |
| Date(s) debt was incurred __<br>Last 4 digits of account number __**5520**__ | Basis for the claim: **Telephone Service**<br>Is the claim subject to offset? ■ No  ☐ Yes | |
| **3.2** Nonpriority creditor's name and mailing address<br>**Alabama Department of Revenue**<br>**P.O. Box 327320**<br>**Montgomery, AL 36132-7320** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$110.00** |
| Date(s) debt was incurred __**2017**__<br>Last 4 digits of account number __**0828**__ | Basis for the claim: **Licenses and Taxes**<br>Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Summit Financial Corp.** | Case number *(if known)* | **18-13389** |
|---|---|---|---|
| | Name | | |

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$171.20** |
|---|---|---|---|

**Almor Electric**
**11042 NW 18 Pl**
**Fort Lauderdale, FL 33322**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/27/2018**

Basis for the claim:  **Repairs and Maintenance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,245.00** |
|---|---|---|---|

**ALS Resolvion**
**POB 745182**
**Atlanta, GA 30374**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2-2018**

Basis for the claim:  **Repossession Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,500,000.00** |
|---|---|---|---|

**Alvin G. Wheeler**
**7156 Mandarin Dr**
**Boca Raton, FL 33433**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **unsecured loan**

Last 4 digits of account number  **N/A**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,106.00** |
|---|---|---|---|

**American Recovery Specialists**
**POB 50077**
**Pompano Beach, FL 33074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Repossession Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$150,000.00** |
|---|---|---|---|

**Andrew R. Weiss Trust Agreement**
**2498 Poinciana Dr**
**Fort Lauderdale, FL 33327**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **unsecured loan**

Last 4 digits of account number  **n/a**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,700,000.00** |
|---|---|---|---|

**Arlene G. Fried, as Trustee**
**17341 Bridleway Trail**
**Boca Raton, FL 33496**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **unsecured loan**

Last 4 digits of account number  **N/A**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,404.79** |
|---|---|---|---|

**Bank of America Corporate Card**
**PO Box 15796**
**Wilmington, DE 19886**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit Card Purchases**

Last 4 digits of account number  **4506**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Summit Financial Corp.**                                    Case number *(if known)*  **18-13389**
_____                    _____
Name

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $105.00 |

**Bloodhound Recovery**
**2135 Highway 126**
**Bristol, TN 37620**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   **2018**

Basis for the claim:   **Repossession and storage services**

Last 4 digits of account number   _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $300,000.00 |

**BMW Capital, LP**
**974 Sand Iron Dr**
**Incline Village, NV 89451-8913**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   _

Basis for the claim:   **unsecured loan**

Last 4 digits of account number   **N/A**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,547.00 |

**Bonial & Associates**
**Formery Buckley Madole**
**7501 Ester Blvd, #190**
**Box 224108**
**Irving, TX 75063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   **1/2018**

Basis for the claim:   **Bankruptcy Fees**

Last 4 digits of account number   _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,518.00 |

**Bonial & Associates**
**Formery Buckley Madole**
**7501 Ester Blvd, #190**
**Box 224108**
**Irving, TX 75063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   **2/2018**

Basis for the claim:   **Bankruptcy Fees**

Last 4 digits of account number   _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $63.49 |

**Canteen**
**POB 50196**
**Los Angeles, CA 90074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   **2018**

Basis for the claim:   **Water cooler rental**

Last 4 digits of account number   **3106**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,456.00 |

**Carfax**
**16630 Collection Center Dr**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   **2/2018**

Basis for the claim:   **Data Processing**

Last 4 digits of account number   **7272**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 |

**CBS Marketing**
**17701 SW 18 St.**
**Hollywood, FL 33029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   **2/2018**

Basis for the claim:   **Commissions**

Last 4 digits of account number   _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Summit Financial Corp.** | Case number *(if known)* | **18-13389** |
|---|---|---|---|
| | Name | | |

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$40,967.17** |
|---|---|---|---|

**Cedar**
**One Ravinia Dr.**
**#1700**
**Atlanta, GA 30346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/2018**

Basis for the claim:  **Data Processing**

Last 4 digits of account number  **561**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$735,086.00** |
|---|---|---|---|

**Chandravalli H. Patel**
**560 Elm St # 204**
**San Carlos, CA 94070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **_**

Basis for the claim:  **unsecured loan**

Last 4 digits of account number  **N/A**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,086.19** |
|---|---|---|---|

**CitiBusiness Card**
**POB 9001037**
**Louisville, KY 40290-1037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **_**

Basis for the claim:  **Credit Card Purchases**

Last 4 digits of account number  **7941**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.25** |
|---|---|---|---|

**City of Plantation Utlitilites**
**POB 31132**
**Tampa, FL 33631**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/2018**

Basis for the claim:  **Utilities**

Last 4 digits of account number  **1500**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$365.06** |
|---|---|---|---|

**City of Plantation Utlitilites**
**POB 31132**
**Tampa, FL 33631**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/2018**

Basis for the claim:  **Utilities**

Last 4 digits of account number  **0601**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$75,800.00** |
|---|---|---|---|

**Crowe Horwath**
**POB 71570**
**Chicago, IL 60694**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/2017**

Basis for the claim:  **Accounting Services**

Last 4 digits of account number  **4300**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$509.76** |
|---|---|---|---|

**CT Corporation**
**3 University Plaza Dr**
**Suite 506**
**Hackensack, NJ 07601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018**

Basis for the claim:  **Licenses**

Last 4 digits of account number  **9200**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Summit Financial Corp.** | Case number (if known) | **18-13389** |
|---|---|---|---|
| | Name | | |

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,200,000.00** |
|---|---|---|---|
| | **David Wheeler** ☐ Contingent | |
| | **12345 NW 14 St** ☐ Unliquidated | |
| | **Fort Lauderdale, FL 33323** ☐ Disputed | |
| | **Date(s) debt was incurred** __ **Basis for the claim:** __unsecured loan__ | |
| | **Last 4 digits of account number** __N/A__ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$17,942.30** |
|---|---|---|---|
| | **DealerTrack** ☐ Contingent | |
| | **POB 6129** ☐ Unliquidated | |
| | **Great Neck, NY 11024** ☐ Disputed | |
| | **Date(s) debt was incurred** __2/2018__ **Basis for the claim:** __Data Processing__ | |
| | **Last 4 digits of account number** __3719__ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,321.80** |
|---|---|---|---|
| | **Defi** ☐ Contingent | |
| | **POB 675129** ☐ Unliquidated | |
| | **Detroit, MI 48267** ☐ Disputed | |
| | **Date(s) debt was incurred** __2/2018__ **Basis for the claim:** __Data Processing__ | |
| | **Last 4 digits of account number** __ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,050,291.00** |
|---|---|---|---|
| | **Dennis Scott IRA** ☐ Contingent | |
| | **1249 Shepards Way** ☐ Unliquidated | |
| | **Yerington, NV 89447** ☐ Disputed | |
| | **Date(s) debt was incurred** __ **Basis for the claim:** __unsecured loan__ | |
| | **Last 4 digits of account number** __N/A__ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,750.00** |
|---|---|---|---|
| | **Digital Recognition Network** ☐ Contingent | |
| | **POB 45591** ☐ Unliquidated | |
| | **San Francisco, CA 94145** ☐ Disputed | |
| | **Date(s) debt was incurred** __2/2018__ **Basis for the claim:** __Credit Report Retrieval__ | |
| | **Last 4 digits of account number** __ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$877.27** |
|---|---|---|---|
| | **Dunbar** ☐ Contingent | |
| | **POB 64115** ☐ Unliquidated | |
| | **Baltimore, MD 21264** ☐ Disputed | |
| | **Date(s) debt was incurred** __3/2018__ **Basis for the claim:** __Bank Charge__ | |
| | **Last 4 digits of account number** __0470__ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$150,000.00** |
|---|---|---|---|
| | **Elaine J. Beresh Trust** ☐ Contingent | |
| | **7449 Kendlewood** ☐ Unliquidated | |
| | **West Bloomfield, MI 48322** ☐ Disputed | |
| | **Date(s) debt was incurred** __ **Basis for the claim:** __unsecured loan__ | |
| | **Last 4 digits of account number** __n/a__ Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Summit Financial Corp.** | Case number (*if known*) | **18-13389** |
| | Name | | |

---

| 3.31 | **Nonpriority creditor's name and mailing address**<br>Elissa Weiss<br>2498 Poinciana Dr<br>Fort Lauderdale, FL 33327 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$125,000.00** |
| | Date(s) debt was incurred ___ | **Basis for the claim:**  unsecured loan | |
| | Last 4 digits of account number  n/a | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.32 | **Nonpriority creditor's name and mailing address**<br>Engel, Hairston &  Johanson<br>109 North 20 St.<br>POB 11405<br>Birmingham, AL 35202 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$275.00** |
| | Date(s) debt was incurred  2/2018 | **Basis for the claim:**  Bankruptcy Fees | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.33 | **Nonpriority creditor's name and mailing address**<br>Engel, Hairston &  Johanson<br>109 North 20 St.<br>POB 11405<br>Birmingham, AL 35202 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,765.71** |
| | Date(s) debt was incurred  2/2018 | **Basis for the claim:**  Bankruptcy Fees | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.34 | **Nonpriority creditor's name and mailing address**<br>Equifax<br>POB 105835<br>Atlanta, GA 30348 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,747.57** |
| | Date(s) debt was incurred  2/2018 | **Basis for the claim:**  Credit Reporting | |
| | Last 4 digits of account number  2439 | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.35 | **Nonpriority creditor's name and mailing address**<br>Equifax<br>POB 105835<br>Atlanta, GA 30348 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$8,239.05** |
| | Date(s) debt was incurred  2/2018 | **Basis for the claim:**  Credit Reporting | |
| | Last 4 digits of account number  8202 | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.36 | **Nonpriority creditor's name and mailing address**<br>Experian<br>POB 881971<br>Los Angeles, CA 90088 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$45.00** |
| | Date(s) debt was incurred  2/2018 | **Basis for the claim:**  Credit Reporting | |
| | Last 4 digits of account number  6502 | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.37 | **Nonpriority creditor's name and mailing address**<br>Experian<br>POB 881971<br>Los Angeles, CA 90088 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$6,516.54** |
| | Date(s) debt was incurred  1/2018 | **Basis for the claim:**  Credit Reporting | |
| | Last 4 digits of account number  6102 | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor **Summit Financial Corp.**                                          Case number *(if known)*    **18-13389**
Name

| | | |
|---|---|---|
| 3.38 | **Nonpriority creditor's name and mailing address**<br>**Experian**<br>**POB 881971**<br>**Los Angeles, CA 90088**<br><br>**Date(s) debt was incurred** _1/2018_<br><br>**Last 4 digits of account number** _8750_ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Credit Reporting_<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$5,500.00** |

| | | |
|---|---|---|
| 3.39 | **Nonpriority creditor's name and mailing address**<br>**Falcon International**<br>**728 Fentress Blvd.**<br>**Daytona Beach, FL 32114**<br><br>**Date(s) debt was incurred** _2/2018_<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Repossession Services_<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,990.00** |

| | | |
|---|---|---|
| 3.40 | **Nonpriority creditor's name and mailing address**<br>**Fedex**<br>**POB 660480**<br>**Dallas, TX 75266**<br><br>**Date(s) debt was incurred** _1/2018_<br><br>**Last 4 digits of account number** _5293_ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Postage_<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,140.87** |

| | | |
|---|---|---|
| 3.41 | **Nonpriority creditor's name and mailing address**<br>**Fibernet**<br>**POB 744470**<br>**Atlanta, GA 30374**<br><br>**Date(s) debt was incurred** _1/2018_<br><br>**Last 4 digits of account number** _1530_ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Telephone Services_<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$865.00** |

| | | |
|---|---|---|
| 3.42 | **Nonpriority creditor's name and mailing address**<br>**Florida Power and Light**<br>**General Mail Facility**<br>**Miami, FL 33188-0001**<br><br>**Date(s) debt was incurred** _2/2018_<br><br>**Last 4 digits of account number** _8022_ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Utilities_<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$513.09** |

| | | |
|---|---|---|
| 3.43 | **Nonpriority creditor's name and mailing address**<br>**Florida Power and Light**<br>**General Mail Facility**<br>**Miami, FL 33188-0001**<br><br>**Date(s) debt was incurred** _2/2018_<br><br>**Last 4 digits of account number** _4459_ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Utilities_<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$687.50** |

| | | |
|---|---|---|
| 3.44 | **Nonpriority creditor's name and mailing address**<br>**Florida Security & Recovery**<br>**POB 21631**<br>**Saint Petersburg, FL 33742**<br><br>**Date(s) debt was incurred** _1/2018_<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Repossession Services_<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$75.00** |

| Debtor | **Summit Financial Corp.** | Case number *(if known)* | **18-13389** |
|---|---|---|---|
| | Name | | |

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,930.69** |
|---|---|---|---|

**Force One Recovery**
4920 SW 104 Ave.
Fort Lauderdale, FL 33328

Date(s) debt was incurred  3/2018

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Repossession Services.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$912.60** |
|---|---|---|---|

**Freedom Automotive**
6730 NW 83 Terrace
Pompano Beach, FL 33067

Date(s) debt was incurred  2/2018

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Repossession Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$236.38** |
|---|---|---|---|

**Grant Printing**
6109 Pembroke Rd.
Hollywood, FL 33023

Date(s) debt was incurred  3/2018

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Office Supplies**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$950,000.00** |
|---|---|---|---|

**Ilene Garber**
POB 1293
Wilson, WY 83014

Date(s) debt was incurred _

Last 4 digits of account number  **N/A**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **unsecured loan**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$700,000.00** |
|---|---|---|---|

**Ilene Garber IRA Mainstar Trust**
POB 1293
Wilson, WY 83014

Date(s) debt was incurred _

Last 4 digits of account number  **N/A**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200,000.00** |
|---|---|---|---|

**Iles Cooper**
900 Grove St
Orwigsburg, PA 17961

Date(s) debt was incurred _

Last 4 digits of account number  **n/a**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **unsecured loan**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$46.40** |
|---|---|---|---|

**Innovis**
POB 535595
Pittsburgh, PA 15253

Date(s) debt was incurred  2/2018

Last 4 digits of account number  **5876**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Data Processing**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Summit Financial Corp.** | Case number *(if known)* | **18-13389** |
|---|---|---|---|
| | Name | | |

---

**3.52** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$623.09**

**Jacaranda Professional Park**
**1800 Eller Drive, #212**
**Fort Lauderdale, FL 33316**

Date(s) debt was incurred  **1/2018**

Last 4 digits of account number  **5NCU**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Utilities**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.53** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$976.50**

**Jacaranda Professional Park**
**1800 Eller Drive, #212**
**Fort Lauderdale, FL 33316**

Date(s) debt was incurred  **1/2018**

Last 4 digits of account number  **4ACU**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Utilities**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.54** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00**

**Jay Shechtman**
**2498 Poinciana Dr**
**Fort Lauderdale, FL 33327**

Date(s) debt was incurred  _

Last 4 digits of account number  **n/a**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **unsecured loan**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.55** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200,000.00**

**Jean Ruben**
**3330 Warinsville Center Rd**
**Beachwood, OH 44122**

Date(s) debt was incurred  _

Last 4 digits of account number  **n/a**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **unsecured loan**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.56** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00**

**Jennifer Friend**
**9635 Waterview Way**
**Pompano Beach, FL 33076**

Date(s) debt was incurred  _

Last 4 digits of account number  **n/a**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **unsecured loan**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.57** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$85,000.00**

**Jerome Hulak**
**5865/ 2 Forest Grove Dr**
**Boynton Beach, FL 33437**

Date(s) debt was incurred  _

Last 4 digits of account number  **n/a**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **unsecured loan**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.58** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20.63**

**Jones, Robin & Robin**
**315 Cedar Street**
**Post Office Box 888**
**Atlanta, GA 30349**

Date(s) debt was incurred  **2/2018**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Legal Fees charged to customer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Summit Financial Corp.** | Case number (if known) | **18-13389** |
| --- | --- | --- | --- |
| | Name | | |

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$300,000.00** |
| --- | --- | --- | --- |
| | **Judith Goldberg** | ☐ Contingent | |
| | **2556 NE 26 Ave** | ☐ Unliquidated | |
| | **Fort Lauderdale, FL 33305** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number **N/A** | Basis for the claim:  **unsecured loan** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$325,000.00** |
| --- | --- | --- | --- |
| | **Kastenbaum Family Partnership L.P.** | ☐ Contingent | |
| | **1 Gracie Square** | ☐ Unliquidated | |
| | **New York, NY 10028** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number **N/A** | Basis for the claim:  **unsecured loan** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$250,000.00** |
| --- | --- | --- | --- |
| | **Kenneth Gillman** | ☐ Contingent | |
| | **132 Terrace Linda Place** | ☐ Unliquidated | |
| | **Palm Beach Gardens, FL 33418** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number **n/a** | Basis for the claim:  **unsecured loan** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,191.90** |
| --- | --- | --- | --- |
| | **Killgore, Pearlman, Semanie, Denius PA** | ☐ Contingent | |
| | **POB 1913** | ☐ Unliquidated | |
| | **Orlando, FL 32802** | ☐ Disputed | |
| | Date(s) debt was incurred **1/2018** | | |
| | Last 4 digits of account number **1501** | Basis for the claim:  **Legal Fees** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100,000.00** |
| --- | --- | --- | --- |
| | **Lola Pasahow Revocable Living Trust** | ☐ Contingent | |
| | **17009 Ryton Lane** | ☐ Unliquidated | |
| | **Boca Raton, FL 33496** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number **n/a** | Basis for the claim:  **unsecured loan** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$170,000.00** |
| --- | --- | --- | --- |
| | **Mainstar Trust IRA ACCTSudhira A. Argade** | ☐ Contingent | |
| | **6961 NW 66 St** | ☐ Unliquidated | |
| | **Pompano Beach, FL 33067** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number **N/A** | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100,000.00** |
| --- | --- | --- | --- |
| | **Marsha Baker** | ☐ Contingent | |
| | **3104 Hazelwood Ct** | ☐ Unliquidated | |
| | **Bedford, TX 76021** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number **n/a** | Basis for the claim:  **unsecured loan** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Summit Financial Corp.** | Case number *(if known)* | **18-13389** |
|---|---|---|---|
| | Name | | |

---

**3.66** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00**

**Martin M Shenkman Amended and Restated
Revocable Living Trust
1512 Palisade Ave, #10 N
Fort Lee, NJ 07024**

Date(s) debt was incurred _

Last 4 digits of account number  **n/a**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  unsecured loan**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.67** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,700.00**

**Matthew Gorstein
21 Rivers Point
Row 12H
Charleston, SC 29412**

Date(s) debt was incurred _

Last 4 digits of account number  **n/a**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  unsecured loan**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.68** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00**

**Max Resnick
707 North Wells St
Unit 503
Chicago, IL 60654**

Date(s) debt was incurred _

Last 4 digits of account number  **n/a**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  unsecured loan**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.69** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,439.98**

**Megasys
500 City Parkway West
#350
Orange, CA 92868**

Date(s) debt was incurred  **2/2018**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Data Processing**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.70** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$400,000.00**

**Michael Dittmore, as Trustee
7629 E Tuckey Ln
Scottsdale, AZ 85250**

Date(s) debt was incurred _

Last 4 digits of account number  **N/A**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  unsecured loan**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.71** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$433.90**

**Microbilt
POB 1473
Englewood, CO 80150**

Date(s) debt was incurred  **1/2018**

Last 4 digits of account number  **4348**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Repossession Services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.72** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$450,000.00**

**Mindy Baroff
1225 Laurel Ct
Fort Lauderdale, FL 33326**

Date(s) debt was incurred _

Last 4 digits of account number  **n/a**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  unsecured loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Summit Financial Corp.** | Case number (if known) | **18-13389** |
|---|---|---|---|
| | Name | | |

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,363.00** |
|---|---|---|---|

**NBS**
**7501 Ester Blvd, #190**
**Box #224585**
**Irving, TX 75063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/2018**

Basis for the claim:  **Bankruptcy Fees (customer)**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,545.00** |
|---|---|---|---|

**NBS**
**7501 Ester Blvd, #190**
**Box #224585**
**Irving, TX 75063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/2018**

Basis for the claim:  **Bankruptcy Fees (customer)**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,070.83** |
|---|---|---|---|

**NEC**
**24189 Network Place**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/2018**

Basis for the claim:  **Telephone Equipment Lease**

Last 4 digits of account number  **7463**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,095.25** |
|---|---|---|---|

**NEC**
**24189 Network Place**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/2018**

Basis for the claim:  **Telephone Equipment Lease**

Last 4 digits of account number  **7463**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$400,000.00** |
|---|---|---|---|

**Norman M. Blomberg**
**21260 Bellechasse Ct**
**Boca Raton, FL 33433-7403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **unsecured loan**

Last 4 digits of account number  **N/A**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$125.73** |
|---|---|---|---|

**Parks & Thompson, Inc.**
**POB 160518**
**Hialeah, FL 33016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/2018**

Basis for the claim:  **Repairs and Maintenance**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$115.03** |
|---|---|---|---|

**Parks & Thompson, Inc.**
**POB 160518**
**Hialeah, FL 33016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/2018**

Basis for the claim:  **Repairs and Maintenance**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Summit Financial Corp.** | Case number *(if known)* | **18-13389** |
|---|---|---|---|
| | Name | | |

---

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

**Patricia Gillman**
**7001 Islegrove Pl**
**Boca Raton, FL 33433**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number __n/a__

Basis for the claim:  **unsecured loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$748.84** |
|---|---|---|---|

**Paul Revere Life Insurance**
**5829 Collections Center Dr.**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __3/2018__

Last 4 digits of account number __0001__

Basis for the claim:  **Life Insurance Premiums**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$245,000.00** |
|---|---|---|---|

**Pensco Custodian IRA Alvin G. Wheeler**
**7156 Mandarin Dr**
**Boca Raton, FL 33433**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number __

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$640.04** |
|---|---|---|---|

**Pitney Bowes - Global**
**POB 371896**
**Pittsburgh, PA 15250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __3/2018__

Last 4 digits of account number __8283__

Basis for the claim:  **Postage Machine Lease**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$560.00** |
|---|---|---|---|

**Proshred Security**
**5217 NW 35 Ave.**
**Fort Lauderdale, FL 33309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __12/2017__

Last 4 digits of account number __1318__

Basis for the claim:  **Office Expense**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,105.00** |
|---|---|---|---|

**Prudential**
**POB 856138**
**Louisville, KY 40285**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __3/2018__

Last 4 digits of account number __5945__

Basis for the claim:  **Life Insurance Premiums**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$150,000.00** |
|---|---|---|---|

**Rachel Weiss**
**2498 Poinciana Dr**
**Fort Lauderdale, FL 33327**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number __n/a__

Basis for the claim:  **unsecured loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Summit Financial Corp.** | Case number (if known) | **18-13389** |
|---|---|---|---|
| | Name | | |

---

| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$140,000.00** |
|---|---|---|---|

**Rajiv Gudka**
**101 Kingsbridge Ct**
**Roseville, CA 95747**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _____
Last 4 digits of account number __n/a__

Basis for the claim:  __unsecured loan__

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$450.00** |
|---|---|---|---|

**Recovery Database Network**
**1620 S. Stpley Dr.**
**#232**
**Mesa, AZ 85204**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __2/2018__
Last 4 digits of account number __

Basis for the claim:  __Repossession Services__

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$600.00** |
|---|---|---|---|

**Rex Meyers**
**16366 NW 13 St.**
**Hollywood, FL 33028**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __2/2018__
Last 4 digits of account number __

Basis for the claim:  __Commissions__

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100,000.00** |
|---|---|---|---|

**Robert Baker**
**3104 Hazelwood Ct**
**Bedford, TX 76021**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _____
Last 4 digits of account number __n/a__

Basis for the claim:  __unsecured loan__

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$700,000.00** |
|---|---|---|---|

**Robert Hendler IRA**
**21493 Linwood Ct**
**Boca Raton, FL 33433**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _____
Last 4 digits of account number __N/A__

Basis for the claim:  __unsecured loan__

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.92 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100,000.00** |
|---|---|---|---|

**Robert S. Cohen**
**950 Ponce De Leon**
**Apt 207**
**Boca Raton, FL 33432**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _____
Last 4 digits of account number __n/a__

Basis for the claim:  __unsecured__

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.93 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$300,000.00** |
|---|---|---|---|

**Robin Pekkala**
**42 Cayman Pl**
**Palm Beach Gardens, FL 33418**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _____
Last 4 digits of account number __N/A__

Basis for the claim:  __unsecured loan__

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | **Summit Financial Corp.** | Case number *(if known)* | **18-13389** |
|---|---|---|---|
| | Name | | |

---

**3.94**

**Nonpriority creditor's name and mailing address**

**Robyn Weiss Revocable Trust**
**2498 Poinciana Dr**
**Fort Lauderdale, FL 33327**

Date(s) debt was incurred _

Last 4 digits of account number  **N/A**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **unsecured loan**

Is the claim subject to offset? ☒ No ☐ Yes

**$600,000.00**

---

**3.95**

**Nonpriority creditor's name and mailing address**

**Ronni Wheeler**
**466 Stonemont Dr**
**Fort Lauderdale, FL 33326**

Date(s) debt was incurred _

Last 4 digits of account number  **N/A**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **unsecured loan**

Is the claim subject to offset? ☒ No ☐ Yes

**$800,000.00**

---

**3.96**

**Nonpriority creditor's name and mailing address**

**Rosalee Bogie-Ventura**
**174 Lake Evelyn Dr.**
**West Palm Beach, FL 33411**

Date(s) debt was incurred _

Last 4 digits of account number  **n/a**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **unsecured loan**

Is the claim subject to offset? ☒ No ☐ Yes

**$50,000.00**

---

**3.97**

**Nonpriority creditor's name and mailing address**

**RouteOne**
**16902 Collections Center Dr.**
**Chicago, IL 60693**

Date(s) debt was incurred  **1/2018**

Last 4 digits of account number  **DF19**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Data Processing**

Is the claim subject to offset? ☒ No ☐ Yes

**$1,953.21**

---

**3.98**

**Nonpriority creditor's name and mailing address**

**RouteOne**
**16902 Collections Center Dr.**
**Chicago, IL 60693**

Date(s) debt was incurred  **2/2018**

Last 4 digits of account number  **DF19**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Data Processing**

Is the claim subject to offset? ☒ No ☐ Yes

**$2,198.49**

---

**3.99**

**Nonpriority creditor's name and mailing address**

**Sand Castle Investments**
**165 Bishops Way**
**#150**
**Brookfield, WI 53005**

Date(s) debt was incurred  **3/2018**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Field Visits**

Is the claim subject to offset? ☒ No ☐ Yes

**$630.00**

---

**3.100**

**Nonpriority creditor's name and mailing address**

**Sandra L. Cole Revocable Trust**
**6879 West Liseron**
**Boynton Beach, FL 33437-6475**

Date(s) debt was incurred _

Last 4 digits of account number  **n/a**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **unsecured loan**

Is the claim subject to offset? ☒ No ☐ Yes

**$200,000.00**

---

| Debtor | **Summit Financial Corp.** | Case number (if known) | **18-13389** |
|---|---|---|---|
| | Name | | |

| 3.101 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$135.00** |
|---|---|---|---|

**Sapurstein & Bloch**
**9700 S. Dixie Hwy**
**#1000**
**Miami, FL 33156**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __12/2017__

Basis for the claim:  **Legal Fees Charged to Customers**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.102 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$406,200.00** |
|---|---|---|---|

**Saul Gitomer**
**10036 Hardy Dr**
**Overland Park, KS 66212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **unsecured loan**

Last 4 digits of account number  **N/A**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$200,000.00** |
|---|---|---|---|

**Scott Cooper**
**206-23 Richland Ave**
**Oakland Gardens, NY 11364**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **unsecured loan**

Last 4 digits of account number  **n/a**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.104 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$362,544.00** |
|---|---|---|---|

**Scott Wheeler**
**466 Stonemont Dr**
**Fort Lauderdale, FL 33326**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **unsecured loan**

Last 4 digits of account number  **N/A**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.105 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$60,000.00** |
|---|---|---|---|

**Sharon Bogie**
**7407 NW 34 St**
**Fort Lauderdale, FL 33319**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **unsecured loan**

Last 4 digits of account number  **n/a**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.106 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$884.64** |
|---|---|---|---|

**Shell**
**POB 9001015**
**Fort Lauderdale, FL 33329**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __1/2018__

Basis for the claim:  **Auto Expenses**

Last 4 digits of account number  **2637**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.107 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$60,000.00** |
|---|---|---|---|

**Sherry Seligson TTEE DTD 4/19/96**
**10036 Hardy Dr**
**Overland Park, KS 66212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **unsecured loan**

Last 4 digits of account number  **n/a**

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Summit Financial Corp.** | Case number (*if known*) | **18-13389** |
|---|---|---|---|
| | Name | | |

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$240,000.00** |
|---|---|---|---|

**Shil Gudka**
**101 Kingsbridge Ct**
**Roseville, CA 95747**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **unsecured loan**

Last 4 digits of account number  **n/a**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000,000.00** |
|---|---|---|---|

**St Cloud LLC**
**129 Ponsbury Rd**
**Mount Pleasant, SC 29464**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **unsecured loan**

Last 4 digits of account number  **N/A**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,375,000.00** |
|---|---|---|---|

**Stanley Cohen**
**129 Ponsbury Rd**
**Mount Pleasant, SC 29464**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **unsecured loan**

Last 4 digits of account number  **N/A**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,750.00** |
|---|---|---|---|

**Storm Recovery**
**POB 292375**
**Fort Lauderdale, FL 33329**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/2018**

Basis for the claim:  **Repossession Services**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,850.00** |
|---|---|---|---|

**Storm Recovery**
**POB 292375**
**Fort Lauderdale, FL 33329**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/2018**

Basis for the claim:  **Repossession Services**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$745,587.00** |
|---|---|---|---|

**Sudhira A. Argade**
**6961 NW 66 St**
**Pompano Beach, FL 33067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **unsecured loan**

Last 4 digits of account number  **N/A**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$600,000.00** |
|---|---|---|---|

**Sydelle Lazar**
**21438 Linwood Ct**
**Boca Raton, FL 33433**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **unsecured loan**

Last 4 digits of account number  **N/A**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | **Summit Financial Corp.** | Case number (if known) | **18-13389** |
|---|---|---|---|
| | Name | | |

---

**3.115** | Nonpriority creditor's name and mailing address

**Tag Agency of Pinellas**
3050 Scherer Dr. N
#B
Saint Petersburg, FL 33716

Date(s) debt was incurred **2/2018**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$4,080.08**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Licenses**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.116** | Nonpriority creditor's name and mailing address

**Thomas Cleaning Services**
16200 Gold Club Road
#213
Fort Lauderdale, FL 33326

Date(s) debt was incurred **3/2018**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$1,749.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Office Expense**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.117** | Nonpriority creditor's name and mailing address

**Transunion, LLC**
POB 99506
Chicago, IL 60693

Date(s) debt was incurred **1/2018**

Last 4 digits of account number **9914**

As of the petition filing date, the claim is: *Check all that apply.*                    **$526.56**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Credit Reporting**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.118** | Nonpriority creditor's name and mailing address

**Triangle Fire**
7720 NW 53 Street
Miami, FL 33166

Date(s) debt was incurred **3/2018**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$124.60**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Office Expenses**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.119** | Nonpriority creditor's name and mailing address

**Victor and Roseanna Smith**
9 Bentley Lodge
182 High RD
WD 23 1NS
Bushey Heath, Herts, UK

Date(s) debt was incurred _

Last 4 digits of account number **n/a**

As of the petition filing date, the claim is: *Check all that apply.*                    **$140,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **unsecured loan**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.120** | Nonpriority creditor's name and mailing address

**Vimal Tambay**
6961 NW 66 St
Pompano Beach, FL 33067

Date(s) debt was incurred _

Last 4 digits of account number **n/a**

As of the petition filing date, the claim is: *Check all that apply.*                    **$100,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **unsecured loan**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.121** | Nonpriority creditor's name and mailing address

**Warren Richard Weibe, Jr.**
974 Sand Iron Dr
Incline Village, NV 89451-8913

Date(s) debt was incurred _

Last 4 digits of account number **n/a**

As of the petition filing date, the claim is: *Check all that apply.*                    **$180,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **unsecured loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Summit Financial Corp. | Case number *(if known)* | 18-13389 |
|---|---|---|---|
| | Name | | |

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,140,000.00 |
|---|---|---|---|

**Warren Richard Wiebe, Jr.**
**974 Sand Iron Dr**
**Incline Village, NV 89451-8913**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **N/A**

Basis for the claim:  **unsecured loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,256.50 |
|---|---|---|---|

**Western Union**
**POB 60528**
**City of Industry, CA 91716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017**

Last 4 digits of account number  **0047**

Basis for the claim:  **Reimbursement for non-customer payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,200,000.00 |
|---|---|---|---|

**William Hyman Family Trust**
**2556 NE 26 Ave**
**Fort Lauderdale, FL 33305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **N/A**

Basis for the claim:  **unsecured loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $300,000.00 |
|---|---|---|---|

**Zafi Gamlieli**
**35624 N 86 Pl**
**Scottsdale, AZ 85262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **N/A**

Basis for the claim:  **unsecured loan**

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**  **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Pensco**<br>**POB 173859**<br>**Denver, CO 80217** | Line  **3.82**<br><br>☐ Not listed. Explain ____ | _ |

---

**Part 4:**  **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 75.75 |
| 5b. Total claims from Part 2 | 5b. + | $ | 28,738,308.24 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 28,738,383.99 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name **Summit Financial Corp.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known) **18-13389**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest **Lease Agreement for telephonic equipment.** | |
| State the term remaining **36 months** | **NEC** |
| List the contract number of any government contract **100-607463** | **250 Pehle Avenue Suite 704 Saddle Brook, NJ 07663** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest **Lease Agreement for postage equipment.** | |
| State the term remaining **48 months** | **Pitney Bowes - Global** |
| List the contract number of any government contract | **POB 371896 Pittsburgh, PA 15250** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest **Commecial Lease** | |
| State the term remaining | |
| List the contract number of any government contract | **Wheeler Real Estate Enterprises, LLC 100 NW 100 Avenue Fort Lauderdale, FL 33324** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __**Summit Financial Corp.**__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF FLORIDA__

Case number (if known) __**18-13389**__

☐ Check if this is an amended filing

# Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Alvin G. Wheeler** | **7156 Mandarin Dr**<br>**Boca Raton, FL 33433** | **Bank of America, N.A.** | ■ D __**2.1**__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **David Wheeler** | **12345 NW 14 St**<br>**Fort Lauderdale, FL 33323** | **Bank of America, N.A.** | ■ D __**2.1**__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Scott Wheeler** | **466 Stonemont Dr**<br>**Fort Lauderdale, FL 33326** | **Bank of America, N.A.** | ■ D __**2.1**__<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **Summit Financial Corp.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    **18-13389**

☐ Check if this is an
amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2018** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$4,537,406.16** |
   | **For prior year:**<br>From  **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other _____ | **$28,560,000.00** |
   | **For year before that:**<br>From  **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other _____ | **$25,698,371.00** |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|
   | | |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|

| Debtor | Summit Financial Corp. | Case number *(if known)* | 18-13389 |
|---|---|---|---|

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **See Attached List** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **Alvin G. Wheeler**<br>**7156 Mandarin Dr**<br>**Boca Raton, FL 33433**<br>**President** | **Consecutive monthly payments for the 12 month period prior to filing (03/2017-3/2018)** | **$458,980.00** | **Monthly shareholder interest payments.** |
| 4.2. | **Pensco**<br>**POB 173859**<br>**Denver, CO 80217-3859**<br>**IRA for President** | **Consecutive monthly payments for the 12 month period prior to filing (03/2017-3/2018)** | **$26,950.00** | **IRA deposits on behalf of Debtor's President, Alvin Wheeler.** |
| 4.3. | **David Wheeler**<br>**12345 NW 14 St**<br>**Fort Lauderdale, FL 33323**<br>**Chief Executive Officer and Vice President** | **Consecutive monthly payments for the 12 month period prior to filing (03/2017-3/2018)** | **$139,380.00** | **Monthly shareholder interest payments.** |
| 4.4. | **Scott Wheeler**<br>**466 Stonemont Dr**<br>**Fort Lauderdale, FL 33326**<br>**Treasurer** | **Consecutive monthly payments for the 12 month period prior to filing (03/2017-3/2018)** | **$37,375.00** | **Monthly shareholder interest payments.** |
| 4.5. | **Alvin G. Wheeler**<br>**7156 Mandarin Dr**<br>**Boca Raton, FL 33433**<br>**President** | **9/2017** | **$550.00** | **Shareholder Expense Reimbursements.** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Summit Financial Corp.**      Case number *(if known)*  **18-13389**

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.6.  **David Wheeler**<br>**12345 NW 14 St**<br>**Fort Lauderdale, FL 33323**<br>**Chief Executive Officer and Vice President** | **3/2017;**<br>**5/2017;**<br>**2/2018.** | **$26,535.00** | **Shareholder Expense Reimbursements.** |
| 4.7.  **Scott Wheeler**<br>**466 Stonemont Dr**<br>**Fort Lauderdale, FL 33326**<br>**Treasurer** | **Consecutive monthly reimbursement for the 12 month period prior to filing (03/2017-3/2018)** | **$5,500.00** | **Shareholder Expense Reimbursements.** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  **Summit Financial Corporation vs. Joshua Aaron**<br>COSO14-010436 | **Complaint for Default on Retail Installment Sales Contract** | **Broward County Circuit Court**<br>201 SE 6 St<br>Fort Lauderdale, FL 33301 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2.  **Summit Financial Corporation vs. Shaun Alley**<br>2017-001129 CA 01 | **Complaint for Default on Retail Installment Sales Contract** | **Miami-Dade County Circuit Court**<br>73 W Flagler St<br>Miami, FL 33130 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.3.  **Summit Financial Corporation vs. Kerene Anderson**<br>CACE16-021753 | **Complaint for Default on Retail Installment Sales Contract** | **Broward County Circuit Court**<br>201 SE 6 St<br>Fort Lauderdale, FL 33301 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | Summit Financial Corp. | | Case number *(if known)* | 18-13389 |

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.4. | Summit Financial Corporation vs. Nicole Armstrong<br>COSO17-007829 | Complaint for Default on Retail Installment Sales Contract | Broward County Circuit Court<br>201 SE 6 St<br>Fort Lauderdale, FL 33301 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.5. | Summit Financial Corporation vs. Wayne Askin<br>2016-CC-13831 | Complaint for Default on Retail Installment Sales Contract | Orange County Civil Court<br>425 N. Orange Ave.<br>Orlando, FL 32801 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.6. | The Bank of New York Mellon FKA The Bank of New York vs.<br>Harriet B. Spikes; Progressive Select Insurance Company; Summit Financial Corporation; The Cottages and University Park Homeowners Association.<br>CACE17-014642 | Verified Complaint for Residential Mortgage Foreclosure (Debtor was awarded a Summary Final Judgment against the Defendant on 08/08/15 in the amount of $14,357.90, as recorded in the Official Records of Broward County under Instrument Number 113178386) | Broward County Circuit Court<br>201 SE 6 St<br>Fort Lauderdale, FL 33301 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.7. | Summit Financial Corporation vs. Luis Berrios<br>2016-11539 CA 01 | Complaint for Default on Retail Installment Sales Contract | Miami-Dade County Circuit Court<br>73 W Flagler St<br>Miami, FL 33130 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.8. | Summit Financial Corporation vs. Rosemary E. Braynen<br>2016-010883 CC 25 | Complaint for Default on Retail Installment Sales Contract | Miami-Dade County Circuit Court<br>73 W Flagler St<br>Miami, FL 33130 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.9. | Summit Financial Corporation vs. Steven E. Brickhouse<br>2016-CA-011273-O | Complaint for Default on Retail Installment Sales Contract | Orange County Civil Court<br>425 N. Orange Ave.<br>Orlando, FL 32801 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.10. | Summit Financial Corporation vs. Wynona De Dios Butler<br>COSO17-008168 | Complaint for Default on Retail Installment Sales Contract | Broward County Circuit Court<br>201 SE 6 St<br>Fort Lauderdale, FL 33301 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.11. | Summit Financial Corporation vs. Lenora Reddick Copeland<br>COSO15-001463 | Complaint for Default on Retail Installment Sales Contract | Broward County Circuit Court<br>201 SE 6 St<br>Fort Lauderdale, FL 33301 | ☐ Pending<br>☐ On appeal<br>■ Concluded |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor   **Summit Financial Corp.**

Case number *(if known)*  **18-13389**

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.12. **Summit Fianancial Corporation vs. Dargys Diaz CACE 15-6829** | Complaint for Default on Retail Installment Sales Contract | **Broward County Circuit Court 201 SE 6 St Fort Lauderdale, FL 33301** | ☐ Pending ☐ On appeal ☐ Concluded |
| 7.13. **Summit Financial Corporation vs. Jean F. Fabien 2016CA013308** | Complaint for Default on Retail Installment Sales Contract | **Palm Beach County Circuit Court 205 N Dixie Hwy West Palm Beach, FL 33401** | ☐ Pending ☐ On appeal ☑ Concluded |
| 7.14. **Summit Financial Corporation v. Cinthya Fernandez-Sanchez CACE17-021472** | Complaint for Default on Retail Installment Sales Contract | **Broward County Circuit Court 201 SE 6 St Fort Lauderdale, FL 33301** | ☑ Pending ☐ On appeal ☐ Concluded |
| 7.15. **Summit Financial Corporation vs. Eugelie Geffrard COSO16-6947** | Complaint for Default on Retail Installment Sales Contract | **Broward County Circuit Court 201 SE 6 St Fort Lauderdale, FL 33301** | ☐ Pending ☐ On appeal ☐ Concluded |
| 7.16. **Summit Financial Corporation vs. Lisa Gentry COSO14-001271** | Complaint for Default on Retail Installment Sales Contract | **Broward County Circuit Court 201 SE 6 St Fort Lauderdale, FL 33301** | ☐ Pending ☐ On appeal ☐ Concluded |
| 7.17. **Summit Financial Corporation vs. Mario Gomez 2017-10549 CC 25** | Complaint for Default on Retail Installment Sales Contract | **Miami-Dade County Circuit Court 73 W Flagler St Miami, FL 33130** | ☑ Pending ☐ On appeal ☐ Concluded |
| 7.18. **Summit Financial Corporation vs. Kenia Gonzalez 2016-11538 CA 01** | Complaint for Default on Retail Installment Sales Contract | **Miami-Dade County Circuit Court 73 W Flagler St Miami, FL 33130** | ☐ Pending ☐ On appeal ☑ Concluded |
| 7.19. **Summit Financial Corporation vs. Devon Goodman COSO15-6272** | Complaint for Default on Retail Installment Sales Contract | **Broward County Circuit Court 201 SE 6 St Fort Lauderdale, FL 33301** | ☐ Pending ☐ On appeal ☐ Concluded |
| 7.20. **Summit Financial Corporation vs. John Hallmark 16-002514 CC** | Complaint for Default on Retail Installment Sales Contract | **Bay County Courthouse 300 East 4 St Panama City, FL 32401** | ☐ Pending ☐ On appeal ☑ Concluded |
| 7.21. **Summit Financial Corporation vs. Jessica Harper CACE17-001509** | Complaint for Default on Retail Installment Sales Contract | **Broward County Circuit Court 201 SE 6 St Fort Lauderdale, FL 33301** | ☐ Pending ☐ On appeal ☑ Concluded |
| 7.22. **Summit Financial Corporation vs. Howard Henry CACE15-015734** | Complaint for Default on Retail Installment Sales Contract | **Broward County Circuit Court 201 SE 6 St Fort Lauderdale, FL 33301** | ☑ Pending ☐ On appeal ☐ Concluded |

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor   **Summit Financial Corp.**                                             Case number *(if known)*   **18-13389**

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.23. | **Summit Financial Corporation vs. Carlos L. Ruiz Heredia**<br>**2016-012531 CA 01** | Complaint for Default on Retail Installment Sales Contract | **Miami-Dade County Circuit Court**<br>**73 W Flagler St**<br>**Miami, FL 33130** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.24. | **Summit Financial Corporation vs. Mary Hilton and Sam Wiggins**<br>**2017-10585 SP 25** | Complaint for Default on Retail Installment Sales Contract | **Miami-Dade County Circuit Court**<br>**73 W Flagler St**<br>**Miami, FL 33130** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.25. | **Summit Financial Corporation vs. Jesus Huerta**<br>**2016-29491 CA 01** | Complaint for Default on Retail Installment Sales Contract | **Miami-Dade County Circuit Court**<br>**73 W Flagler St**<br>**Miami, FL 33130** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.26. | **Summit Financial Corporation vs. Michelle Jackson**<br>**2016CC01048** | Complaint for Default on Retail Installment Sales Contract | **Palm Beach County Circuit Court**<br>**205 N Dixie Hwy**<br>**West Palm Beach, FL 33401** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.27. | **Summit Financial Corporation vs. Camille Johnson**<br>**COSO14-04178** | Complaint for Default on Retail Installment Sales Contract | **Broward County Circuit Court**<br>**201 SE 6 St**<br>**Fort Lauderdale, FL 33301** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.28. | **Summit Financial Corporation vs. Denise Jones**<br>**COSO15-3976** | Complaint for Default on Retail Installment Sales Contract | **Broward County Circuit Court**<br>**201 SE 6 St**<br>**Fort Lauderdale, FL 33301** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.29. | **Summit Financial Corporation vs. Laketsh Renee Johnson**<br>**2016CC013158** | Complaint for Default on Retail Installment Sales Contract | **Palm Beach County Circuit Court**<br>**205 N Dixie Hwy**<br>**West Palm Beach, FL 33401** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.30. | **Summit Financial Corporation vs. Soeh Kalai**<br>**2016CA-002485-0** | Complaint for Default on Retail Installment Sales Contract | **Orange County Civil Court**<br>**425 N. Orange Ave.**<br>**Orlando, FL 32801** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.31. | **Summit Financial Corporation vs. Roidel Perez Laurencio**<br>**CACE16-8395** | Complaint for Default on Retail Installment Sales Contract | **Broward County Circuit Court**<br>**201 SE 6 St**<br>**Fort Lauderdale, FL 33301** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.32. | **Summit Financial Corporation vs. Corleta Lawson**<br>**16-007698-CI** | Complaint for Default on Retail Installment Sales Contract | **Clearwater Courthouse**<br>**315 Court St.**<br>**Clearwater, FL 33756** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.33. | **Summit Financial Corporation vs. Leonardo Linares**<br>**2016-012533 CA 01** | Complaint for Default on Retail Installment Sales Contract | **Miami-Dade County Circuit Court**<br>**73 W Flagler St**<br>**Miami, FL 33130** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                     Best Case Bankruptcy

Debtor    **Summit Financial Corp.** _____    Case number _(if known)_  **18-13389** _____

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.34. | **Summit Financial Corporation vs. Raidel Lintres**<br>**2016-030613 CA 01** | **Complaint for Default on Retail Installment Sales Contract** | **Miami-Dade County Circuit Court**<br>**73 W Flagler St**<br>**Miami, FL 33130** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.35. | **Summit Financial Corporation vs. Mary Mona Louissaint**<br>**2017-SC-002702-O** | **Complaint for Default on Retail Installment Sales Contract** | **Orange County Civil Court**<br>**425 N. Orange Ave.**<br>**Orlando, FL 32801** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.36. | **Summit Financial Corporation vs. Tierra Mable**<br>**2016-CA-7451** | **Complaint for Default on Retail Installment Sales Contract** | **Duval County Courthouse**<br>**501 Adams St.**<br>**Jacksonville, FL 32202** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.37. | **Summit Financial Corporation vs. Candice G. Mauricio**<br>**2017 13819 CODL** | **Complaint for Default on Retail Installment Sales Contract** | **Volusia County Courthouse**<br>**101 North Alabama Ave**<br>**Deland, FL 32724** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.38. | **Summit Financial Corporation vs. Sonia N. Mccoy**<br>**17-CC-000653** | **Replevin** | **Hillsborough County Courthouse**<br>**401 N. Jefferson Street**<br>**Tampa, FL 33602** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.39. | **Summit Financial Corporation vs. James L McNeal**<br>**COSO16-004453** | **Complaint for Default on Retail Installment Sales Contract** | **Broward County Circuit Court**<br>**201 SE 6 St**<br>**Fort Lauderdale, FL 33301** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.40. | **Summit Financial Corporation vs. Hector Mendieta**<br>**2017-CA-000569** | **Complaint for Default on Retail Installment Sales Contract** | **Palm Beach County Circuit Court**<br>**205 N Dixie Hwy**<br>**West Palm Beach, FL 33401** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.41. | **Summit Financial Corporation vs. Candace Milton**<br>**COSO14-001211** | **Complaint for Default on Retail Installment Sales Contract** | **Broward County Circuit Court**<br>**201 SE 6 St**<br>**Fort Lauderdale, FL 33301** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.42. | **Summit Financial Corporation vs. Alisha Mitchell**<br>**2017-CA-7654** | **Replevin** | **Palm Beach County Circuit Court**<br>**205 N Dixie Hwy**<br>**West Palm Beach, FL 33401** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.43. | **Summit Financial Corporation vs. Felicia Mitchell**<br>**CACE14-20211** | **Complaint for Default on Retail Installment Sales Contract** | **Broward County Circuit Court**<br>**201 SE 6 St**<br>**Fort Lauderdale, FL 33301** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.44. | **Summit Financial Corporation vs. Xina M. Montalvo**<br>**2015-1193 CC 25** | **Complaint for Default on Retail Installment Sales Contract** | **Miami-Dade County Circuit Court**<br>**73 W Flagler St**<br>**Miami, FL 33130** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor    **Summit Financial Corp.**                                  Case number *(if known)*  **18-13389**

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.45. | **Summit Financial Corporation vs. Geraldine Montreuil** 2017-011887-CC-25 | Complaint for Default on Retail Installment Sales Contract | **Miami-Dade County Circuit Court** 73 W Flagler St Miami, FL 33130 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.46. | **Summit Financial Corporation vs. Keisy Moore** COSO15-005086 | Complaint for Default on Retail Installment Sales Contract | **Broward County Circuit Court** 201 SE 6 St Fort Lauderdale, FL 33301 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.47. | **Summit Financial Corporation vs. Vivienne Myrtil** COSO14-001221 | Complaint for Default on Retail Installment Sales Contract | **Broward County Circuit Court** 201 SE 6 St Fort Lauderdale, FL 33301 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.48. | **Summit Financial Corporation vs. Jessica Overstreet** COCE17-010902 | Complaint for Default on Retail Installment Sales Contract | **Broward County Circuit Court** 201 SE 6 St Fort Lauderdale, FL 33301 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.49. | **Summit Financial Corporation vs. Jessica Overstreet** COSO15-006275 | Complaint for Default on Retail Installment Sales Contract | **Broward County Circuit Court** 201 SE 6 St Fort Lauderdale, FL 33301 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.50. | **Summit Financial Corporation vs. Arron David Ozbun** CACE16-020843 | Complaint for Default on Retail Installment Sales Contract | **Broward County Circuit Court** 201 SE 6 St Fort Lauderdale, FL 33301 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.51. | **Summit Financial Corporation vs. Miguel Gonzalez** 17-19044 CA 01 | Complaint for Default on Retail Installment Sales Contract | **Miami-Dade County Circuit Court** 73 W Flagler St Miami, FL 33130 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.52. | **Summit Financial Corporation vs. Shamika Sharell Pickett** COCE17-20970 | Complaint for Default on Retail Installment Sales Contract | **Broward County Circuit Court** 201 SE 6 St Fort Lauderdale, FL 33301 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.53. | **Summit Financial Corporation vs. Tanya Robinson** 2017-CC-00817 | Complaint for Default on Retail Installment Sales Contract | **Palm Beach County Circuit Court** 205 N Dixie Hwy West Palm Beach, FL 33401 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.54. | **Summit Financial Corporation vs. Georgina Rodriguez** 2015-010641 CA 01 | Complaint for Default on Retail Installment Sales Contract | **Miami-Dade County Circuit Court** 73 W Flagler St Miami, FL 33130 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.55. | **Summit Financial Corporation vs. Jocelyn Rodriguez** 14-12772 CC 25 | Complaint for Default on Retail Installment Sales Contract | **Miami-Dade County Circuit Court** 73 W Flagler St Miami, FL 33130 | ☐ Pending<br>☐ On appeal<br>■ Concluded |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Summit Financial Corp.**                                           Case number *(if known)*    **18-13389**

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.56. | **Summit Financial Corporation vs. Reynier Rodriguez**<br>15-013470 CC 25 | **Complaint for Default on Retail Installment Sales Contract** | **Miami-Dade County Circuit Court**<br>73 W Flagler St<br>Miami, FL 33130 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.57. | **Summit Financial Corporation vs. Sharryl Rodriguez-Diaz**<br>17-CA-000114 | **Complaint for Default on Retail Installment Sales Contract** | **Hillsborough County Courthouse**<br>401 N. Jefferson Street<br>Tampa, FL 33602 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.58. | **Summit Financial Corporation vs. Charlie Rosa**<br>CACE16-8388 | **Complaint for Default on Retail Installment Sales Contract** | **Broward County Circuit Court**<br>201 SE 6 St<br>Fort Lauderdale, FL 33301 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.59. | **Summit Financial Corporation vs. Magnolia Rueda**<br>14-012914 CA 01 | **Complaint for Default on Retail Installment Sales Contract** | **Miami-Dade County Circuit Court**<br>73 W Flagler St<br>Miami, FL 33130 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.60. | **Summit Financial Corporation vs. Demetreus Vonrhea Survia**<br>CACE14-009422 | **Complaint for Default on Retail Installment Sales Contract** | **Broward County Circuit Court**<br>201 SE 6 St<br>Fort Lauderdale, FL 33301 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.61. | **Summit Financial Corporation vs. Dallas Simms**<br>2014-CA-002047 | **Complaint for Default on Retail Installment Sales Contract** | **St. Lucie County Courthouse**<br>218 S. 2 Street<br>Fort Pierce, FL 34950 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.62. | **Summit Financial Corporation vs. Billy Smith**<br>2016EC003669 | **Complaint for Default on Retail Installment Sales Contract** | **Pasco County Courthouse**<br>7530 Little Road<br>New Port Richey, FL 34654 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.63. | **Summit Financial Corporation vs. Leseida Taylor**<br>2016-SC-003476 | **Complaint for Default on Retail Installment Sales Contract** | **Alachua County Courthouse**<br>201 E. University Avenue<br>Gainesville, FL 32601 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.64. | **Summit Financial Corporation vs. Melissa Thomas**<br>COSO17-000880 | **Complaint for Default on Retail Installment Sales Contract** | **Broward County Circuit Court**<br>201 SE 6 St<br>Fort Lauderdale, FL 33301 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.65. | **Summit Financial Corporation vs. John Thompson**<br>COSO15-006150 | **Complaint for Default on Retail Installment Sales Contract** | **Broward County Circuit Court**<br>201 SE 6 St<br>Fort Lauderdale, FL 33301 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.66. | **Summit Financial Corporation vs. Shaelis Torres**<br>2016-CA-003482 | **Replevin** | **Polk County Courthouse**<br>255 N. Broadway Ave.<br>Bartow, FL 33830 | ☐ Pending<br>☐ On appeal<br>■ Concluded |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor  **Summit Financial Corp.**                                   Case number *(if known)*  **18-13389**

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.67. **Summit Financial Corporation vs. Robert Touchston** COSO17-000888 | **Complaint for Default on Retail Installment Sales Contract** | **Broward County Circuit Court** 201 SE 6 St Fort Lauderdale, FL 33301 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.68. **Summit Financial Corporation vs. Christina Vanegas** COSO16-004452 | **Complaint for Default on Retail Installment Sales Contract** | **Broward County Circuit Court** 201 SE 6 St Fort Lauderdale, FL 33301 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.69. **Summit Financial Corporation vs. Tina Walker** 17-1106-SC | **Complaint for Default on Retail Installment Sales Contract** | **Martin County Courthouse** 100 SE Ocean Blvd Stuart, FL 34994 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.70. **Summit Financial Corporation vs. Dalila Serna** COSO14-3185 | **Complaint for Default on Retail Installment Sales Contract** | **Broward County Circuit Court** 201 SE 6 St Fort Lauderdale, FL 33301 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.71. **Ventana at Coral Springs Homeowners' Association vs. Joe Ann Fletcher; Bobby Fletcher; Summit Financial Corporation and Fairlane Credit, LLC.** CACE13-013468 | **Verified Complaint for Residential Mortgage Foreclosure (Debtor was awarded a Summary Final Judgment against the Defendant on 09/01/2011 in the amount of $15,000.83, as recorded in Official Records 48184 at Page 1923 of the Public Records of Broward County)** | **Broward County Circuit Court** 201 SE 6 St Fort Lauderdale, FL 33301 | ☐ Pending<br>☐ On appeal<br>■ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

## Part 4:   Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Summit Financial Corp.**                                    Case number *(if known)*   **18-13389**

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **LSAS Law Firm**<br>**2699 Stirling Rd # C401**<br>**Fort Lauderdale, FL 33312** | | **March, 2018 (Fee Advance and Cost Deposit)** | **$75,000.00** |
| | Email or website address<br>**zbs@lsaslaw.com** | | | |
| | Who made the payment, if not debtor?<br>**Alvin Wheeler** | | | |
| 11.2. | **Greenberg Traurig**<br>**401 E. Las Olas Boulevard**<br>**Suite 2000**<br>**Fort Lauderdale, FL 33301** | | **February, 2018** | **$126,776.50** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.3. | **Douglas Jeffrey, Esq.**<br>**6625 Miami Lakes Dr E**<br>**Suite 379**<br>**Hialeah, FL 33014** | | **March, 2018.** | **$25,000.00** |
| | Email or website address<br>**dj@jeffreylawfirm.com** | | | |
| | Who made the payment, if not debtor?<br>**Alvin Wheeler** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

■ None.

Debtor    **Summit Financial Corp.**                                                Case number *(if known)*    **18-13389**

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**Social Security Numbers, Income and Employment Information to qualify for automobile loans.**

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor   **Summit Financial Corp.**                                    Case number *(if known)*   **18-13389**

---

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor    **Summit Financial Corp.**                                    Case number *(if known)*  **18-13389**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Jeff Zatkowsky** **53 NW 100 Avenue** **Fort Lauderdale, FL 33324** | **2014 to Present** |
| 26a.2.   **Avi Argade** **53 NW 100 Avenue** **Fort Lauderdale, FL 33324** | **1998 to Present.** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.   **Crowe Horwath LLP** **401 E. Las Olas Boulevard** **Suite 1100** **Fort Lauderdale, FL 33301** | **2015 to Present.** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Jeff Zatkowsky** **53 NW 100 Avenue** **Fort Lauderdale, FL 33324** | |

Debtor    **Summit Financial Corp.**                                    Case number *(if known)*  **18-13389**

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2.    **Avi Argade**<br>**53 NW 100 Avenue**<br>**Fort Lauderdale, FL 33324** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Alvin G. Wheeler** | **7156 Mandarin Dr**<br>**Boca Raton, FL 33433** | **President** | **40.0%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **David Wheeler** | **12345 NW 14 St**<br>**Fort Lauderdale, FL 33323** | **Chief Executive Officer and Vice-President** | **50.8%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Scott Wheeler** | **466 Stonemont Dr**<br>**Fort Lauderdale, FL 33326** | **Treasurer** | **10.2%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

Debtor    **Summit Financial Corp.**        Case number *(if known)*   **18-13389**

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Alvin G. Wheeler**<br>**7156 Mandarin Dr**<br>**Boca Raton, FL 33433** | **Salary payments in the amount of $266,141.00** | **Monthly payments in the one-year period prior to filing.** | **Salary to officer.** |
| | Relationship to debtor<br>**President** | | | |
| 30.2. | **David Wheeler**<br>**12345 NW 14 St**<br>**Fort Lauderdale, FL 33323** | **Salary payments in the amount of $699,033.00** | **Monthly payments in the one-year period prior to filing.** | **Salary to officer.** |
| | Relationship to debtor<br>**CEO and Vice-President** | | | |
| 30.3. | **Scott Wheeler**<br>**466 Stonemont Dr**<br>**Fort Lauderdale, FL 33326** | **Salary payments in the amount of $171,369.00** | **Monthly payments in the one-year period prior to filing.** | **Salary to officer.** |
| | Relationship to debtor<br>**Treasurer** | | | |
| 30.4. | **Alvin G. Wheeler**<br>**7156 Mandarin Dr**<br>**Boca Raton, FL 33433** | **Shareholder interest payments in the amount of $458,980.00.** | **Monthly payments in the one-year period prior to filing.** | **Shareholder interest payments.** |
| | Relationship to debtor<br>**President** | | | |
| 30.5. | **David Wheeler**<br>**12345 NW 14 St**<br>**Fort Lauderdale, FL 33323** | **Shareholder interest payments in the amount of $139,380.00** | **Monthly payments in the one-year period prior to filing.** | **Shareholder interest payments.** |
| | Relationship to debtor<br>**CEO and Vice-President** | | | |
| 30.6. | **Scott Wheeler**<br>**466 Stonemont Dr**<br>**Fort Lauderdale, FL 33326** | **Shareholder interest payments in the amount of $37,375.00.** | **Monthly payment in the one-year period prior to filing.** | **Shareholder interest payments.** |
| | Relationship to debtor<br>**Treasurer** | | | |

Debtor    **Summit Financial Corp.**                                                    Case number *(if known)*    **18-13389**

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.7. | **Pensco**<br>**POB 173859**<br>**Denver, CO 80217** | **IRA deposits on behalf of Debtor's President**<br>**in the amount of $26,950.00** | **Monthly payments in the one-year period prior to filing.** | **IRA deposits on behalf of Debtor's President, Alvin Wheeler** |
| | Relationship to debtor | | | |
| 30.8. | **Alvin G. Wheeler**<br>**7156 Mandarin Dr**<br>**Boca Raton, FL 33433** | **Shareholder Expense Reimbursement**<br>**in the amount of $550.00** | **9/2017** | **Shareholder Expense Reimbursement.** |
| | Relationship to debtor<br>**President** | | | |
| 30.9. | **David Wheeler**<br>**12345 NW 14 St**<br>**Fort Lauderdale, FL 33323** | **Shareholder Expense Reimbursements**<br>**in the total amount of $26,595.00.** | **3/2017;**<br>**5/2017;**<br>**2/2018.** | **Shareholder Expense Reimbursements.** |
| | Relationship to debtor<br>**CEO and Vice-President** | | | |
| 30.10. | **Scott Wheeler**<br>**466 Stonemont Dr**<br>**Fort Lauderdale, FL 33326** | **Shareholder Expense Reimbursements**<br>**in the total amount of $5,550.00.** | **Monthly payments in the one-year period prior to filing.** | **Shareholder Expense Reimbursements.** |
| | Relationship to debtor<br>**Treasurer** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

Debtor    **Summit Financial Corp.**                                    Case number *(if known)*  **18-13389**

---

**Part 14:    Signature and Declaration**

---

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 20, 2018**

**/s/ David Wheeler**                                    **David Wheeler**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Vice President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## Southern District of Florida

In re  **Summit Financial Corp.**                                     Case No.  **18-13389**

                                   Debtor(s)       Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Vice President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **April 20, 2018**                          **/s/ David Wheeler**

                                           **David Wheeler**/**Vice President**
                                           Signer/Title



# PERSONAL PROPERTY
# SUMMARY APPRAISAL REPORT

### Appraisal for:
Summit Financial Corporation
100 N.W. 100th Avenue
Plantation, FL  33324

### Prepared Exclusively for:
Mr. David Wheeler, CFO
Summit Financial Corporation
100 N.W. 100th Avenue
Plantation, FL  33324

### Forced Liquidation Value
### (F.L.V.)

## Effective Valuation Date:
## April 9, 2018



Moecker Auctions, Inc., 1883 Marina Mile Blvd, Suite 106, Fort Lauderdale FL 33315
Office: (954)252-2887 Fax: (954)252-2791
www.moeckerauctions.com

Moecker Auctions, Inc.    1



April 9, 2018

Mr. David Wheeler, CFO
Summit Financial Corporation
100 N.W. 100th Avenue
Plantation, FL 33324

RE: **Appraisal Report - Summit financial Corporation**

Dear Mr. Wheeler,

At your request, I have made an appraisal of the office furniture and equipment at Summit Financial Corporation for the purpose of expressing an opinion of its Forced Liquidation Value (F.L.V.).

On Friday, Monday, March 26th, 2018, I visited Summit Financial Corporation located at 100 N.W. 100th Avenue, Plantation, FL 33324 for my scheduled inspection. I was escorted around the two separate office spaces that the company occupies. The two spaces are directly across the parking lot form each other. Both spaces were neat, well-kept and nicely presented.

Due to the fact that the personal property included in this valuation is available in the marketplace, the approach to the values contained in this report reflects the Market Approach. This approach was considered necessary to provide a credible value conclusion for the subject. At the present time, the Cost Approach is not considered to provide a particularly reliable indication of value, and generally speaking, market participants are placing no significant credence on the Cost Approach. The Income Approach is not typically applied in this instance, and it was our opinion that it would provide a less reliable indication of value. Therefore, neither the Cost Approach nor the Income Approach was considered in the development of this report.

After reviewing local market conditions, I have considered the value of the property, showing the "Forced Liquidation Value". I have also taken into consideration the present economic conditions and the age and condition of the property appraised. The following valuation is made in accordance with the attached Appraisal Definitions and Limiting Conditions. The value associated with this list of assets reflects their value with the assumption that these items will be sold at their current installed location. The value may change drastically if the items were to be uninstalled and moved to an off-site auction location. The effective valuation date of this appraisal is April 9, 2018.

Thank you for the opportunity to be of service to you in this matter. If you have any questions regarding the method of appraisal, the value concept or the indicated values, please feel free to call.

Sincerely,

Eric Rubin, GPPA, CES
V.P. Auction Operations, AU 3219
Moecker Auctions, Inc.

Moecker Auctions, Inc., 1883 Marina Mile Blvd, Suite 106
Fort Lauderdale FL 33315Office: (954)252-2887 Fax: (954)252-2791
www.moeckerauctions.com

Moecker Auctions, Inc.    2

# TABLE OF CONTENTS

Summary                                             Page 1

Cover Letter                                         Page 2

Table of Contents                                   Page 3

Biography & Qualifications                           Page 4

Recapitulation                                       Page 5

Scope of Work & Procedure                            Page 8

Definitions                                          Page 9

Approach to Value                                    Page 11

Assumptions &Limiting Conditions                     Page 15

Use and Interpretation                               Page 16

Certification Statement                              Page 17

Listing of Assets and Photos                         Page 18

(Remainder of page intentionally left blank)

# BIOGRAPHY & QUALIFICATIONS

**Eric Rubin - Vice President of Auction Operations**
**Chief Auctioneer, AU 3219, GPPA, CES**
**Fort Lauderdale, FL Office**

Eric has been the chief auctioneer and vice president of auction operations since 2002. He has conducted hundreds of auctions and liquidations of an extremely wide range of property and unique situations. As Vice President of Auction Operations, Eric supervises and manages the preparation and sale of assets for auction or liquidation. His vast knowledge base and experience aids him in being instrumental in qualifying and administrating tailor-made approaches for the liquidation of a wide variety tangible and intellectual property.  He conducts on-site valuations, site inspections and is a trusted consultant for a diverse pool of clients such as; lending institutions, law firms, bankruptcy trustees, assignees, receivers, banks, private entities, etc.

Eric has successfully accomplished hundreds of on-site inspections, appraisals and auctions for a multitude of different types of personal property ranging from basic household items, office equipment to Ponzi scheme liquidations, watercraft manufacturing, yachts, high-line, exotic and specialty vehicles, high tech manufacturing plants, recycling plants, medical equipment, factories and virtually everything in-between.

Eric is USPAP (Uniform Standards for Professional Appraisal Practice) qualified and is a member of both the Florida Auctioneers Association (FAA) and the National Auctioneers Association (NAA). Accreditations include GPPA (Graduate Personal Property Appraiser), CES (Certified Estate Specialist), USPAP (Uniform Standards of Professional Appraisal Practice), Expert Witness, as well as degrees in Broadcast Announcing and is a Microsoft Certified Systems Engineer (MCSE).

Recently, Eric was a finalist in the Florida Auctioneers Association 2016 bid calling championship.

Michael Moecker & Associates and Moecker Auctions, Inc. maintain offices and personnel strategically located throughout Florida in order to quickly and effectively implement solutions.

(Remainder of page intentionally left blank)



## RECAPITULATION

# Summit Financial Corporation
## 100 N.W. 100th Avenue
## Plantation, FL  33324

Effective Date:
April 9, 2018

---

# FORCED LIQUIDATION VALUE

## ****$14,225.00****

Fourteen Thousand, Two Hundred, Twenty-Five Dollars and Zero Cents

# **SCOPE OF WORK & PROCEDURE**

## PURPOSE OF APPRAISAL

The purpose of this appraisal is to estimate the *Forced Liquidation Value*. The results are reported in this study.  The assets are appraised as if free and clear, without liens or encumbrances (unless otherwise noted).

## INTENDED USE OF THE APPRAISAL

It is our understanding that the appraisal will be used as a component to a personal property valuation.

## IDENTITY OF CLIENT & INTENDED USER

The client is identified as Mr. David Wheeler. It is our understanding that the intended users of this appraisal are M. David Wheeler and all other authorized individuals and entities that are involved in the personal property valuation process.

## FUNCTION OF APPRAISAL

The function of this report is to serve as a value guideline.  There are proper uses for appraisal concepts.  However, a particular individual, company or organization may determine that the concept fits a particular need and, therefore, could use it in a way that would be typically improper.  It is up to the user to determine if the concept is proper for its purpose, as it is clearly defined and should be understood.

## METHOD

Moecker Auctions, Inc. over a two hour period completed an inventory listing and photos to be used as a basis for this appraisal. At the time of inspection the appraiser noted that the interior and exterior of the business was in good overall condition.

# DEFINITIONS

The definitions in this appraisal report may include but are not limited to, are as follows:

**"Appraisal":** the act or process of developing an opinion of value. An opinion of value of or pertaining to appraising and related functions such as appraisal practice or appraisal services.

**"Appraisal Practice":** valuation services performed by an individual acting as an appraiser, including but not limited to appraisal and appraisal review.

**"Appraiser":** one who is expected to perform valuation services competently and in a manner that is independent, impartial and objective.

**"Assignment":** 1) an agreement between an appraiser and a client to provide a valuation service; 2) the valuation service that is provided as a consequence of such an agreement.

**"Assignment Results":** an appraiser's opinions or conclusions developed specific to assignment.

**"Assumption":** that which is taken to be true.

**"Bias":** a preference or inclination that precludes an appraiser's impartiality, independence or objectivity in an assignment.

**"Client":** the party or parties who engage, by employment or contract, an appraiser in a specific assignment.

**"Condition of Equipment":** the term used to describe equipment which, in the opinion of the appraiser, is judged to be in: 1) **Very Good Condition** – excellent and capable of being used to its fully specified utilization for its designed purpose without being modified and without requiring any repairs or abnormal maintenance at the time or within the foreseeable future; 2) **Good Condition** – have been modified or repaired and are being used at or near their fully specified utilization; 3) **Poor Condition** – can be used only at some point well below their full utilization, and it is not possible to realize full capability in their current condition without extensive repairs and / or the replacement of major elements in the future.

**"Confidential Information":** information that is either: 1) identified by the client as confidential when providing it to an appraiser and that is not available from any other source or classified as confidential or private by applicable law or regulation.

**"Credible":** worthy of belief.

**"Extraordinary Assumption":** an assumption, directly related to a specific assignment, as of the effective date of the assignment results, which, if found to be false, could alter the appraiser's opinions or conclusions.

**"Hypothetical Condition":** a condition, directly related to a specific assignment, which is contrary to what is known by the appraiser to exist on the effective date of the assignment results, but is used for the purpose of analysis.

**"Intended Use":** the use or uses of an appraiser's reported appraisal or appraisal review assignment opinions and conclusions, as identified by the appraiser based on communication with the client at the time of the assignment.

**"Intended User":** the client and any other party as identified, by name or type, as users of the appraisal or appraisal review report by the appraiser on the basis of communication with the client at the time of the assignment.

**"Jurisdictional Exception":** an assignment condition established by applicable law or regulation, which precludes an appraiser as applicable in an appraisal.

**"Personal Property":** identifiable tangible objects that are considered by the general public as being "personal" – for example, furnishings, artwork, antiques, gems and jewelry, collectibles, machinery and equipment; all tangible property that is not classified as real estate.

**"Report":** any communication, written or oral, of an appraisal or appraisal review that is transmitted to the client upon completion of an assignment.

**"Scope of Work":** the type and extent of research and analyses in an appraisal or appraisal review assignment.

**"Signature":** personalized evidence indicating authentication of the work performed by the appraiser and the acceptance of the responsibility for content, analyses and the conclusions in the report.

**"Valuation Services":** services pertaining to aspects of property value.

**"Value":** the monetary relationship between properties and those who buy, sell or use those properties.

**"Values":** the appraiser's professional opinion at which new or used property would exchange for;

1. **"Desktop Opinion of Fair Market Value" (F.M.V):** An opinion of the amount at which used property would exchange in a competitive and open market under all conditions requisite to a fair sale based solely on materials supplied and without the ability of physically viewing the items being appraised. The buyer and seller each acting prudently and knowledgeably and assuming the price is not affected by undue stimulus. Neither party is under compulsion to buy or sell.  The property will be used for its intended purpose

2. **"Desktop Opinion of Forced Sale Liquidation Value" (F.S.L.V):** An opinion of the amount at which used property would exchange in a forced sale situation i.e. auction based solely on materials supplied and without the ability of physically viewing the items being appraised. There are inherent inequities between buyer and seller; there being a possibility of the lack of knowledge of all the pertinent facts to buy or sell and the seller being under compulsion to sell in a relatively short period of time. Further, the ability of the asset group to draw sufficient prospective buyers to insure competitive offers is considered. All assets are to be sold on a piecemeal basis "As Is" with purchasers responsible for removal of the assets at their own risk and expense. Any deletion or additions to the total assets appraised could change the psychological and/or monetary appeal necessary to gain the values indicated.

3. **"Fair Market Value" (F.M.V):** An opinion of the amount at which used property would exchange in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Neither party is under compulsion to buy or sell.  The property is free and clear of all liens and will be used for its intended use.

4. **"Fair Market In-Place Value":** The Appraiser's professional opinion of the gross dollar amount to be realized in the sale of all assets between a willing buyer and a willing seller in the open market assuming that neither party is under compulsion to buy or sell, both being fully aware of all the relevant facts. This value assumes that the property is being sold "as is, where is" in good condition to a buyer who will maintain these assets in their entirety, in their present location as of the date of the appraisal. The in-place value takes into consideration the following:
   A. The Fair Market Value of the Assets
   B. The Convenience and Cost Saved by Being In-Place and
      Ready to Use. The In-Place Value Places No Value Upon
      Financial Condition of the Owners or Goodwill.

5. **"Forced Liquidation Value" (F.L.V.):** is the amount at which used property would exchange in a forced sale situation i.e. auction, wherein there are inherent inequities between buyer and seller; there being a possibility of the lack of knowledge of all the pertinent facts to buy or sell and the seller being under compulsion to sell in a relatively short period. Conclusions taken into consideration are physical location, difficulty of removal, physical condition, adaptability, specialization, marketability, overall appearance, and psychological appeal. Further, the ability of the asset group to draw sufficient prospective buyers to insure competitive offers is considered. All assets are to be sold on a piecemeal basis "As Is" with purchasers responsible for removal of the assets at their own risk and expense. Any deletion or additions to the total assets appraised could change the psychological and/or monetary appeal necessary to gain the values indicated.

6. **"Orderly Liquidation Value":** the Appraiser's professional opinion of the estimated gross amount expressed in terms of dollars, which the asset could be typically realized if exposed for public sale at a properly advertised and professionally managed orderly liquidation sale at a listed or negotiated price basis, by a seller obligated to sell, over an extended period of time, usually within a specified time as of the date of the appraisal report. Further, the ability of the asset group to draw sufficient prospective buyers to insure competitive offers are considered. All assets are to be sold on a per item basis, in "As Is" condition with purchasers responsible for removal of assets at their own risk and expense. Any deletions or additions to the total package could change the psychological and / or monetary appeal necessary to gain the price indicated.

7. **"Replacement Cost Value" (R.C.V.):** is the appraisers professional opinion of the dollar amount it would cost to purchase a new or used asset of the like quality and specifications. When such an asset is unavailable in the market place and no other comparable or substitute item is available, the appraiser has used their best judgment.

8. **"Scrap Value":** is the value of an asset based on its commodity worth as scrap

**"Workfile":** documentation necessary to support an appraiser's analyses, opinions and conclusions.

(Remainder of page intentionally left blank)

# APPROACH TO VALUE

In estimating value, the appraiser has considered the following approaches in arriving at indicators of value.  There are three traditional approaches to value: Market, Income and Cost.

<u>MARKET APPROACH-</u> The approach to value where recent sales and offering prices of similar assets are analyzed to arrive at an indication of the most probable selling price of the asset being appraised.  The Market Approach, also referred to as the Sales Approach, is based on the premise that the asset is continuing to be used, so that a knowledgeable purchaser can go to the market place and buy an existing one.  The market is an established means of buying and selling assets through channels including properly marketed auctions, second hand dealers, public and private sales.  Where actual sales are not available, relationships are often established based upon used prices for comparable items with subsequent adjustments for liquidation conditions.  (See Cost Approach).

<u>COST APPROACH-</u> An estimate of the present replacement cost of the assets less accrued depreciation.  Depreciation includes loss in value due to physical deterioration as well as functional and economic obsolescence.  Functional obsolescence is the decreased capacity of the item to perform the function for which it is intended in terms of current standards and specifications.  Functional obsolescence may stem either from a deficiency within the item such as poor design or outmoded style or may result from super adequacy or over design.  Economic obsolescence represents the loss in value from factors outside the item appraised, such as a depressed market for the end product manufactured by the item of machinery or equipment.  These factors are generally characterized as "negative external forces" which have an impact upon the item appraised.  The cost approach is utilized primarily as a secondary value indicator since it often fails to quantify the inherent loss in value under liquidation conditions.  Comparisons are sometimes made to cost when comparable sales are not found under the appraisal concept.

<u>INCOME APPROACH-</u> Not typically applied under the Liquidation Concept.  After consideration, a decision is made as to whether the income approach could be appropriate.

In certain instances, as in the case of custom machinery and equipment, a market analysis may be undertaken to ascertain current demand/marketability and subsequent assignment value. Market analysis may also be undertaken if functional or economic obsolescence is a key factor in a major asset.  A judgment call may be required with no comparable backup.  An experienced appraiser having acquired value orientation from years of observations under the liquidation concept could form that value assignment. Special or custom equipment, in most cases, is appraised in this manner.
The appraiser analyzes the balance of forces which affects value for particular types of assets or pieces of assets and the final assignment on each item is, in part, a reflection of this analysis.

An appraisal has never been considered the product of an exact science, although measurements of accuracy may be employed.  Determining the reactions of the public to value for an asset at a particular point in time is a valuation process based upon history, whereas the actual test of an appraisal value may vary up and down.  For this reason, one sale does not necessarily make a comparable.  Although assets may have been observed selling at higher or lower numbers than its appraised value, it is the appraiser's judgment and responsibility to make adjustments in order to maintain a set of circumstances which might be considered average under a particular value concept.  For this reason, the total number indicator is the important measurement on a proper future test.  Typically, the averaging method adjusts for location, condition, time, and other factors.  However, it would not simply indicate some high or low recovery for an asset under some particular past sale.  The appraiser strives for an average.  In a tested sale, one might find that average being exceeded in some cases, yet below the value indicated in others.  It is the existence of these variables that requires the use of the averaging method in order to maintain greater accuracy.

(Remainder of page intentionally left blank)

# ASSUMPTIONS AND LIMITING CONDITIONS

I have made no investigation of and assume no responsibility for the title to or liabilities against the property appraised and the property has been appraised as if free and clear.

This report is made at the request of the party for his/her use.  It is not an indication or report of title or ownership.  The identification of the interest of the requesting party is simply that represented to the appraiser by such party and no inquiry of investigation has been made nor is any opinion given as to the truth of such representation.

The conclusions of the appraiser are based upon multiple factors, the isolation of any single element as the sole basis of comparison to the whole appraisal may be inaccurate.  Any deletions or additions to the items appraised could substantially change the psychological and/or monetary appeal necessary to receive the amount indicated.

Possession of this report, or copy thereof, does not include the right of publication without the written consent of the appraiser.  This report in its entirety or any part hereof, including the identity of the appraiser, or his firm, shall not be made public through reproduction by electronic or other means. Advertising, public relations, news releases, sales or other distribution or information media without the written consent of Moecker Auctions, Inc. is prohibited except in the case of a judicial matter or peer review.

No changes to this appraisal report may be made by anyone other than the appraiser whose signature is appended to this report. If others make changes, this appraisal report is invalid for all purposes.

In most cases, assets are itemized, although certain areas require a group estimate, in which case the listings are shown in the quantity column as "Lot".  This is usually done in nominal value areas that require general descriptions or in areas where difficulty of access for total description would require additional time not justified for the items being valued.

This appraiser reserves the right to recall all copies of this report to correct any omission or error.

No responsibility is taken for changes in market conditions and no obligation is assumed to revise this report without adequate compensation, time, and procedural requirements that allow due diligence to reflect events or conditions which occur subsequent to the date hereof.

Photographs if any, included in this report were taken at random and may or may not include all those developed.  Some photographs may be of poor quality and/or insignificant to the study.  Some photographs are used for recall in correlation work.  The selected photos, if used, are an additional effort when included in the formal report and unless otherwise noted, there are no requested criteria for those selected by Moecker Auctions.  The lack of photographs, for whatever reason, should not create liability for Moecker Auctions.

It is possible that one or more appraisers of our firm assisted in the process of preparing or reviewing this appraisal.  Our research department gathers additional market information from our sales database and/or by making appropriate market inquiries.  The on-site appraiser was responsible for personally inspecting the assets, describing them, and making initial estimates of value.  He/she also may have gathered pertinent information about the assets from the subject company's personnel and company records.  The on-site appraiser is responsible for the final correlation of work conducted unless there is more than one signature.  Moecker Auctions considers that the appraiser making the final decision on value is the individual contributing in a significant way under the interpretation of the standards made a part of the *Uniform Standards of Professional Appraisal Practice (USPAP)*.  If on the other hand, special consultants or outside expertise are required, and he/she contributes in a significant way to the correlation of this report, this would be noted.

Some equipment, due to location and/or quantity, may have differing values assigned with the consideration that even though similar, condition could be better or worse than the other identical pieces.  The concept of value causes these adjustments to be made.  Location requirements can cause differences in removal or installation.

Moecker Auctions, Inc. is rendering a professional service in connection with this appraisal and no obligation to provide further information, or other liability, is hereby assumed. In no event shall the liability of Moecker Auctions Inc. or any of its agents or employees, with respect to this appraisal exceed the amount of the appraisal fee paid.
No consideration is given to additional value that might be obtained because of goodwill, product line, foundations and installation costs, going concern or other elements of value that may or may not be produced at a sale but cannot be foreseen by an appraiser.  Physical condition in most instances has been determined by personal inspection and/or with the advice of persons we determined to have expert knowledge of the item in question. Any unknown conditions existing at the time of inspection could alter the value.

The consideration paid for which this report is issued represents all services rendered for this appraisal report only.

Any future services requested will be subject to a separate statement at standard rates. In the event the appraiser is subpoenaed to testify in any form of legal proceedings concerning the subject of this report, such testimony shall constitute future services.

The valuation contained in this appraisal is valid only as of the effective date of value.  No representation is made regarding past or future value.  Constantly changing market conditions may require a reappraisal and updated valuation at any time in the future.  It shall be the obligation of the client to request this reappraisal.

The fee for the appraisal is not contingent upon the value or the conclusions reported and, neither the appraiser nor any officer of Moecker Auctions, Inc. has any financial interest in the property appraised.

Information, estimates, and opinions furnished and obtained has been assumed to be reliable.

The appraisers resources utilized in this report may include but are not limited to:

> Past Auction Data
> Various Dealers
> Multiple Internet Sources
> Valuation Guides
> Comparable Sales

(Remainder of page intentionally left blank)

## USE AND INTERPRETATION OF LISTING OF ASSETS REPORT

Reading from left to right, note the far left (Item Number) column contains a number to reference an appraisal item.

The quantity column (QTY) indicates the count of items listed.  When the word "Lot" is used in this column, an itemized count was not made.  The term "Lot" considers a group as one.

To the right of quantity is the description column, which contains a reasonable description of the item listed. The description column may also contain any special noted considerations, explanations or references.

The far right number is the underlined appraisal value. This column may make note of other reasons that no value was assigned.  For example, "leased", "not found", "not property of the estate", etc.

If you have not requested your report to be updated or revised yearly, or at some point in the future, and wish to investigate this service, contact us for both an explanation and a fee quote.

(Remainder of page intentionally left blank)

# **Certification Statement**

I certify that, to the best of my knowledge and belief:

1.    The statements of fact contained in this report are true and correct.

2.    The report analysis, opinion and conclusions are limited only by the reported assumptions and limiting conditions, and is unbiased professional analyses, opinions and conclusions.

3.    Moecker Auctions, Inc. are auctioneers, and their only interest in these assets would be to offer auction or liquidation services.

4.    Fees received are not contingent on an action or event resulting from the analyses, opinions, or conclusions in, or the use of this appraisal.

5.    The analyses, opinions and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice.

6.    I have performed no services, as an appraiser or in any other capacity, regarding the property that is subject of this report within the three-year period immediately preceding acceptance of this assignment.

7.    No one has provided significant professional assistance to the person signing this report unless so stated.

8.    The National Auctioneers Association Education Institute has a mandatory continuing education and recertification program for all of its designated members. I am in compliance with that program.

Respectfully Submitted,

Eric Rubin, GPPA, CES, Auctioneer, AU3219
Moecker Auctions, Inc. AB1098

# APPRAISAL

## Summit Financial Corporation
**100 N.W. 100th Avenue**
**Plantation, FL  33324**
*April 9, 2018*

| # | Qty. | Description | Forced Liquidation Value (F.L.V.) |
|---|------|-------------|-----------------------------------|
| | | **Office Space (Location #1)** | |
| | | | |
| 1 | | **Kitchen** | |
| 2 | 1 | GE Counter-Top Microwave, toaster, espresso machine, | $ 10.00 |
| 3 | 1 | Whirlpool refrigerator/freezer | $ 70.00 |
| 4 | LOT | Tables and stacking chairs | $ 125.00 |
| 5 | 1 | Alpine watercooler (hot and cold) | $ 50.00 |
| 6 | LOT | Misc. glasses, mugs, serving utensils items in drawers | $ 25.00 |
| 7 | | | |
| 8 | | **Reception** | |
| 9 | 1 | Dell Optiplex Core I5 computer system (value based on removed hard drive) | $ 35.00 |
| 10 | LOT | Contents of office items on desk and in drawers | $ 15.00 |
| 11 | 1 | Rolling armchair | $ 15.00 |
| 12 | 6 | Wood backed arm chairs | $ 90.00 |
| 13 | 2 | Round wood-top end tables | $ 30.00 |
| 14 | | | |
| 15 | | **Common Area** | |
| 16 | 48 | Work station cubicals ( 48" high) each with modular desks, rolling arm chairs and office sundries | $ 1,200.00 |
| 17 | 45 | Dell computer systems (basic Optiplex 7020's and 3010's) with Intel Core I5 and I7 CPU's. (value based on removed hard drive) | $ 2,025.00 |
| 18 | 80 | 4 drawer vertical file cabinets | $ 400.00 |
| 19 | 5 | 4 drawer Fire King file cabinets | $ 1,000.00 |
| 20 | 1 | HP Color Laser Jet CM4540 MFP (Leased) | Leased |
| 21 | 1 | HP Laser Jet P4515tn | $ 120.00 |
| 22 | 1 | Pitney Bowes mail machine (not owned) | N/A |
| 23 | | | |
| 24 | | **Server Room** | |
| 25 | 1 | Dell PowerEdge T310 server tower computer/tape backup machine (value based on removed hard drive) | $ 50.00 |
| 26 | 1 | Dell PowerEdge R330 rack mount file server w/xenon CPU (value based on removed hard drive) | $ 800.00 |
| 27 | 1 | Dell PowerEdge R200 rack mount file server w/centrino CPU (value based on removed hard drive) | $ 50.00 |
| 28 | 1 | Dell PowerEdge R410 rack mount file server w/xenon CPU (value based on removed hard drive) | $ 50.00 |
| 29 | 1 | Zeacom Comminucations Center Module (leased with phone system) | Leased |
| 30 | 1 | AVAYA VOIP phone system module (leased with phone system) | Leased |

# APPRAISAL

| | | | | |
|---|---|---|---|---|
| 31 | 1 | Dell PowerEdge R320 rack mount file server w/centrino CPU (value based on removed hard drive) | $ | 125.00 |
| 32 | 1 | Dell PowerEdge R530 rack mount file server w/centrino CPU (value based on removed hard drive) | $ | 1,100.00 |
| 33 | 1 | IC Realtime CCTV DVR/Switcher with cameras | $ | 200.00 |
| 34 | 1 | Open server rack with patch panels | $ | 50.00 |
| 35 | 1 | Dell PowerConnect 6224P network switch | $ | 35.00 |
| 36 | 1 | Dell PowerConnect 6248P network switch | $ | 40.00 |
| 37 | 1 | Dell PowerConnect 2324 network switch | $ | 15.00 |
| 38 | 1 | Dell PowerConnect 2724 network switch | $ | 15.00 |
| 39 | 2 | Dell PowerConnect 6224 network switch | $ | 70.00 |
| 40 | 1 | Adtran NetVanta 4305 wired router | $ | 25.00 |
| 41 | 1 | Edgewater Networks 7000 Series | $ | 200.00 |
| 42 | 1 | Dell PowerEdge R330 rack mount file server w/xenon CPU (value based on removed hard drive) | $ | 800.00 |
| 43 | 1 | Avocent switchview 1000, 8-port KVM Switch | $ | 25.00 |
| 44 | 1 | Dell PowerEdge R220 rack mount server (value based on removed hard drive) | $ | 200.00 |
| 45 | 1 | Dell PowerEdge SC440 tower server (value based on removed hard drive) | $ | 50.00 |
| 46 | | Dell Power T310 tower server w/xenon CPU  (value based on removed hard drive) | $ | 35.00 |
| 47 | 1 | Hubbell enclosed server rack | $ | 70.00 |
| 48 | LOT | Old and non working equipment (being disposed) | | N/V |
| 49 | 1 | IP phone system equipment with phones (leased) | | Leased |
| 50 | 7 | Dell computer towers in storage closet (out of service) (value based on removed hard drive) | $ | 105.00 |
| 51 | 5 | Formica desks | $ | 25.00 |
| 52 | | | | |
| 53 | | **Office Space (Location #2)** | | |
| 54 | 24 | Work station cubical with Rolling armchair and modular desks | $ | 600.00 |
| 55 | 18 | Dell computer systems (optiplex 7020 and 3010) (value based on removed hard drives) | $ | 720.00 |
| 56 | 10 | Four drawer vertical file cabinets | $ | 50.00 |
| 57 | | | | |
| 58 | | **Conference Room** | | |
| 59 | 1 | 10 foot solid wood conference table | $ | 100.00 |
| 60 | 11 | Mesh back, leather seat rolling armchairs, see photo for manufacture details, aluminum construction high-quality | $ | 990.00 |
| 61 | 1 | Wood, four door high-top cabinet | $ | 50.00 |
| 62 | 1 | Dell computer system (value based on removed hard drive) | $ | 35.00 |
| 63 | 3 | Wall hangings (2) framed generic prints, (1) metal sculpture | $ | 45.00 |
| 64 | | | | |
| 65 | | **Reception** | | |
| 66 | 1 | LOT: Rolling arm chair, Dell Optiplex Core i5 CPU computer system and contents of reception area furniture (value based on removed hard drive) and misc items in drawers. | $ | 100.00 |

# APPRAISAL

| | | | | |
|---|---|---|---|---|
| 67 | | | | |
| 68 | | **Office #1** | | |
| 69 | 1 | "U" shaped laminate desk with (above) four door storage shelving unit, two piece cradenza with lat. File cabinets (3) wood/fabric client chairs, (1) leather executive arm chair | $ | 500.00 |
| 70 | 1 | Vizio LCD TV (approx. 23" screen) | $ | 25.00 |
| 71 | 1 | Dell Optiplex Core CPU computer system (value based on removed hard drive) | $ | 30.00 |
| 72 | | | | |
| 73 | | **Office #2** | | |
| 74 | 1 | Office suite consisting of; "U" shaped laminate desk with (above) four door storage shelving unit, three piece cradenza with lat. File cabinets (3) wood/fabric client chairs, (1) leather executive arm chair. | $ | 525.00 |
| 75 | 1 | Dell Optiplex 5040 computer system with two LCD monitors (value based on removed hard drive) | $ | 35.00 |
| 76 | | | | |
| 77 | | **Office #3** | | |
| 78 | 6 | Cubicals with modular desks, (5) rolling arm chairs | $ | 150.00 |
| 79 | 6 | Dell Optiplex 9010 computer systems (not being used), (3) monitors (value based on removed hard drive) | $ | 150.00 |
| 80 | 1 | HP LaserJet M3035xs MFP all-in-one printer | $ | 65.00 |
| 81 | | | | |
| 82 | | **Office #4** | | |
| 83 | 1 | Office suite consisting of; "U" shaped wood desk with lat. File cabinets, (1) client chair, (1) rolling arm chair | $ | 200.00 |
| 84 | 1 | Dell Optiplex computer system with (2) LCD monitors (value based on removed hard drive) | $ | 40.00 |
| 85 | | | | |
| 86 | | **Office #5** | | |
| 87 | 1 | Office suite consisting of; laminate desk, (1) client chair, (1) rolling arm chair, (2) vertical file cabinets | $ | 60.00 |
| 88 | 1 | Dell Optiplex computer system with (2) LCD monitors (value based on removed hard drive) | $ | 40.00 |
| 89 | | | | |
| 90 | | **Office #6** | | |
| 91 | 1 | Office suite consisting of; "U" shaped laminate desk, (1) client chair, (1) black leather rolling arm chair, (1) book shelf | $ | 200.00 |
| 92 | 1 | Vizio 23" LCD TV | $ | 25.00 |
| 93 | 1 | Dell Optiplex 3020 Core i5 computer system with (2) LCD monitors (value based on removed hard drive) | $ | 40.00 |
| 94 | | | | |
| 95 | | **Office #7** | | |
| 96 | 1 | Office suite consisting of; "U" shaped laminate desk, (2) client chairs, (1) mesh back rolling arm chair, (1) vertical four drawer file cabinet | $ | 200.00 |
| 97 | 1 | Dell Optiplex 3020 Core i5 computer system with (2) LCD monitors (value based on removed hard drive) | $ | 40.00 |
| 98 | | | | |
| 99 | | **Server Rack** | | |

# APPRAISAL

| | | | | |
|---|---|---|---|---|
| 100 | 1 | IC Realtime security solutions CCTV DVR with cameras | $ | 200.00 |
| 101 | 1 | Dell PowerConnect switch #6248P | $ | 40.00 |
| 102 | 1 | LOT consisting of 24 port switch, patch panels and open network rack with contents | $ | 40.00 |
| 103 | 1 | LOT consisting of; empty boxes, wires, network cables, step stool, pancake fan, older network switches, hand truck | $ | 50.00 |
| 104 | | | TOTAL: $ | 14,225.00 |

Appraised By:

Eric Rubin, GPPA, CES, Auctioneer AU3219
Moecker Auctions, Inc. AB1098

# Inspection Photos

Summit Financial Corp.

April 9, 2018




















































































































































































































| Check # | Date | Payee | Amount | Address 1 | Address 2 | City, State & Zip |
|---|---|---|---|---|---|---|
| 114045 | 29-Dec-17 | AMERICAN RECOVERY SPECIALISTS | $      825.00 | P.O. BOX 50077 | | LIGHTHOUSE POINT, FL 33074 |
| 114046 | 29-Dec-17 | American Public Life | $    3,763.34 | 2305 Lakewood Drive | | Flowood, MS 39232 |
| 114047 | 29-Dec-17 | BRAD GARRETT | $      100.00 | 3433 HILLSIDE AVE. | | GULF BREEZE, FL 32563 |
| 114048 | 29-Dec-17 | Canteen Refreshment Services | $      198.43 | PO Box # 50196 | | Los Angeles, CA 90074-0196 |
| 114049 | 29-Dec-17 | Fibernet Direct Florida LLC | $      865.00 | PO Box 744470 | | Atlanta, GA 30374 |
| 114050 | 29-Dec-17 | FORCE ONE RECOVERY | $    4,806.17 | 4920 SW 104th Avenue | | Cooper City, FL 33328 |
| 114051 | 29-Dec-17 | FPL | $      521.25 | GENERAL MAIL FACILITY | | MIAMI, FL  33188-0001 |
| 114052 | 29-Dec-17 | FPL | $      754.04 | GENERAL MAIL FACILITY | | MIAMI, FL  33188-0001 |
| 114053 | 29-Dec-17 | JACARANDA PROFESSIONAL PARK | $  12,673.23 | 1800 Eller Drive | Suite 212 | Fort Lauderdale, FL 33316 |
| 114054 | 29-Dec-17 | Jericho Information Technology | $  76,745.00 | 2340 E. Trinity Mills | Suite 100 | Carrollton, TX 75006 |
| 114055 | 29-Dec-17 | LARRY BURGER | $      100.00 | 2721 JENKS AVE | | PANAMA CITY, FL 32405 |
| 114056 | 29-Dec-17 | LEXUS FINANCIAL SERVICES | $    1,234.00 | P.O. BOX 17187 | | BALTIMORE, MD  21297- |
| 114057 | 29-Dec-17 | NAT'L AUTOMOBILE DEALERS SVCS | $      132.50 | NADA APPRAISAL GUIDES | P.O. BOX 7800 | COSTA MESA, CA  92628 |
| 114058 | 29-Dec-17 | NEC Financial Services, LLC | $    2,095.25 | 24189 Network Place | | Chicago, IL 60673-1241 |
| 114059 | 29-Dec-17 | OFFICE DEPOT BUSINESS CREDIT | $    1,872.97 | DEPT. 56-4101484037 | PO BOX 689020 | DES MOINES, IA 50368-9020 |
| 114060 | 29-Dec-17 | RELIANCE FIELD SERVICES | $       75.00 | A Division of LMS Group, Inc. | 9971 SW 40 Street | MIAMI, FL 33165 |
| 114061 | 29-Dec-17 | Sand Castle Investments, LLC | $      450.00 | 165 Bishops Way, Suite 150 | | Brookfield, WI 53005 |
| 114062 | 29-Dec-17 | STORM RECOVERY, LLC | $    2,325.00 | P.O. BOX 292375 | | DAVIE, FL  33329-2375 |
| 114063 | 29-Dec-17 | STORM RECOVERY, LLC | $    3,650.00 | P.O. BOX 292375 | | DAVIE, FL  33329-2375 |
| 114064 | 29-Dec-17 | STORM RECOVERY, LLC | $    1,025.00 | P.O. BOX 292375 | | DAVIE, FL  33329-2375 |
| 114065 | 29-Dec-17 | TAG AGENCY OF PINELLAS INC. | $    1,746.75 | 3050 SCHERER DRIVE NORTH | SUITE B | ST. PETERSBURG, FL 33716 |
| 114066 | 29-Dec-17 | VADIM PINHASOV | $      100.00 | 856 E. BUSCH BLVD. | | TAMPA, FL. 33612 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 114067 | 29-Dec-17 | ZUMA, INC | $ | 5,000.00 | 11218 Sedgemoor Ln | | Charlotte, NC 28277 |
| 114068 | 29-Dec-17 | PARKWAY MOTORS INC. | $ | 23,737.30 | 4136 E 15TH ST. | | PANAMA CITY,  FL 32404 |
| 114069 | 29-Dec-17 | ABC AUTOTRADER | $ | 18,708.55 | 856 E. BUSCH BLVD. | | TAMPA, FL 33612 |
| 114070 | 29-Dec-17 | KEYS MOTORS KEY LARGO | $ | 14,807.64 | 99450 OVERSEAS HWY. | | KEY LARGO, FL 33037 |
| 114071 | 29-Dec-17 | REGAL LAKELAND | $ | 16,216.13 | 2615 LAKELAND HILLS BLVD. | | LAKELAND, FL 33805 |
| 114072 | 29-Dec-17 | LAKELAND TOYOTA | $ | 13,702.86 | 1200 W. MEMORIAL BLVD. | | LAKELAND, FL 33815 |
| 114073 | 29-Dec-17 | FIRST CHOICE AUTOMOTIVE INC. | $ | 12,387.77 | 5500 NORTH W ST. | | PENSACOLA,  FL 32505 |
| 114075 | 29-Dec-17 | FALCON INT'L DAYTONA | $ | 50.00 | 728 Fentress Blvd | | Daytona Beach, Fl 32114 |
| 114076 | 29-Dec-17 | Sand Castle Investments, LLC | $ | 540.00 | 165 Bishops Way, Suite 150 | | Brookfield, WI 53005 |
| 114077 | 31-Dec-17 | ROBERT BRUCE SIMMONS | $ | 1,200.00 | 1570 RIVER TRACE DR. | | FLEMING ISLAND, FL 32003 |
| 114078 | 31-Dec-17 | CBS MARKETING GROUP LLC | $ | 1,350.00 | 17701 SW 18TH ST | | MIRAMAR, FL 33029 |
| 114079 | 31-Dec-17 | JASON D. CELEN | $ | 1,650.00 | 10243 LENOX ST. | | CLERMONT, FL 34711 |
| 114080 | 31-Dec-17 | REX MEYERS | $ | 5,100.00 | 16366 NW 13TH ST | | PEMBROKE PINES, FL 33028 |
| 114081 | 31-Dec-17 | TAMI RICHTER | $ | 1,200.00 | 19220 GARDEN QUILT CIRCLE | | LIUTZ, FL 33558 |
| 114082 | 31-Dec-17 | VADIM PINHASOV | $ | 100.00 | 856 E. BUSCH BLVD. | | TAMPA, FL. 33612 |
| 114265 | 23-Jan-18 | BROWARD COUNTY TAX COLLECTOR | | $100.00 | 115 S. Andrews Ave. | Room A-100 | Ft. Lauderdale, FL 33301 |
| WIRE | 01-Jan-18 | CHANDRAVELLI PATEL BYPASS TRUST | | $7,351.00 | | | |
| WIRE | 01-Jan-18 | ILENE RESNICK GARBER | | $7,000.00 | | | |
| WIRE | 01-Jan-18 | ILENE GARBER IRA MAINSTAR TRUST | | $7,000.00 | | | |
| WIRE | 01-Jan-18 | JUDITH GOLDBERG (REISS) | | $3,000.00 | | | |
| WIRE | 01-Jan-18 | ZAFI GAMLIELI | | $3,000.00 | | | |
| WIRE | 01-Jan-18 | WILLIAM HYMAN FAMILY TRUST | | $12,000.00 | | | |
| WIRE | 01-Jan-18 | ILENE RESNICK GARBER | | $2,500.00 | | | |
| WIRE | 01-Jan-18 | PENSCO- IRA ROBERT HENDLER | | $7,000.00 | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| WIRE | 01-Jan-18 | RAJIV GUDKA | $11,500.00 | | | |
| WIRE | 01-Jan-18 | MICHAEL & LYNN DITTMORE | $4,000.00 | | | |
| WIRE | 01-Jan-18 | NORMAN M. BLOMBERG | $4,000.00 | | | |
| WIRE | 01-Jan-18 | ROBYN WEISS REVOCABLE TRUST | $6,000.00 | | | |
| WIRE | 01-Jan-18 | SHIL RAJIV GUDKA | $2,400.00 | | | |
| WIRE | 01-Jan-18 | SUMFIN REINSURANCE | $56,050.00 | | | |
| WIRE | 01-Jan-18 | LIFE OF THE SOUTH | $28,520.00 | | | |
| WIRE | 01-Jan-18 | JLT SPECIALTY INSURANCE | $90,000.00 | | | |
| WIRE | 01-Jan-18 | SAUL GITOMER | $4,062.00 | | | |
| WIRE | 01-Jan-18 | SYDELLE LAZAR | $6,000.00 | | | |
| WIRE | 01-Jan-18 | PHOENIX CONSULTING | $290,709.00 | | | |
| WIRE | 01-Jan-18 | PHOENIX CONSULTING | $30,000.00 | | | |
| WIRE | 01-Jan-18 | SUDHIRA ARGADE | $7,456.00 | | | |
| WIRE | 01-Jan-18 | WARREN R. WIEBE, JR. TRUST | $4,000.00 | | | |
| WIRE | 01-Jan-18 | STANLEY & ELAINE COHEN | $13,750.00 | | | |
| WIRE | 01-Jan-18 | WARREN R. WIEBE, JR IRA PENSCO | $7,400.00 | | | |
| WIRE | 01-Jan-18 | RONNI WHEELER | $8,000.00 | | | |
| WIRE | 01-Jan-18 | COHEN ST. CLOUD LLC | $10,000.00 | | | |
| WIRE | 01-Jan-18 | BMW Capital Partners | $3,000.00 | | | |
| ACH | 03-Jan-18 | Aetna | $ 56,239.84 | Billing Statement Dist | P.O. Box 67103 | Harrisburg, PA 17106-7103 |
| 114302 | 19-Jan-18 | AUTO EXPRESS CREDIT INC. | $ 9,204.54 | 850 N. STATE RD. 7 | | PLANTATION, FL 33317 |
| 114303 | 19-Jan-18 | AUTO EXPRESS CREDIT INC. | $ 15,852.00 | 850 N. STATE RD. 7 | | PLANTATION, FL 33317 |
| 114304 | 19-Jan-18 | BENJI AUTO SALES | $ 16,467.36 | 3905 S. STATE RD 7 | | WEST PARK,  FL 33023 |
| 114305 | 19-Jan-18 | WORLD AUTO INC. | $ 15,343.44 | 1830 ST. RD 436 | | WINTER PARK,  FL 32792 |
| 114306 | 19-Jan-18 | JACKSONVILLE DODGE | $ 19,007.13 | 11101 NURSERYFIELDS DR. | | JACKSONVILLE,  FL 32276 |

| 114307 | 22-Jan-18 | DAVID LOPEZ | $ | 100.00 | 570 NW 129TH WAY | | PEMBROKE PINES, FL. 33028 |
|--------|-----------|-------------|---|--------|------------------|---|---------------------------|
| 114308 | 22-Jan-18 | FABIAN E. REYES | $ | 100.00 | 6963 W CAMINO REAL #109 | | BOCA RATON, FL 33433 |
| 114309 | 22-Jan-18 | STEVE LIPPAI | $ | 100.00 | 1130 MEADOW LAKE WAY #102 | | WINTER SPRINGS, FL 32708 |
| 114310 | 22-Jan-18 | EJ'S AUTO WORLD | $ | 12,925.45 | 5 E. 15TH ST. | | PANAMA CITY,  FL 32401 |
| 114311 | 22-Jan-18 | FLORIDA FINE CARS WEST PALM | $ | 15,999.06 | 1220 NORTH MILITARY TRAIL | | WEST PALM BEACH  FL 33409 |
| 114312 | 22-Jan-18 | WORLD AUTO INC. | $ | 14,367.95 | 1830 ST. RD 436 | | WINTER PARK, FL 32792 |
| 114313 | 22-Jan-18 | CAPITAL CITY MITSUBISHI | $ | 13,587.53 | 3106 W. TENNESSEE ST. | | TALLAHASSEE, FL 32304 |
| 114314 | 22-Jan-18 | BENJI AUTO SALES CORP. | $ | 17,255.01 | 1041 E. 49TH ST. | | HIALEAH,  FL 33013 |
| 114315 | 22-Jan-18 | MICHAEL'S AUTO SALES | $ | 14,704.62 | 3501 S. STATE RD. 7 | | HOLLYWOOD,  FL 33023 |
| 114316 | 22-Jan-18 | CITY KIA | $ | 17,162.72 | 9550 S. ORANGE BLOSSOM TRL. | | ORLANDO,  FL 32837 |
| 114317 | 22-Jan-18 | AMERICAN RECOVERY SPECIALISTS | $ | 440.00 | P.O. BOX 50077 | | LIGHTHOUSE POINT FL 33074 |
| 114318 | 22-Jan-18 | American Public Life | $ | 3,763.64 | 2305 Lakewood Drive | | Flowood, MS 39232 |
| 114319 | 22-Jan-18 | AT&T | $ | 172.43 | P.O.BOX 536216 | | ATLANTA, GA 30353-6216 |
| 114320 | 22-Jan-18 | AT&T | $ | 119.70 | P.O.BOX 536216 | | ATLANTA, GA 30353-6216 |
| 114321 | 22-Jan-18 | Citi Cards | $ | 341.73 | PO BOX 9001016 | | Louisville, KY 40290-1016 |
| 114322 | 22-Jan-18 | Dunbar Armored Inc | $ | 868.81 | P.O. Box 64115 | | Baltimore, MD 21264-4115 |
| 114323 | 22-Jan-18 | ENGEL, HAIRSTON & JOHANSON | $ | 565.50 | 109 North 20th Street | P O BOX 11405 | BIRMINGHAM, AL  35202 |
| 114324 | 22-Jan-18 | EXXON MOBIL CARD SERVICES | $ | 408.47 | PO BOX 78072 | | PHOENIX, AZ 85062-8072 |
| 114325 | 22-Jan-18 | Experian | $ | 5,500.00 | PO BOX 881971 | | Los Angeles, CA 90088-1971 |
| 114326 | 22-Jan-18 | FALCON INT'L DAYTONA | $ | 395.00 | 728 Fentress Blvd | | Daytona Beach, Fl 32114 |
| 114327 | 22-Jan-18 | Canteen Refreshment Services | $ | 240.21 | PO Box # 50196 | | Los Angeles, CA 90074-0196 |

| 114328 | 22-Jan-18 | FORCE ONE RECOVERY | $ | 3,029.77 | 4920 SW 104th Avenue | | Cooper City, FL 33328 |
| 114329 | 22-Jan-18 | Innovis Data Solutions, Inc. | $ | 77.20 | P.O. Box 535595 | | Pittsburgh, PA 15253-5595 |
| 114330 | 22-Jan-18 | Killgore,Pearlman,Stamp & Squi | $ | 265.00 | PO Box 1913 | | Orlando, FL 32802-1913 |
| 114331 | 22-Jan-18 | MICROBILT | $ | 193.34 | P.O.BOX 1473 | | ENGLEWOOD, CO 80150 |
| 114332 | 22-Jan-18 | J.P. MILLER & SONS SERVICES | $ | 31.80 | 1407 SW 1ST WAY | | DEERFIELD BEACH, FL 33441 |
| 114333 | 22-Jan-18 | J.P. MILLER & SONS SERVICES | $ | 460.75 | 1407 SW 1ST WAY | | DEERFIELD BEACH, FL 33441 |
| 114334 | 22-Jan-18 | J.P. MILLER & SONS SERVICES | $ | 114.00 | 1407 SW 1ST WAY | | DEERFIELD BEACH, FL 33441 |
| 114335 | 22-Jan-18 | National Creditors Conn. Inc. | $ | 110.00 | 14 Orchard Rd Suite 100 | | Lake Forest, CA 92630 |
| 114336 | 22-Jan-18 | NEC Financial Services, LLC | $ | 2,095.25 | 24189 Network Place | | Chicago, IL 60673-1241 |
| 114337 | 22-Jan-18 | National Vehicle Recovery GA | $ | 1,000.00 | PO Box 44081 | | Atlanta  Ga  30336 |
| 114338 | 22-Jan-18 | Pitney Bowes Global | $ | 674.29 | Financial Services LLC | P.O. Box 371896 | Pittsburgh, PA 15250-7887 |
| 114339 | 22-Jan-18 | Pitney Bowes Purchase Power | $ | 300.00 | P.O. Box 371874 | | Pittsburgh, PA 15250-7874 |
| 114340 | 22-Jan-18 | RELIANCE FIELD SERVICES | $ | 252.00 | A Division of LMS Group, Inc. | 9971 SW 40 Street | MIAMI, FL 33165 |
| 114341 | 22-Jan-18 | RouteOne LLC | $ | 1,764.00 | 16902 Collections Center Drive | | Chicago, IL 60693 |
| 114342 | 22-Jan-18 | Sand Castle Investments, LLC | $ | 6,885.00 | 165 Bishops Way, Suite 150 | | Brookfield, WI 53005 |
| 114343 | 22-Jan-18 | TAG AGENCY OF PINELLAS INC. | $ | 2,270.00 | 3050 SCHERER DRIVE NORTH | SUITE B | ST. PETERSBURG,  FL 33716 |
| 114344 | 23-Jan-18 | ABC AUTOTRADER | $ | 14,993.32 | 856 E. BUSCH BLVD. | | TAMPA, FL 33612 |
| 114345 | 23-Jan-18 | Jamarcus Mays | $ | 300.00 | 17801 SW 111TH AVE | | MIAMI, FL 331575004 |
| 114346 | 23-Jan-18 | Fibernet Direct Florida LLC | $ | 865.00 | PO Box 744470 | | Atlanta, GA 30374 |
| 114347 | 23-Jan-18 | GERKYN ABREU | $ | 100.00 | 747 N.STATE RD.7 | | PLANTATION, FL. 33317 |
| 114348 | 23-Jan-18 | HUGO NAVARRETE | $ | 100.00 | 15977 SW 15TH ST. | | PEMBROKE PINES, FL. 33027 |
| 114349 | 23-Jan-18 | SHAWN HARTER | $ | 100.00 | 1120 SW 14TH AVE APT. E. | | GAINESVILLE, FL 32601 |
| 114350 | 23-Jan-18 | STEVE LIPPAI | $ | 100.00 | 1130 MEADOW LAKE WAY #102 | | WINTER SPRINGS, FL 32708 |

| 114351 | 23-Jan-18 | TAG AGENCY OF PINELLAS INC. | $ | 1,233.00 | 3050 SCHERER DRIVE NORTH | SUITE B | ST. PETERSBURG,   FL 33716 |
| 114352 | 23-Jan-18 | VADIM PINHASOV | $ | 300.00 | 856 E. BUSCH BLVD. | | TAMPA, FL. 33612 |
| 114353 | 23-Jan-18 | ABC AUTOTRADER | $ | 14,598.90 | 856 E. BUSCH BLVD. | | TAMPA, FL 33612 |
| 114354 | 23-Jan-18 | ABC AUTOTRADER | $ | 13,403.10 | 856 E. BUSCH BLVD. | | TAMPA,  FL 33612 |
| 114355 | 23-Jan-18 | STINGRAY CHEVROLET | $ | 8,274.43 | 2002 N. FRONTAGE ROAD | | PLANT CITY,  FL 33563 |
| 114356 | 23-Jan-18 | AUTO EXPRESS CREDIT INC. | $ | 18,666.23 | 850 N. STATE RD. 7 | | PLANTATION, FL 33317 |
| 114357 | 23-Jan-18 | HIGH Q AUTO | $ | 11,486.70 | 747 N STATE RD. 7 | | PLANTATION,  FL 33317 |
| 114358 | 23-Jan-18 | CARITE GAINESVILLE | $ | 13,202.75 | 2201 N. MAIN ST. | | GAINESVILLE,  FL 32609 |
| 114359 | 23-Jan-18 | WORLD AUTO INC. | $ | 12,765.22 | 1830 ST. RD 436 | | WINTER PARK,  FL 32792 |
| 114360 | 24-Jan-18 | GEORGIA DEPARTMENT OF REVENUE | $ | 38.00 | PROCESSING CENTER | P.O.BOX 740391 | ATLANTA,  GA 30374-0391 |
| 114361 | 24-Jan-18 | GEORGIA DEPARTMENT OF REVENUE | $ | 38.00 | PROCESSING CENTER | P.O.BOX 740391 | ATLANTA,  GA 30374-0391 |
| 114362 | 24-Jan-18 | JACAVA GROUP LLC | $ | 100.00 | 15080 ARCHERVALE ST. | | DAVIE, FL. 33331 |
| 114363 | 24-Jan-18 | LARRY BURGER | $ | 100.00 | 2721 JENKS AVE | | PANAMA CITY, FL 32405 |
| 114365 | 24-Jan-18 | LEONARDO CIFUENTES | $ | 100.00 | 304 S. 57TH TERR. | | HOLLYWOOD, FL 33023 |
| 114366 | 24-Jan-18 | PASTOR GONZALEZ | $ | 100.00 | 4020 NE 6TH AVE | | OAKLAND PARK, FL. 33334 |
| 114367 | 24-Jan-18 | PARKWAY MOTORS INC. | $ | 15,193.44 | 4136 E 15TH ST. | | PANAMA CITY, FL 32404 |
| 114368 | 24-Jan-18 | HAIMS MOTORS INC. | $ | 17,056.92 | 2000 N. STATE RD. 7 | | LAUDERDALE LAKES, FL 33313 |
| 114369 | 24-Jan-18 | FLORIDA FINE CARS WEST PALM | $ | 13,664.95 | 1220 NORTH MILITARY TRAIL | | WEST PALM BEACH,  FL 33409 |
| 114370 | 24-Jan-18 | GODZILLA MOTORS INC | $ | 12,714.60 | 539 NE 34TH CT. | | OAKLAND PARK, FL 33334 |
| 114371 | 24-Jan-18 | CAR DEPOT MIAMI | $ | 14,097.56 | 30005 S. DIXIE HWY | | HOMESTEAD, FL 33033 |
| 114372 | 24-Jan-18 | LEONARDO R. GUTIERREZ | $ | 100.00 | 698 NE 21ST AVE | | HOMESTEAD, FL 33033 |
| 114373 | 25-Jan-18 | AUTO LINE INC. | $ | 12,141.15 | 2126 MAYPORT RD. | | ATLANTIC BEACH  FL 32233 |
| 114374 | 25-Jan-18 | ALEXANDER HERNANDEZ BATISTA | $ | 100.00 | 2001 SW 157TH AVE. | | MIRAMAR, FL 33027 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 114375 | 25-Jan-18 | GERKYN ABREU | $ | 100.00 | 747 N.STATE RD.7 | | PLANTATION, FL. 33317 |
| 114376 | 25-Jan-18 | LEONARDO R. GUTIERREZ | $ | 100.00 | 698 NE 21ST AVE | | HOMESTEAD, FL 33033 |
| 114377 | 25-Jan-18 | MICHAEL JEFFREY HUTCHINSON | $ | 100.00 | 3807 LONG GROVE LANE | | PORT ORANGE, FL 32129 |
| 114378 | 25-Jan-18 | HIGH Q AUTO | $ | 13,436.70 | 747 N STATE RD. 7 | | PLANTATION, FL 33317 |
| 114379 | 25-Jan-18 | CAR DEPOT MIAMI | $ | 15,404.22 | 30005 S. DIXIE HWY | | HOMESTEAD, FL 33033 |
| 114380 | 25-Jan-18 | BENJI AUTO SALES CORP. | $ | 14,002.00 | 1041 E. 49TH ST. | | HIALEAH, FL 33013 |
| 114381 | 26-Jan-18 | AMERICAN RECOVERY SPECIALISTS | $ | 1,400.00 | P.O. BOX 50077 | | LIGHTHOUSE POINT FL 33074 |
| 114382 | 26-Jan-18 | Bonial & Associates, P.C. | $ | 2,699.00 | Box #224108 | 7501 Ester Blvd., Suite 190 | Irving, TX 75063 |
| 114383 | 26-Jan-18 | CITY OF PLANTATION UTILITIES | $ | 419.78 | 400 NW 73rd Avenue | | Plantation, FL 33317 |
| 114384 | 26-Jan-18 | CITY OF PLANTATION UTILITIES | $ | 118.72 | 400 NW 73rd Avenue | | Plantation, FL 33317 |
| 114385 | 26-Jan-18 | FALCON INT'L DAYTONA | $ | 1,648.75 | 728 Fentress Blvd | | Daytona Beach, Fl 32114 |
| 114386 | 26-Jan-18 | FPL | $ | 493.82 | GENERAL MAIL FACILITY | | MIAMI, FL  33188-0001 |
| 114387 | 26-Jan-18 | FPL | $ | 751.71 | GENERAL MAIL FACILITY | | MIAMI, FL  33188-0001 |
| 114388 | 26-Jan-18 | HUGO NAVARRETE | $ | 100.00 | 15977 SW 15TH ST. | | PEMBROKE PINES, FL. 33027 |
| 114389 | 26-Jan-18 | LARRY BURGER | $ | 200.00 | 2721 JENKS AVE | | PANAMA CITY, FL 32405 |
| 114390 | 26-Jan-18 | National Bankruptcy Services | $ | 5,763.00 | Box #224525 | 7501 Ester Blvd., Suite 190 | Irving, TX 75063 |
| 114391 | 26-Jan-18 | THE PAUL REVERE LIFE INSURANCE | $ | 378.33 | 5829 COLLECTIONS CENTER DRIVE | | CHICAGO, IL 60693 |
| 114392 | 26-Jan-18 | SAPURSTEIN & BLOCH P.A. | $ | 278.00 | 9700 S.DIXIE HIGHWAY | SUITE 1000 | MIAMI, FL  33156 |
| 114393 | 26-Jan-18 | STORM RECOVERY, LLC | $ | 3,825.00 | P.O. BOX 292375 | | DAVIE, FL  33329-2375 |
| 114394 | 26-Jan-18 | STORM RECOVERY, LLC | $ | 2,900.00 | P.O. BOX 292375 | | DAVIE, FL  33329-2375 |
| 114395 | 26-Jan-18 | WARREN HAYNES | $ | 100.00 | 16840 SW 1ST MANOR | | PEMBROKE PINES, FL 33027 |
| 114396 | 26-Jan-18 | PARKWAY MOTORS INC. | $ | 12,693.74 | 4136 E 15TH ST. | | PANAMA CITY , FL 32404 |
| 114397 | 26-Jan-18 | PARKWAY MOTORS INC. | $ | 14,334.53 | 4136 E 15TH ST. | | PANAMA CITY, FL 32404 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 114398 | 26-Jan-18 | AUTO EXPRESS CREDIT INC. | $ | 8,553.75 | 850 N. STATE RD. 7 | | PLANTATION, FL 33317 |
| 114399 | 26-Jan-18 | LEXUS OF PEMBROKE PINES | $ | 13,299.88 | 16150 PINES BLVD. | | PEMBROKE PINES, FL 33027 |
| 114400 | 26-Jan-18 | FORCE ONE RECOVERY | $ | 1,884.30 | 4920 SW 104th Avenue | | Cooper City, FL 33328 |
| 114401 | 26-Jan-18 | Manheim - Accounts Receivable | $ | 1,083.00 | PO Box 105511 | | Atlanta, GA 30348 |
| 114402 | 26-Jan-18 | SAPURSTEIN & BLOCH P.A. | $ | 140.00 | 9700 S.DIXIE HIGHWAY | SUITE 1000 | MIAMI, FL 33156 |
| 114403 | 26-Jan-18 | STORM RECOVERY, LLC | $ | 3,450.00 | P.O. BOX 292375 | | DAVIE, FL 33329-2375 |
| 114404 | 26-Jan-18 | STORM RECOVERY, LLC | $ | 3,056.25 | P.O. BOX 292375 | | DAVIE, FL 33329-2375 |
| 114405 | 29-Jan-18 | ANDREW R. WEISS TRUST DTD 6607 | $ | 1,500.00 | WELLS FARGO | P.O.BOX 3488 | PORTLAND,   OR 97208-3488 |
| 114406 | 29-Jan-18 | ARMEN S. PACIFICO | $ | 100.00 | 805 N. OLIVE AVE. # 502 | | WEST PALM BEACH, FL 33401 |
| 114407 | 29-Jan-18 | WILLIAM D. SNELBAKER | $ | 100.00 | 2414 WINNIPEG DR. | | LAKELAND, FL 33805 |
| 114408 | 29-Jan-18 | ELAINE J. BERESH TRUST | $ | 1,500.00 | 7449 KENDLEWOOD | | WEST BLOOMFIELD, MI 48322 |
| 114409 | 29-Jan-18 | ELISSA WEISS | $ | 1,250.00 | WELLS FARGO | P.O. BOX 3488 | PORTLAND, OR 97208-3488 |
| 114410 | 29-Jan-18 | FABIAN E. REYES | $ | 100.00 | 6963 W CAMINO REAL #109 | | BOCA RATON, FL 33433 |
| 114411 | 29-Jan-18 | FELIX LOPEZ | $ | 100.00 | 6314 SW 146TH CT. | | MIAMI, FL 33183 |
| 114412 | 29-Jan-18 | FIRST TRUST CORPORATION | $ | 10,503.00 | FBO DENNIS L SCOTT031038031749 | P.O.BOX 173859 | DENVER, CO 80217-3859 |
| 114413 | 29-Jan-18 | FLORIDA DEPARTMENT OF REVENUE | $ | 1,392.00 | 5050 W TENNESSEE STREET | | TALLAHASSEE, FL 32399 |
| 114414 | 29-Jan-18 | ARLENE FRIED, TRUSTEE OF | $ | 17,000.00 | ARLENE G FRIED REVOCABLE TRUST | 17341 BRIDLEWAY TRAIL | BOCA RATON,  FL 33496 |
| 114415 | 29-Jan-18 | HUGO NAVARRETE | $ | 100.00 | 15977 SW 15TH ST. | | PEMBROKE PINES, FL. 33027 |
| 114416 | 29-Jan-18 | JENNIFER FRIEND | $ | 1,000.00 | WELLS FARGO | P.O.BOX 3488 | PORTLAND, OR 97208 |
| 114417 | 29-Jan-18 | CHARLES SCHWAB | $ | 3,250.00 | FBO KASTENBAUM FAMILY LP | 81 MAIN STREET - SUITE 122 | WHITE PLAINS, NY 10601 |
| 114418 | 29-Jan-18 | KENNETH GILLMAN | $ | 2,500.00 | 132 TERRA LINDA PLACE | | PALM BEACH GARDENS, FL 33418 |
| 114419 | 29-Jan-18 | LOLA PASAHOW ATF REV LIV TRUST | $ | 1,000.00 | 17009 RYTON LANE | | BOCA RATON, FL 33496-3206 |
| 114420 | 29-Jan-18 | MAGDA DAVIS OR MINDY BAROFF | $ | 2,000.00 | 1255 LAUREL CT | | WESTON,  FL 33326 |

| 114421 | 29-Jan-18 | MARSHA BAKER | $ | 1,000.00 | 3104 HAZELWOOD CT. | | BEDFORD, TX 76021 |
|---|---|---|---|---|---|---|---|
| 114422 | 29-Jan-18 | MARTIN SHENKMAN | $ | 1,000.00 | 1512 PALISADE AVENUE,APT 10 N | | FORT LEE, NJ 07024 |
| 114423 | 29-Jan-18 | MATTHEW GORSTEIN | $ | 87.00 | 21 Rivers Point | Row 12H | Charleston, SC 29412 |
| 114424 | 29-Jan-18 | MAGDA DAVIS OR MINDY L. BAROFF | $ | 2,500.00 | 1255 LAUREL CT | | WESTON, FL 33326 |
| 114425 | 29-Jan-18 | RACHEL WEISS | $ | 1,500.00 | WELLS FARGO | P.O.BOX 3488 | PORTLAND, OR 97208-3488 |
| 114426 | 29-Jan-18 | ROBERT BAKER | $ | 1,000.00 | 3104 HAZELWOOD CT. | | BEDFORD, TX 76021 |
| 114427 | 29-Jan-18 | RETIREMENT ACCOUNTS INC | $ | 2,450.00 | FBO ALVIN WHEELER 080000012610 | P.O.BOX 173859 | DENVER, CO 80217-3859 |
| 114428 | 29-Jan-18 | ROBIN L. PEKKALA | $ | 3,000.00 | 42 CAYMAN PLACE | | PALM BEACH GARDENS, FL 33418 |
| 114429 | 29-Jan-18 | THE ROBYN WEISS REVOCABLE | $ | 6,000.00 | TRUST AGREEMENT DTD 6/21/16 | WELLS FARGO, P.O. BOX 3488 | PORTLAND, OR 97208-3488 |
| 114430 | 29-Jan-18 | ROSALEE BOGIE-VENTURA | $ | 500.00 | 174 LAKE EVELYN DR | | WEST PALM BEACH, FL 33411 |
| 114431 | 29-Jan-18 | SHARON BOGIE | $ | 600.00 | 7407 NW 34TH ST | | LAUDERHILL, FL 33319 |
| 114432 | 29-Jan-18 | SHAWN PINNICK | $ | 100.00 | 3640 ANNAPOLIS WAY | | JACKSONVILLE, FL 32224 |
| 114433 | 29-Jan-18 | VIMAL TAMBAY | $ | 1,000.00 | 6961 NW 66TH STREET | | PARKLAND, FL 330367 |
| 114434 | 29-Jan-18 | YUNIESKI MOSQUEDA | $ | 100.00 | 655 W. 68TH ST. APT. 7 | | HIALEAH, FL 33014 |
| 114435 | 29-Jan-18 | WEST KENDALL TOYOTA-SCION | $ | 12,554.06 | 13800 S.W. 137 AVE. | | MIAMI, FL 33186 |
| 114436 | 29-Jan-18 | BOB PFORTE MOTORS | $ | 15,475.42 | 4214 W. LAFAYETTE ST. | | MARIANNA     FL 32447 |
| 114437 | 29-Jan-18 | AUTO LINE INC. | $ | 11,970.42 | 2126 MAYPORT RD. | | ATLANTIC BEACH  FL 32233 |
| 114438 | 29-Jan-18 | UNIVERSAL AUTO SALES | $ | 13,287.84 | 2009 W. BAKER ST. | | PLANT CITY     FL 33567 |
| 114439 | 29-Jan-18 | AUTO EXPRESS CREDIT INC. | $ | 18,582.88 | 850 N. STATE RD. 7 | | PLANTATION     FL 33317 |
| 114440 | 29-Jan-18 | BENJI AUTO SALES CORP. | $ | 11,977.35 | 1041 E. 49TH ST. | | HIALEAH, FL 33013 |
| 114441 | 29-Jan-18 | BENJI AUTO SALES CORP. | $ | 12,858.34 | 1041 E. 49TH ST. | | HIALEAH, FL 33013 |
| 114442 | 29-Jan-18 | COURTESY AUTO GROUP | $ | 10,314.86 | 9204 ADAMO DRIVE | | TAMPA, FL 33619 |

| 114443 | 29-Jan-18 | NAPLETONS HYUNDAI | $ | 12,707.09 | 2301 OKEECHOBEE BLVD | | WEST PALM BEACH  FL 33409 |
|---|---|---|---|---|---|---|---|
| 114444 | 30-Jan-18 | Erik Melendez | $ | 440.00 | 13351 SW 268 TERR | | HOMESTEAD, FL 33032 |
| 114445 | 31-Jan-18 | Gauntt Investigations Inc | $ | 180.00 | 485 W Taft Vineland Road | | Orlando, FL 32824 |
| 114446 | 31-Jan-18 | Access Point, Inc. | $ | 5,357.48 | P.O. Box 382828 | | Pittsburgh, PA 15251-8828 |
| 114447 | 31-Jan-18 | Almor Eletric & Design | $ | 165.80 | 11042 Nw 18 Pl | | Plantation Fl 33322 |
| 114448 | 31-Jan-18 | AMERICAN RECOVERY SPECIALISTS | $ | 980.00 | P.O. BOX 50077 | | LIGHTHOUSE POINT FL 33074 |
| 114449 | 31-Jan-18 | TRUJILLO CORP | $ | 100.00 | 7316 NW 22ND DR. | | PEMBROKE PINES, FL 33024 |
| 114450 | 31-Jan-18 | CARLOS MANGUAL | $ | 100.00 | 12855 SW 62ND LANE | | MIAMI, FL 33183 |
| 114451 | 31-Jan-18 | Citi Cards | $ | 242.47 | PO BOX 9001016 | | Louisville, KY 40290-1016 |
| 114452 | 31-Jan-18 | Digital Recognition Network | $ | 1,750.00 | PO Box 45591 | | San Francisco, CA 94145 |
| 114453 | 31-Jan-18 | EMMANUEL DE JESUS MEJIA | $ | 100.00 | 2538 NW 89TH DR. | | CORAL SPRINGS, FL 33065 |
| 114454 | 31-Jan-18 | Experian | $ | 5,749.97 | PO BOX 881971 | | Los Angeles, CA 90088-1971 |
| 114455 | 31-Jan-18 | FALCON INT'L DAYTONA | $ | 915.00 | 728 Fentress Blvd | | Daytona Beach, Fl 32114 |
| 114456 | 31-Jan-18 | Canteen Refreshment Services | $ | 84.78 | PO Box # 50196 | | Los Angeles, CA 90074-0196 |
| 114457 | 31-Jan-18 | FORCE ONE RECOVERY | $ | 2,767.40 | 4920 SW 104th Avenue | | Cooper City, FL 33328 |
| 114458 | 31-Jan-18 | LEONARDO R. GUTIERREZ | $ | 100.00 | 698 NE 21ST AVE | | HOMESTEAD, FL 33033 |
| 114459 | 31-Jan-18 | LEXUS FINANCIAL SERVICES | $ | 1,234.00 | P.O. BOX 17187 | | BALTIMORE, MD  21297 |
| 114460 | 31-Jan-18 | MICHAEL LAWRENCE STOCK | $ | 100.00 | 2550 S.W. 29TH WAY | | FT. LAUDERDALE, FL 33312 |
| 114461 | 31-Jan-18 | OFFICE DEPOT BUSINESS CREDIT | $ | 2,452.67 | DEPT. 56-4101484037 | PO BOX 689020 | DES MOINES, IA 50368-9020 |
| 114462 | 31-Jan-18 | ORLANDO VILLALONA | $ | 100.00 | 15649 SW 16TH ST | | PEMBROKE PINES, FL 33027 |
| 114463 | 31-Jan-18 | PSE CAPITAL CARS, LLC | $ | 100.00 | 6450 NW 109 AVE | | DORAL, FL 33178 |
| 114464 | 31-Jan-18 | Service America Enterprise | $ | 451.00 | P.O. Box 668398 | | Pompano Beach, FL 33066 |

| 114465 | 31-Jan-18 | SHAWN HARTER | $ | 100.00 | 1120 SW 14TH AVE APT. E. | | | GAINESVILLE, FL 32601 |
|---|---|---|---|---|---|---|---|---|
| 114466 | 31-Jan-18 | STEVE LIPPAI | $ | 200.00 | 1130 MEADOW LAKE WAY #102 | | | WINTER SPRINGS, FL 32708 |
| 114467 | 31-Jan-18 | TAG AGENCY OF PINELLAS INC. | $ | 2,363.25 | 3050 SCHERER DRIVE NORTH | SUITE B | | ST. PETERSBURG,    FL 33716 |
| 114468 | 31-Jan-18 | VADIM PINHASOV | $ | 200.00 | 856 E. BUSCH BLVD. | | | TAMPA, FL. 33612 |
| 114469 | 31-Jan-18 | WARREN HAYNES | $ | 100.00 | 16840 SW 1ST MANOR | | | PEMBROKE PINES, FL 33027 |
| 114470 | 31-Jan-18 | WESTERN UNION FINANCIAL SVCS. | $ | 500.00 | P.O. Box 60528 | | | City of Industry, CA 91716 |
| 114471 | 31-Jan-18 | BECK CHEVROLET | $ | 14,576.19 | 1601 REID ST | | | PALATKA,  FL 32177 |
| 114472 | 31-Jan-18 | ABC AUTOTRADER | $ | 13,004.50 | 856 E. BUSCH BLVD. | | | TAMPA, FL 33612 |
| 114473 | 31-Jan-18 | ABC AUTOTRADER | $ | 14,570.35 | 856 E. BUSCH BLVD. | | | TAMPA, FL 33612 |
| 114474 | 31-Jan-18 | BRAMAN HYUNDAI | $ | 13,998.35 | 2060 BISCAYNE BLVD. | | | MIAMI          FL 33137 |
| 114475 | 31-Jan-18 | MIAMI CAR CREDIT | $ | 11,072.94 | 19390 NW 2ND AVE. | | | MIAMI GARDENS    FL 33169 |
| 114476 | 31-Jan-18 | MIAMI CAR CREDIT | $ | 13,710.98 | 19390 NW 2ND AVE. | | | MIAMI GARDENS    FL 33169 |
| 114477 | 31-Jan-18 | PREMIUM MOTORS | $ | 14,142.30 | 3297 W. OAKLAND PK. BLVD. | | | LAUDERDALE LAKES FL 33311 |
| 114478 | 31-Jan-18 | BENJI AUTO SALES | $ | 13,708.16 | 3905 S. STATE RD 7 | | | WEST PARK, FL 33023 |
| 114479 | 31-Jan-18 | BENJI AUTO SALES | $ | 16,682.34 | 3905 S. STATE RD 7 | | | WEST PARK, FL 33023 |
| 114480 | 31-Jan-18 | CARITE GAINESVILLE | $ | 7,551.31 | 2201 N. MAIN ST. | | | GAINESVILLE, FL 32609 |
| 114481 | 31-Jan-18 | WORLD AUTO INC. | $ | 15,037.88 | 1830 ST. RD 436 | | | WINTER PARK, FL 32792 |
| 114482 | 31-Jan-18 | WORLD AUTO INC. | $ | 16,936.67 | 1830 ST. RD 436 | | | WINTER PARK,  FL 32792 |
| 114483 | 31-Jan-18 | SHEEHAN CADILLAC LLC | $ | 10,832.05 | 5101 N. FEDERAL HWY | | | POMPANO BEACH, FL 33064 |
| 114484 | 31-Jan-18 | FUCCILLO NISSAN OF CLEARWATER | $ | 11,748.43 | 15299 US HWY 19N | | | CLEARWATER, FL 33764 |
| 114485 | 31-Jan-18 | CAR DEPOT MIAMI | $ | 18,584.19 | 30005 S. DIXIE HWY | | | HOMESTEAD, FL 33033 |
| 114486 | 31-Jan-18 | CAPITAL CITY MITSUBISHI | $ | 14,691.15 | 3106 W. TENNESSEE ST. | | | TALLAHASSEE, FL 32304 |
| 114487 | 31-Jan-18 | LEXUS OF PEMBROKE PINES | $ | 13,222.08 | 16150 PINES BLVD. | | | PEMBROKE PINES, FL 33027 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 114488 | 31-Jan-18 | AMBAR MOTORS | $ 16,031.70 | 4382 WEST 12TH AVE | | HIALEAH, FL 33012 |
| 114489 | 31-Jan-18 | WILLIAM LEHMAN MITSUBISHI | $ 18,831.65 | 21200 N.W. 2ND AVE. | | MIAMI, FL 33169 |
| 114490 | 31-Jan-18 | COGGIN HONDA JACKSONVILLE | $ 11,658.02 | 11003 ATLANTIC BLVD. | | JACKSONVILLE,  FL 32225 |
| 114491 | 31-Jan-18 | MICHAEL'S AUTO SALES | $ 17,037.84 | 3501 S. STATE RD. 7 | | HOLLYWOOD,  FL 33023 |
| 114492 | 31-Jan-18 | STANLEY SERPAS | $ 100.00 | 7130 BAMBOO ST. | | MIAMI LAKES, FL 33014 |
| WIRE | 01-Feb-18 | COHEN ST. CLOUD LLC | $10,000.00 | | | |
| WIRE | 01-Feb-18 | ILENE RESNICK GARBER | $7,000.00 | | | |
| WIRE | 01-Feb-18 | ILENE GARBER IRA MAINSTAR TRUST | $7,000.00 | | | |
| WIRE | 01-Feb-18 | ILENE RESNICK GARBER | $2,500.00 | | | |
| WIRE | 01-Feb-18 | JUDITH GOLDBERG (REISS) | $3,000.00 | | | |
| WIRE | 01-Feb-18 | MICHAEL & LYNNE DITTMORE | $4,000.00 | | | |
| WIRE | 01-Feb-18 | ZAFI GAMLIELI | $3,000.00 | | | |
| WIRE | 01-Feb-18 | NORMAN M. BLOMBERG | $4,000.00 | | | |
| WIRE | 01-Feb-18 | SHIL RAJIV GUDKA | $2,400.00 | | | |
| WIRE | 01-Feb-18 | RAJIV GUDKA | $1,400.00 | | | |
| WIRE | 01-Feb-18 | PENSCO- IRA ROBERT HENDLER | $7,000.00 | | | |
| WIRE | 01-Feb-18 | WILLIAM HYMAN FAMILY TRUST | $12,000.00 | | | |
| WIRE | 01-Feb-18 | RONNI WHEELER | $8,000.00 | | | |
| WIRE | 01-Feb-18 | STANLEY & ELAINE COHEN | $13,750.00 | | | |
| WIRE | 01-Feb-18 | SUDHIRA ARGADE | $7,456.00 | | | |
| WIRE | 01-Feb-18 | LIFE OF THE SOUTH | $34,075.00 | | | |
| WIRE | 01-Feb-18 | SYDELLE LAZAR | $6,000.00 | | | |
| WIRE | 01-Feb-18 | SUMFIN REINSURANCE | $68,875.00 | | | |
| WIRE | 01-Feb-18 | PHOENIX CONSULTING | $132,521.00 | | | |
| WIRE | 01-Feb-18 | ROBYN WEISS REVOCABLE TRUST | $6,000.00 | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| WIRE | 01-Feb-18 | WARREN R. WIEBE, JR IRA PENSCO | $4,000.00 | | | |
| WIRE | 01-Feb-18 | WARREN R. WIEBE, JR. TRUST | $4,000.00 | | | |
| WIRE | 01-Feb-18 | SAUL GITOMER | $4,062.00 | | | |
| WIRE | 01-Feb-18 | CHANDRAVELLI PATEL BYPASS TRUST | $7,351.00 | | | |
| WIRE | 01-Feb-18 | BMA CAPITAL PARTNERS | $3,000.00 | | | |
| ACH | 02-Feb-18 | Aetna | $ 26,993.36 | Billing Statement Dist | P.O. Box 67103 | Harrisburg, PA 17106-7103 |
| 114584 | 09-Feb-18 | JOHN PIERRE BALAGUER JR | $ 100.00 | 620 OAKLAND RD. | | AUBURNDALE, FL 33823 |
| 114585 | 09-Feb-18 | VADIM PINHASOV | $ 100.00 | 856 E. BUSCH BLVD. | | TAMPA, FL. 33612 |
| 114586 | 09-Feb-18 | ABC AUTOTRADER | $ 11,794.93 | 856 E. BUSCH BLVD. | | TAMPA        FL 33612 |
| 114587 | 09-Feb-18 | FUCCILLO KIA OF CAPE CORAL | $ 17,158.53 | 404 N.E. PINE ISLAND ROAD | | CAPE CORAL,  FL 33909 |
| 114588 | 09-Feb-18 | DELAND RELIABLE CARS & TRUCKS | $ 13,152.97 | 2180 S. WOODLAND BLVD. | | DELAND, FL 32720 |
| 114589 | 09-Feb-18 | MCJ AUTO SALES OF CENTRAL FLOR | $ 16,737.64 | 7224 E. COLONIAL DR. | | ORLANDO,FL 32807 |
| 114590 | 09-Feb-18 | HEADQUARTER MAZDA | $ 13,883.48 | 17500 STATE RD. 50 | | CLERMONT, FL 34711 |
| 114591 | 09-Feb-18 | MCGUIRE CHEVROLET | $ 10,944.44 | 21500 HWY 27 N | | LAKE WALES, FL 33853 |
| 114592 | 09-Feb-18 | KELLEY BUICK GMC OF BARTOW | $ 10,539.43 | 255 W. VAN FLEET DR. | | BARTOW, FL 33830 |
| 114593 | 10-Feb-18 | STANLEY SERPAS | $ 100.00 | 7130 BAMBOO ST. | | MIAMI LAKES, FL 33014 |
| 114594 | 10-Feb-18 | VADIM PINHASOV | $ 100.00 | 856 E. BUSCH BLVD. | | TAMPA, FL. 33612 |
| 114596 | 10-Feb-18 | LORENZO BOMNIN CHEVROLET | $ 17,509.58 | 8455 S. DIXIE HWY. | | MIAMI, FL 33143 |
| 114597 | 10-Feb-18 | FUCCILLO KIA OF CAPE CORAL | $ 12,162.33 | 404 N.E. PINE ISLAND ROAD | | CAPE CORAL,  FL 33909 |
| 114598 | 10-Feb-18 | FUCCILLO KIA OF CAPE CORAL | $ 18,991.79 | 404 N.E. PINE ISLAND ROAD | | CAPE CORAL,  FL 33909 |
| 114599 | 10-Feb-18 | MIAMI CAR CREDIT | $ 15,163.33 | 19390 NW 2ND AVE. | | MIAMI GARDENS,  FL 33169 |
| 114600 | 10-Feb-18 | SUTHERLIN NISSAN VERO BEACH | $ 15,175.70 | 946 S. US 1 | | VERO BEACH, FL 32962 |
| 114601 | 10-Feb-18 | BENJI AUTO SALES CORP. | $ 11,844.40 | 1041 E. 49TH ST. | | HIALEAH, FL 33013 |
| 114602 | 10-Feb-18 | CITY KIA | $ 14,394.81 | 9550 S. ORANGE BLOSSOM TRL. | | ORLANDO,  FL 32837 |
| 114603 | 12-Feb-18 | ABC AUTOTRADER | $ 15,875.00 | 856 E. BUSCH BLVD. | | TAMPA, FL 33612 |

| 114604 | 13-Feb-18 | VADIM PINHASOV | $ | 100.00 | 856 E. BUSCH BLVD. | | TAMPA, FL 33612 |
|---|---|---|---|---|---|---|---|
| 114605 | 13-Feb-18 | ABC AUTOTRADER | $ | 13,525.75 | 856 E. BUSCH BLVD. | | TAMPA, FL 33612 |
| 114606 | 13-Feb-18 | FAT SACK MOTORS, LLC | $ | 14,104.90 | 3955 ST. AUGUSTINE RD. | | JACKSONVILLE, FL 32207 |
| 114607 | 13-Feb-18 | WILLIAM LEHMAN BUICK, INC. | $ | 16,164.47 | 21400 N.W. 2ND AVE. | | MIAMI, FL 33169 |
| 114608 | 14-Feb-18 | GEORGIA DEPARTMENT OF REVENUE | $ | 28.00 | PROCESSING CENTER | P.O.BOX 740391 | ATLANTA, GA 30374-0391 |
| 114609 | 14-Feb-18 | GEORGIA DEPARTMENT OF REVENUE | $ | 28.00 | PROCESSING CENTER | P.O.BOX 740391 | ATLANTA, GA 30374-0391 |
| 114610 | 14-Feb-18 | GEORGIA DEPARTMENT OF REVENUE | $ | 28.00 | PROCESSING CENTER | P.O.BOX 740391 | ATLANTA, GA 30374-0391 |
| 114611 | 14-Feb-18 | JACAVA GROUP LLC | $ | 100.00 | 15080 ARCHERVALE ST. | | DAVIE, FL. 33331 |
| 114612 | 14-Feb-18 | PASTOR GONZALEZ | $ | 100.00 | 4020 NE 6TH AVE | | OAKLAND PARK, FL. 33334 |
| 114613 | 14-Feb-18 | PSE CAPITAL CARS, LLC | $ | 100.00 | 6450 NW 109 AVE | | DORAL, FL 33178 |
| 114614 | 14-Feb-18 | VADIM PINHASOV | $ | 100.00 | 856 E. BUSCH BLVD. | | TAMPA, FL. 33612 |
| 114615 | 14-Feb-18 | KENDALL TOYOTA | $ | 17,409.01 | 10943 S. DIXIE HWY. | | MIAMI, FL 33156 |
| 114616 | 14-Feb-18 | ABC AUTOTRADER | $ | 12,248.30 | 856 E. BUSCH BLVD. | | TAMPA, FL 33612 |
| 114618 | 14-Feb-18 | PREMIUM MOTORS | $ | 15,785.08 | 3297 W. OAKLAND PK. BLVD. | | LAUDERDALE LAKES, FL 33311 |
| 114619 | 14-Feb-18 | GODZILLA MOTORS INC | $ | 16,159.65 | 539 NE 34TH CT. | | OAKLAND PARK, FL 33334 |
| 114620 | 14-Feb-18 | HAIMS MOTORS INC. | $ | 14,991.00 | 2000 N. STATE RD. 7 | | LAUDERDALE LAKES, FL 33313 |
| 114621 | 15-Feb-18 | Travis Kantor | $ | 102.80 | 912 SW 55 TERR | | GAINSVILLE, FL 32607 |
| 114622 | 15-Feb-18 | American Lending Solutions | $ | 475.00 | P.O. Box 745182 | | Atlanta, GA 30374-5182 |
| 114623 | 15-Feb-18 | AMERICAN RECOVERY SPECIALISTS | $ | 372.00 | P.O. BOX 50077 | | LIGHTHOUSE POINT FL 33074 |
| 114624 | 15-Feb-18 | BERLIN A. PEREZ | $ | 100.00 | 15451 SW 294TH TERR. | | HOMESTEAD, FL 33033 |
| 114625 | 15-Feb-18 | Business Card | $ | 535.31 | PO Box 15796 | | Wilmington, DE 19886-5796 |
| 114626 | 15-Feb-18 | Carfax Vehicle History Reports | $ | 1,596.00 | 16630 Collection Center Drive | | Chicago, IL 60693 |
| 114627 | 15-Feb-18 | DealerTrack, Inc. | $ | 14,891.84 | PO BOX 6129 | | New York, NY 1024-6129 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 114628 | 15-Feb-18 | Dunbar Armored Inc | $ | 875.21 | P.O. Box 64115 | | Baltimore, MD 21264-4115 |
| 114629 | 15-Feb-18 | EQUIFAX/TALX CORP | $ | 2,563.33 | 4076 PAYSPHERE CIRCLE | | CHICAGO, IL 60674-4076 |
| 114630 | 15-Feb-18 | EXXON MOBIL CARD SERVICES | $ | 340.45 | PO BOX 78072 | | PHOENIX, AZ 85062-8072 |
| 114631 | 15-Feb-18 | FALCON INT'L DAYTONA | $ | 737.75 | 728 Fentress Blvd | | Daytona Beach, Fl 32114 |
| 114632 | 15-Feb-18 | Canteen Refreshment Services | $ | 268.36 | PO Box # 50196 | | Los Angeles, CA 90074-0196 |
| 114633 | 15-Feb-18 | FCCI Insurance Group | $ | 24,851.23 | PO BOX 405563 | | ATLANTA, GA 30384-5563 |
| 114634 | 15-Feb-18 | FORCE ONE RECOVERY | $ | 2,063.76 | 4920 SW 104th Avenue | | Cooper City, FL 33328 |
| 114635 | 15-Feb-18 | HUGO NAVARRETE | $ | 100.00 | 15977 SW 15TH ST. | | PEMBROKE PINES, FL. 33027 |
| 114636 | 15-Feb-18 | Innovis Data Solutions, Inc. | $ | 53.60 | P.O. Box 535595 | | Pittsburgh, PA 15253-5595 |
| 114637 | 15-Feb-18 | Killgore,Pearlman,Stamp & Squi | $ | 7,795.00 | PO Box 1913 | | Orlando, FL 32802-1913 |
| 114638 | 15-Feb-18 | KYLE WILLIAMSON | $ | 100.00 | 2414 WILLIAMETTE RD. | | TALLAHASSEE, FL 32303 |
| 114639 | 15-Feb-18 | MEGASYS INC * | $ | 484.58 | 500 City Parkway West | Suite 350 | Orange, CA 92868 |
| 114640 | 15-Feb-18 | Pitney Bowes Global | $ | 34.25 | Financial Services LLC | P.O. Box 371896 | Pittsburgh, PA 15250-7887 |
| 114641 | 15-Feb-18 | Pitney Bowes Purchase Power | $ | 601.00 | P.O. Box 371874 | | Pittsburgh, PA 15250-7874 |
| 114642 | 15-Feb-18 | Recovery Database Network | $ | 450.00 | Attn: Accounts Receivable | 1620 S. Stapley Dr. Suite 232 | Mesa, AZ 85204 |
| 114643 | 15-Feb-18 | Sand Castle Investments, LLC | $ | 360.00 | 165 Bishops Way, Suite 150 | | Brookfield, WI 53005 |
| 114644 | 15-Feb-18 | STANLEY SERPAS | $ | 100.00 | 7130 BAMBOO ST. | | MIAMI LAKES, FL 33014 |
| 114645 | 15-Feb-18 | TAG AGENCY OF PINELLAS INC. | $ | 1,849.50 | 3050 SCHERER DRIVE NORTH | SUITE B | ST. PETERSBURG,   FL 33716 |
| 114646 | 15-Feb-18 | KIA AUTOSPORT OF PENSACOLA | $ | 16,792.30 | 6637 PENSACOLA BLVD. | | PENSACOLA, FL 32505 |
| 114647 | 15-Feb-18 | AUTO EXPRESS CREDIT INC. | $ | 10,043.95 | 850 N. STATE RD. 7 | | PLANTATION, FL 33317 |
| 114648 | 15-Feb-18 | DIRECT AUTO EXCHANGE | $ | 14,317.02 | 2168-1 W. TENNESSEE ST. | | TALLAHASSEE, FL 32304 |
| 114649 | 15-Feb-18 | FUCCILLO KIA OF WESLEY CHAPEL | $ | 14,912.99 | 28555 WESLEY CHAPEL BLVD. | | WESLEY CHAPEL, FL 33543 |
| 114650 | 15-Feb-18 | H & Y AUTOMOBILE INC. | $ | 14,171.65 | 3450 NW 36TH ST. | | MEDLEY, FL 33166 |
| 114651 | 15-Feb-18 | MCGUIRE KIA | $ | 17,785.22 | 21280 HWY 27 | | LAKE WALES, FL 33859 |

| 114652 | 15-Feb-18 | AMBAR MOTORS | $ | 11,851.70 | 4382 WEST 12TH AVE | | HIALEAH, FL 33012 |
|---|---|---|---|---|---|---|---|
| 114653 | 15-Feb-18 | BENJI AUTO SALES CORP. | $ | 17,679.29 | 1041 E. 49TH ST. | | HIALEAH, FL 33013 |
| 114654 | 15-Feb-18 | KELLEY BUICK GMC OF BARTOW | $ | 500.00 | 255 W. VAN FLEET DR. | | BARTOW, FL 33830 |
| 114655 | 15-Feb-18 | CBS MARKETING GROUP LLC | $ | 3,000.00 | 17701 SW 18TH ST | | MIRAMAR, FL 33029 |
| 114656 | 15-Feb-18 | JASON D. CELEN | $ | 1,950.00 | 10243 LENOX ST. | | CLERMONT, FL 34711 |
| 114657 | 15-Feb-18 | REX MEYERS | $ | 3,450.00 | 16366 NW 13TH ST | | PEMBROKE PINES, FL 33028 |
| 114658 | 16-Feb-18 | AT&T | $ | 119.70 | P.O.BOX 536216 | | ATLANTA, GA 30353-6216 |
| 114659 | 16-Feb-18 | AT&T | $ | 166.08 | P.O.BOX 536216 | | ATLANTA, GA 30353-6216 |
| 114660 | 16-Feb-18 | FORCE ONE RECOVERY | $ | 905.35 | 4920 SW 104th Avenue | | Cooper City, FL 33328 |
| 114661 | 16-Feb-18 | HUGO NAVARRETE | $ | 100.00 | 15977 SW 15TH ST. | | PEMBROKE PINES, FL. 33027 |
| 114662 | 16-Feb-18 | SOFIA PINEDO | $ | 100.00 | 7914 HARBOR ISLAND DR. #204 | | NORTH BAY VILLIAGE, FL 33141 |
| 114663 | 16-Feb-18 | STORM RECOVERY, LLC | $ | 4,200.00 | P.O. BOX 292375 | | DAVIE, FL  33329-2375 |
| 114664 | 16-Feb-18 | STORM RECOVERY, LLC | $ | 2,271.00 | P.O. BOX 292375 | | DAVIE, FL  33329-2375 |
| 114665 | 16-Feb-18 | FARHAN KAMAL | $ | 100.00 | 10250 NW 48TH CT. | | CORAL SPRINGS, FL 33076 |
| 114666 | 16-Feb-18 | ROUTE 60 HYUNDAI | $ | 11,552.85 | 8575 20TH ST. | | VERO BEACH, FL 32966 |
| 114667 | 16-Feb-18 | FUCCILLO KIA OF CAPE CORAL | $ | 13,225.81 | 404 N.E. PINE ISLAND ROAD | | CAPE CORAL, FL 33909 |
| 114668 | 16-Feb-18 | CORAL SPRINGS HONDA | $ | 19,730.85 | 9330 W. ATLANTIC BLVD. | | CORAL SPRINGS, FL 33071 |
| 114669 | 16-Feb-18 | GAINESVILLE MITSUBISHI | $ | 17,851.65 | 2110 N. MAIN ST. | | GAINESVILLE, FL 32609 |
| 114670 | 16-Feb-18 | AUTO EXPRESS CREDIT INC. | $ | 16,805.20 | 850 N. STATE RD. 7 | | PLANTATION, FL 33317 |
| 114671 | 16-Feb-18 | MIAMI CAR CREDIT | $ | 13,275.59 | 19390 NW 2ND AVE. | | MIAMI GARDENS, FL 33169 |
| 114672 | 16-Feb-18 | FAT SACK MOTORS, LLC | $ | 12,111.90 | 3955 ST. AUGUSTINE RD. | | JACKSONVILLE, FL 32207 |
| 114673 | 16-Feb-18 | TROPICAL CHEVROLET | $ | 20,590.92 | 8880 BISCAYNE BLVD. | | MIAMI,  FL 33138 |
| 114674 | 16-Feb-18 | HYUNDAI OF WESLEY CHAPEL | $ | 17,393.69 | 27000 WESLEY CHAPEL BLVD. | | WESLEY CHAPEL,  FL 33543 |
| 114675 | 20-Feb-18 | BROWARD COUNTY TAX COLLECTOR | $ | 105.75 | 115 S. Andrews Ave. | Room A-100 | Ft. Lauderdale, FL 33301 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 114676 | 21-Feb-18 | CHRISTOPHER GRANT | $ | 144.15 | 7848 DALEHURST DR S | | JACKSONVILLE, FL 32277 |
| 114677 | 21-Feb-18 | COREY PARADIE | $ | 337.56 | 5633 OBISQUE DR | | CHESTERFIELD, VA 23832 |
| 114678 | 22-Feb-18 | James Collision & Towing LLC | $ | 3,929.50 | 3158 Highway 84 W | | Frisco City, AL 36445 |
| 114679 | 26-Feb-18 | DONALD KASTENBAUM | $ | 1,625.00 | ONE GRACIE SQUARE | | New York, NY 10028 |
| 114680 | 26-Feb-18 | FRED KASTENBAUM | $ | 1,625.00 | ONE GRACIE SQUARE | | New York, NY 10028 |
| 114681 | 26-Feb-18 | ELAINE J. BERESH TRUST | $ | 1,500.00 | 7449 KENDLEWOOD | | WEST BLOOMFIELD, MI 48322 |
| 114682 | 26-Feb-18 | ELISSA WEISS | $ | 1,250.00 | WELLS FARGO | P.O. BOX 3488 | PORTLAND, OR 97208-3488 |
| 114683 | 26-Feb-18 | FIRST TRUST CORPORATION | $ | 10,503.00 | FBO DENNIS L SCOTT031038031749 | P.O.BOX 173859 | DENVER, CO 80217-3859 |
| 114684 | 26-Feb-18 | FLORIDA DEPARTMENT OF REVENUE | $ | 1,392.00 | 5050 W TENNESSEE STREET | | TALLAHASSEE, FL 32399-0170 |
| 114685 | 26-Feb-18 | ARLENE FRIED, TRUSTEE OF | $ | 17,000.00 | ARLENE G FRIED REVOCABLE TRUST | 17341 BRIDLEWAY TRAIL | BOCA RATON, FL 33496 |
| 114686 | 26-Feb-18 | JENNIFER FRIEND | $ | 1,000.00 | WELLS FARGO | P.O. BOX 3488 | PORTLAND, OR 97208-3488 |
| 114687 | 26-Feb-18 | KENNETH GILLMAN | $ | 2,500.00 | 132 TERRA LINDA PLACE | | PALM BEACH GARDENS, FL 33418 |
| 114688 | 26-Feb-18 | LOLA PASAHOW ATF REV LIV TRUST | $ | 1,000.00 | 17009 RYTON LANE | | BOCA RATON, FL 33496-3206 |
| 114689 | 26-Feb-18 | MAGDA DAVIS OR MINDY BAROFF | $ | 2,000.00 | 1255 LAUREL CT | | WESTON, FL 33326 |
| 114690 | 26-Feb-18 | MARSHA BAKER | $ | 1,000.00 | 3104 HAZELWOOD CT. | | BEDFORD, TX 76021 |
| 114691 | 26-Feb-18 | MARTIN SHENKMAN | $ | 1,000.00 | 1512 PALISADE AVENUE,APT 10 N | | FORT LEE, NJ 07024 |
| 114692 | 26-Feb-18 | MATTHEW GORSTEIN | $ | 87.00 | 21 Rivers Point | Row 12H | Charleston, SC 29412 |
| 114693 | 26-Feb-18 | MAGDA DAVIS OR MINDY L. BAROFF | $ | 2,500.00 | 1255 LAUREL CT | | WESTON, FL 33326 |
| 114694 | 26-Feb-18 | RACHEL WEISS | $ | 1,500.00 | WELLS FARGO | P.O.BOX 3488 | PORTLAND, OR 97208-3488 |
| 114695 | 26-Feb-18 | ROBERT BAKER | $ | 1,000.00 | 3104 HAZELWOOD CT. | | BEDFORD, TX 76021 |
| 114696 | 26-Feb-18 | ROBIN L. PEKKALA | $ | 3,000.00 | 42 CAYMAN PLACE | | PALM BEACH GARDENS, FL 33418 |
| 114697 | 26-Feb-18 | ROSALEE BOGIE-VENTURA | $ | 500.00 | 174 LAKE EVELYN DR | | WEST PALM BEACH, FL 33411 |

| 114698 | 26-Feb-18 | SHARON BOGIE | $ | 600.00 | 7407 NW 34TH ST | | LAUDERHILL, FL  33319 |
| 114699 | 26-Feb-18 | VIMAL TAMBAY | $ | 1,000.00 | 6961 NW 66TH STREET | | PARKLAND   FL  330367 |
| 114700 | 26-Feb-18 | Freedom Automotive | $ | 912.60 | 5264 NW 15th Street | | Margate, FL 33063 |
| 114701 | 27-Feb-18 | ABS Rental Services | $ | 793.05 | 5886 Enterprise Pkwy | | Ft. Myers, FL 33905 |
| 114702 | 27-Feb-18 | Crowe Horwath | $ | 75,800.00 | P.O. Box 71570 | | Chicago, IL 60694-1570 |
| 114703 | 28-Feb-18 | GEORGIA DEPARTMENT OF REVENUE | $ | 28.00 | PROCESSING CENTER | P.O.BOX 740391 | ATLANTA, GA 30374-0391 |
| 114704 | 28-Feb-18 | GEORGIA DEPARTMENT OF REVENUE | $ | 28.00 | PROCESSING CENTER | P.O.BOX 740391 | ATLANTA,  GA 30374-0391 |
| 114705 | 28-Feb-18 | GEORGIA DEPARTMENT OF REVENUE | $ | 28.00 | PROCESSING CENTER | P.O.BOX 740391 | ATLANTA,  GA 30374-0391 |
| 114706 | 28-Feb-18 | GEORGIA DEPARTMENT OF REVENUE | $ | 38.00 | PROCESSING CENTER | P.O.BOX 740391 | ATLANTA,  GA 30374-0391 |
| 114707 | 28-Feb-18 | GEORGIA DEPARTMENT OF REVENUE | $ | 38.00 | PROCESSING CENTER | P.O.BOX 740391 | ATLANTA,  GA 30374-0391 |
| 114708 | 28-Feb-18 | GEORGIA DEPARTMENT OF REVENUE | $ | 28.00 | PROCESSING CENTER | P.O.BOX 740391 | ATLANTA,  GA 30374-0391 |
| 114709 | 28-Feb-18 | MEAGAN HEDGER | $ | 405.00 | 3202 W. NINE MILE ROAD | APT 6307 | PENSACOLA, FL 32534 |
| 114710 | 28-Feb-18 | OLIVER CLARK | $ | 508.45 | 9228 26 Street West | | Brandenton, FL 34205 |
| WIRE | 01-Mar-18 | COHEN ST. CLOUD LLC | $10,000.00 | | | | |
| WIRE | 01-Mar-18 | ILENE GARBER IRA MAINSTAR TRUST | $7,000.00 | | | | |
| WIRE | 01-Mar-18 | ILENE RESNICK GARBER | $2,500.00 | | | | |
| WIRE | 01-Mar-18 | ILENE RESNICK GARBER | $7,000.00 | | | | |
| WIRE | 01-Mar-18 | JUDITH GOLDBERG (REISS) | $3,000.00 | | | | |
| WIRE | 01-Mar-18 | MICHAEL & LYNNE DITTMORE | $4,000.00 | | | | |
| WIRE | 01-Mar-18 | NORMAN M. BLOMBERG | $4,000.00 | | | | |
| WIRE | 01-Mar-18 | RAJIV GUDKA | $1,500.00 | | | | |
| WIRE | 01-Mar-18 | PENSCO- IRA ROBERT HENDLER | $7,000.00 | | | | |
| WIRE | 01-Mar-18 | SAUL GITOMER | $3,762.00 | | | | |
| WIRE | 01-Mar-18 | SHIL RAJIV GUDKA | $2,400.00 | | | | |

| WIRE | 01-Mar-18 | PHOENIX CONSULTING | $36,565.00 | | | |
|---|---|---|---|---|---|---|
| WIRE | 01-Mar-18 | ZAFI GAMLIELI | $3,000.00 | | | |
| WIRE | 01-Mar-18 | STANLEY & ELAINE COHEN | $13,750.00 | | | |
| WIRE | 01-Mar-18 | SYDELLE LAZAR | $6,000.00 | | | |
| WIRE | 01-Mar-18 | WARREN R. WIEBE, JR IRA PENSCO | $7,400.00 | | | |
| WIRE | 01-Mar-18 | SUDHIRA ARGADE | $7,456.00 | | | |
| WIRE | 01-Mar-18 | WARREN R. WIEBE, JR. TRUST | $4,000.00 | | | |
| WIRE | 01-Mar-18 | RONNI WHEELER | $8,000.00 | | | |
| WIRE | 01-Mar-18 | WILLIAM HYMAN FAMILY TRUST | $12,000.00 | | | |
| WIRE | 01-Mar-17 | CHANDRAVELLI PATEL BYPASS TRUST | $44,427.00 | | | |
| WIRE | 01-Mar-18 | BMW CAPITAL PARTNERS | $3,000.00 | | | |
| 114711 | 05-Mar-18 | DONALD CRANDALL | $ 475.00 | 3617 JUNIPER CREEK RD | | MILTON, FL 32570-9603 |
| ACH | 06-Mar-18 | Aetna | $ 26,037.42 | Billing Statement Dist | P.O. Box 67103 | Harrisburg, PA 17106-7103 |
| 114714 | 09-Mar-18 | American Lending Solutions | $ 2,455.00 | P.O. Box 745182 | | Atlanta, GA 30374-5182 |
| 114715 | 09-Mar-18 | AMERICAN RECOVERY SPECIALISTS | $ 1,440.00 | P.O. BOX 50077 | | LIGHTHOUSE POINT FL 33074 |
| 114716 | 09-Mar-18 | AMERICAN RECOVERY SPECIALISTS | $ 1,600.00 | P.O. BOX 50077 | | LIGHTHOUSE POINT FL 33074 |
| 114717 | 09-Mar-18 | AMERICAN RECOVERY SPECIALISTS | $ 225.00 | P.O. BOX 50077 | | LIGHTHOUSE POINT FL 33074 |
| 114718 | 09-Mar-18 | American Public Life | $ 3,342.54 | 2305 Lakewood Drive | | Flowood, MS 39232 |
| 114719 | 09-Mar-18 | BATEMAN GORDON & SANDS, INC | $ 12,967.00 | 3050 N Federal Hwy | | Lighthouse Point, FL 33064 |
| 114721 | 09-Mar-18 | CITIBUSINESS CARD | $ 13,086.19 | PO BOX 9001037 | | Louisville, KY 40290-1037 |
| 114722 | 09-Mar-18 | CITY OF PLANTATION UTILITIES | $ 104.36 | 400 NW 73rd Avenue | | Plantation, FL 33317 |
| 114723 | 09-Mar-18 | CITY OF PLANTATION UTILITIES | $ 371.90 | 400 NW 73rd Avenue | | Plantation, FL 33317 |
| 114726 | 09-Mar-18 | Experian | $ 5,500.00 | PO BOX 881971 | | Los Angeles, CA 90088-1971 |

| 114727 | 09-Mar-18 | FALCON INT'L DAYTONA | $ | 2,029.00 | 728 Fentress Blvd | | Daytona Beach, Fl 32114 |
|--------|-----------|----------------------|---|----------|-------------------|---|-------------------------|
| 114729 | 09-Mar-18 | FPL | $ | 735.88 | GENERAL MAIL FACILITY | | MIAMI, FL  33188-0001 |
| 114730 | 09-Mar-18 | FPL | $ | 524.23 | GENERAL MAIL FACILITY | | MIAMI, FL  33188-0001 |
| 114734 | 09-Mar-18 | RELIANCE FIELD SERVICES | $ | 210.00 | A Division of LMS Group, Inc. | 9971 SW 40 Street | MIAMI, FL 33165 |
| 114735 | 09-Mar-18 | RouteOne LLC | $ | 1,953.21 | 16902 Collections Center Drive | | Chicago, IL 60693 |
| 114736 | 09-Mar-18 | Sand Castle Investments, LLC | $ | 1,485.00 | 165 Bishops Way, Suite 150 | | Brookfield, WI 53005 |
| 114738 | 09-Mar-18 | SHELL | $ | 545.74 | PO BOX 9001015 | | LOUISVILLE, KY 40290-1015 |
| 114739 | 09-Mar-18 | TAG AGENCY OF PINELLAS INC. | $ | 4,412.75 | 3050 SCHERER DRIVE NORTH | SUITE B | ST. PETERSBURG,   FL 33716 |
| 114741 | 12-Mar-18 | ELISSA WEISS | $ | 1,250.00 | WELLS FARGO | P.O. BOX 3488 | PORTLAND, OR 97208 |
| 114776 | 16-Mar-18 | Bonial & Associates, P.C. | $ | 4,065.00 | Box #224108 | 7501 Ester Blvd., Suite 190 | Irving, TX 75063 |
| 114777 | 16-Mar-18 | CBS MARKETING GROUP LLC | $ | 300.00 | 17701 SW 18TH ST | | MIRAMAR, FL 33029 |
| 114784 | 16-Mar-18 | GRANT PRINTING | $ | 236.38 | 6109 PEMBROKE ROAD | | HOLLYWOOD, FL 33023 |
| 114785 | 16-Mar-18 | Innovis Data Solutions, Inc. | $ | 46.40 | P.O. Box 535595 | | Pittsburgh, PA 15253-5595 |
| 114790 | 16-Mar-18 | Pitney Bowes Global | $ | 640.04 | Financial Services LLC | P.O. Box 371896 | Pittsburgh, PA 15250-7887 |
| 114797 | 16-Mar-18 | WESTERN UNION FINANCIAL SVCS. | $ | 1,256.50 | P.O. Box 60528 | | City of Industry, CA 91716 |
| 114798 | 30-Mar-18 | FORCE ONE RECOVERY | $ | 3,850.69 | 4920 SW 104th Avenue | | Cooper City, FL 33328 |
| 114799 | 30-Mar-18 | Access Point, Inc. | $ | 5,424.76 | P.O. Box 382828 | | Pittsburgh, PA 15251-8828 |
| 114800 | 30-Mar-18 | American Lending Solutions | $ | 1,245.00 | P.O. Box 745182 | | Atlanta, GA 30374-5182 |
| 114801 | 30-Mar-18 | AMERICAN RECOVERY SPECIALISTS | $ | 2,541.00 | P.O. BOX 50077 | | LIGHTHOUSE POINT FL 33074 |
| 114802 | 30-Mar-18 | CEDAR DOCUMENT TECHNOLOGIES | $ | 34,157.73 | ONE RAVINIA DRIVE, SUITE 1700 | | ATLANTA,  GA 30346 |
| 114803 | 30-Mar-18 | DealerTrack, Inc. | $ | 17,942.30 | PO BOX 6129 | | New York, NY 1024-6129 |

| 114804 | 30-Mar-18 | DEFI SOLUTIONS - DE LLC | $ | 11,321.80 | PO BOX 675129 | | DETROIT, MI 48267-5129 |
|---|---|---|---|---|---|---|---|
| 114805 | 30-Mar-18 | Digital Recognition Network | $ | 1,750.00 | PO Box 45591 | | San Francisco, CA 94145-0591 |
| 114806 | 30-Mar-18 | Dunbar Armored Inc | $ | 877.27 | P.O. Box 64115 | | Baltimore, MD 21264-4115 |
| 114807 | 30-Mar-18 | FALCON INT'L DAYTONA | $ | 2,990.00 | 728 Fentress Blvd | | Daytona Beach, Fl 32114 |
| 114808 | 30-Mar-18 | MICROBILT | $ | 433.90 | P.O.BOX 1473 | | ENGLEWOOD, CO 80150 |
| 114809 | 30-Mar-18 | Proshred of South Florida | $ | 560.00 | 5217 NW 35th Avenue | | Fort Lauderdale, FL 33309 |
| 114810 | 30-Mar-18 | Recovery Database Network | $ | 450.00 | Attn: Accounts Receivable | 1620 S. Stapley Dr. Suite 232 | Mesa, AZ 85204 |
| 114811 | 30-Mar-18 | Sand Castle Investments, LLC | $ | 180.00 | 165 Bishops Way, Suite 150 | | Brookfield, WI 53005 |
| 114812 | 30-Mar-18 | STORM RECOVERY, LLC | $ | 20,600.00 | P.O. BOX 292375 | | DAVIE, FL   33329-2375 |
| 114813 | 30-Mar-18 | TAG AGENCY OF PINELLAS INC. | $ | 4,080.08 | 3050 SCHERER DRIVE NORTH | SUITE B | ST. PETERSBURG, FL 33716 |
| 114814 | 30-Mar-18 | MEGASYS INC * | $ | 3,439.98 | 500 City Parkway West | Suite 350 | Orange, CA 92868 |