UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
www.flsb.uscourts.gov

In re:                                                          Case No.: 18-13389-BKC-RBR

SUMMIT FINANCIAL CORP.,                                         Chapter 11

    Debtor.
_____/

**DEBTOR'S AGREED MOTION TO CONTINUE (1) DISCLOSURE STATEMENT HEARING; AND (2) HEARING ON DEBTOR'S MOTION FOR ENTRY OF ORDER SETTING VARIOUS DEADLINES FOR CONFIRMATION OF DEBTOR'S PLAN**

Debtor-in-Possession, Summit Financial Corp. (the "Debtor"), by counsel, pursuant to Local Rule 7090-1, requests that the Court enter an order (a) continuing the Disclosure Statement Hearing (defined below) to January 8, 2019 at 1:30 p.m.; and (b) continuing the hearing on the Debtor's Expedited Motion for Entry of Order: (I) Approving Bid Procedures for the Sale of the Debtor's Loan Portfolio; and (II) Setting Various Deadlines for Confirmation of Debtor's Plan [ECF No. 294] (the "Motion to Set Deadlines") (specifically as to Part II) to January 8, 2019 at 1:30 p.m., subject to the conditions set forth below, and states:

    1.    On March 23, 2018 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

    2.    The Debtor is operating its business and managing its affairs as a debtor-in-possession pursuant to 11 U.S.C. §§ 1107(a) and 1108. No trustee has been appointed in this case.

    3.    On October 12, 2018, the Debtor filed its Chapter 11 Plan [ECF No. 194] (the "Plan")[1] and Disclosure Statement [ECF No. 195] (the "Disclosure Statement")[2].

---

[1] The Debtor filed its First Amended Plan on November 21, 2018 [ECF No. 301].

[2] The Debtor filed its First Amended Disclosure Statement on November 30, 2018 [ECF No. 328].

Leiderman Shelomith Alexander + Somodevilla, PLLC
Miami | Fort Lauderdale

4.      On November 2, 2018, the Court entered an Order (I) Setting Hearing to Consider Approval of Disclosure Statement; (II) Setting Deadline for Filing Objections to Disclosure Statement; and (III) Directing Plan Proponent to Serve Notice [ECF No. 244] (the "Order Setting Hearing").  Pursuant to the Order Setting Hearing, the hearing to consider approval of the Disclosure Statement was scheduled for December 12, 2018 at 10:00 a.m. (the "Disclosure Statement Hearing") and the deadline to file an objection to the Disclosure Statement was December 5, 2018 (the "Objection Deadline").

5.      Thereafter, on November 20, 2018, the Debtor filed the Motion to Set Deadlines, which requested, in Part I, the approval of certain Bid Procedures[3] in connection with the Sale of the Debtor's Loan Portfolio, and in Part II, that the Court set various deadlines for confirmation of the Debtor's Plan.

6.      On December 3, 2018, the Court entered an order granting, in part, and continuing, in part, the Motion to Set Deadlines [ECF No. 330] (the "Bid Procedures Order").  The Bid Procedures Order scheduled the hearing on Part II of the Motion to Set Deadlines for December 12, 2018 at 10:00 a.m. and also scheduled a Final Sale Hearing for January 8, 2019 at 1:30 p.m. (the "Final Sale Hearing").

7.      The Debtor, through counsel, has been engaged in active discussions with counsel for the Official Committee of Unsecured Creditors (the "Committee") and counsel for the Debtor's primary secured lender, Bank of America, N.A., in its capacity as agent (the "Agent") for itself and BMO Harris Bank N.A. (the "Lenders"), regarding the Disclosure Statement and potential objections thereto.

8.      In light of the fact that the Bid Procedures Order schedules an Auction of the Debtor's Loan Portfolio for December 19, 2018 at 10:00 a.m. (the "Auction Sale"), the Committee

---

[3] Any capitalized terms set forth hereinafter shall have the same definition as set forth in the Motion to Set Deadlines.

and the Agent requested, and the Debtor agreed, subject to the conditions set forth below, that the Disclosure Statement Hearing and the hearing on Part II of the Motion to Set Deadlines be continued to the same date and time as the Final Sale Hearing.

9. It would be in the best interest of the estate and its creditors if the results of the Auction Sale (which would be subject to approval at the Final Sale Hearing) were known prior to the time that the Court considers the approval of the Disclosure Statement or hears Part II of the Motion to Set Deadlines.

10. The Debtor, Committee and Agent have agreed to the continuance(s) referenced above, to the same date and time as the Final Sale Hearing, upon the following conditions:

  a. The Objection Deadline and the deadline to file an objection to the Motion to Set Deadlines shall be extended through and including January 4, 2019.

  b. Such continuance of the hearings referenced above shall be without prejudice to any creditor or interested party seeking a further continuance (agreed or otherwise) of, or filing objections to, of the Disclosure Statement Hearing and/or the hearing on the Motion to Set Deadlines, with all rights reserved for all parties.

  c. Neither the Committee nor the Agent nor the Lenders will file a competing Chapter 11 plan(s) or Disclosure Statement(s), if any, until on or after December 20, 2018.

11. The Debtor, Committee and the Agent all agree on the continuance(s) referenced above, as well as all of the conditions described herein.

12. Good cause exists to grant the continuance(s) requested above.

WHEREFORE, the Debtor respectfully request an entry of an order: (a) continuing the Disclosure Statement Hearing and the hearing on Part II of the Motion to Set Procedures, as set forth above, and subject to the conditions described above; (b) extending the Objection Deadline, as set forth above; and (c) granting such other and further relief as the Court deems just and proper.

| | |
|---|---|
| Dated: December 5, 2018 | LEIDERMAN SHELOMITH ALEXANDER + SOMODEVILLA, PLLC<br>Counsel for the Debtor<br>2699 Stirling Road, Suite C401<br>Ft. Lauderdale, Florida 33312<br>Telephone: (954) 920-5355<br>Facsimile: (954) 920-5371<br><br>By:_____/s/_____<br>ZACH B. SHELOMITH<br>Florida Bar No. 0122548<br>zbs@lsaslaw.com |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served on December 5, 2018 to all parties on the list to receive e-mail notice/service for this case, via the Notice of Electronic Filing (which is incorporated herein by reference) and via U.S. Mail to all parties on the attached Manual Notice List.

By:_____/s/_____
Zach B. Shelomith

**Manual Notice List**

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service).

Argo Partners
12 W 37th St 9th Fl
New York, NY 10018

Robin Ishmael
500 Mamaroneck Avenue
Harrison, NY 10528

Soneet Kapila
c/o Kapila & Company
1000 South Federal Highway
Suite 200
Fort Lauderdale, FL 33316

Annie Kent Dropper
155 East Pearl St #200
Jackson, WY 83001

L.A. Perkins
Perkins Pershes, PLLC
3839 N.W. Boca Raton Blvd. #200
Boca Raton, FL 33431

Eric Rubin
c/o Moecker Auctions Inc
1883 Marina Mile Blvd #106
Ft Lauderdale, FL 33315

Michael C Sullivan
303 Peachtree St N.E.
Suite 3600
Atlanta, GA 30308