

**ORDERED in the Southern District of Florida on December 6, 2018.**

_Raymond B. Ray, Judge_
**Raymond B. Ray, Judge**
**United States Bankruptcy Court**

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
www.flsb.uscourts.gov

In re:                                                          Case No.: 18-13389-BKC-RBR

SUMMIT FINANCIAL CORP.,                        Chapter 11

    Debtor.
_____/

**AGREED ORDER GRANTING DEBTOR'S AGREED MOTION TO CONTINUE (1)
DISCLOSURE STATEMENT HEARING; AND (2) HEARING ON
DEBTOR'S MOTION FOR ENTRY OF ORDER SETTING VARIOUS
DEADLINES FOR CONFIRMATION OF DEBTOR'S PLAN**

    THIS MATTER came before the Court upon the Debtor's Agreed Motion to Continue (1) Disclosure Statement Hearing; and (2) Hearing on Debtor's Motion for Entry of Order Setting Various Deadlines for Confirmation of Debtor's Plan [ECF No. 334] (the "Motion to Continue"), and the Court, having reviewed the Motion to Continue, noting that the Debtor, Committee[1] and Agent all agree to the relief requested in the Motion to Continue, and being otherwise duly advised in the premises,

---

[1] Any capitalized terms set forth hereinafter shall have the same definition as set forth in the Motion to Continue.

**ORDERS** as follows:

1. The Motion is **GRANTED.**

2. The hearing to consider approval of the Disclosure Statement [ECF No. 195] (the "Disclosure Statement Hearing") shall be continued to **January 8, 2019** at **1:30 p.m.**, at the United States Bankruptcy Court, 299 East Broward Blvd, Courtroom 308, Ft. Lauderdale, FL 33301.

3. The hearing on Part II of the Debtor's Expedited Motion for Entry of Order: (I) Approving Bid Procedures for the Sale of the Debtor's Loan Portfolio; and (II) Setting Various Deadlines for Confirmation of Debtor's Plan [ECF No. 294] (the "Motion to Set Deadlines") shall be continued to **January 8, 2019** at **1:30 p.m.**, at the United States Bankruptcy Court, 299 East Broward Blvd, Courtroom 308, Ft. Lauderdale, FL 33301.

4. The deadline to file an objection to the Disclosure Statement (as amended) and/or Part II of the Motion to Set Deadlines shall be extended, through and including **January 4, 2019**.

5. The continuance of the hearings referenced above shall be without prejudice to any creditor or interested party seeking a further continuance (agreed or otherwise) of, or filing objections to, the Disclosure Statement Hearing and/or the hearing on the Motion to Set Deadlines, with all rights reserved for all parties.

6. Neither the Committee nor the Agent nor the Lenders shall file a competing Chapter 11 plan(s) or Disclosure Statement(s), if any, until on or after December 20, 2018.

# # #

**Submitted by:**

Zach B. Shelomith, Esq.
Leiderman Shelomith Alexander
+ Somodevilla, PLLC
2699 Stirling Road, Suite C401
Ft. Lauderdale, FL 33312
Telephone (954) 920-5355
Facsimile (954) 920-5371
zbs@lsaslaw.com

**Copies to:**

Zach B. Shelomith, Esq.

Attorney Shelomith is directed to serve copies of this order on all creditors and interested parties and to file a certificate of service