B 210A (Form 210A) (12/09)



# UNITED STATES BANKRUPTCY COURT

In re Summit Financial Corp                ,        Case No. 18-13389

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Ampleton Group Limited
Name of Transferee

Zafi Gamlieli
Name of Transferor

Name and Address where notices to transferee should be sent: Ampleton Group Ltd
Priors Court
Churchmere Road
Sutton Courtenay, nr Abingdon
OX14 4AQ
UK

Phone:                +442079932091
Last Four Digits of Acct #: _____

Court Claim # (if known): 3.125
Amount of Claim: $300,000
Date Claim Filed: 20 April 2018 (Scheduled)

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ James Holdsworth, Director        Date: 29 November 2018
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

For good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, **Zafi Gamlieli** ("Seller") does hereby unconditionally and irrevocably sell, transfer and assign unto **Ampleton Group Ltd** ("Buyer") all rights, title and interest in and to the claims of Seller referenced as proof of claim number 9 (the "Claim") against Summit Financial Corp and its affiliated debtors and debtors in possession (the "Debtor") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of Florida (the "Bankruptcy Court") (or any other court with jurisdiction over the bankruptcy proceedings) as Summit Financial Corp, Chapter 11 Case No. 18-13389 (Jointly Administered).

Seller hereby waives any objection to the transfer of the Claim assigned herein (the "Transferred Claim") to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Transferred Claim and recognizing the Buyer as the sole owner and holder of the Transferred Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Transferred Claim, and all payments or distributions of money or property in respect of the Transferred Claim, shall be delivered or made to the Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Transfer of Claim by its duly authorized representative dated the 27th day of November 2018.

| Buyer: **Ampleton Group Limited** | Seller: **Zafi Gamlieli** |
|---|---|
| Priors Court | 35624 N 86 Pl |
| Churchmere Road | Scottsdale, AZ 85266-1059 |
| Sutton Courtenay | USA |
| OX14 4AQ | |
| UK | |
| _[signature]_ | _[signature]_ |
| Name: James Holdsworth | Name: ZAFI GAMLIELI |
| Title: Director | Title: INDIVIDUAL OWNER |