UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
www.flsb.uscourts.gov

In re:                                                                Case No.: 18-13389-BKC-RBR

SUMMIT FINANCIAL CORP.,                                Chapter 11

    Debtor.
_____/

## DEBTOR'S AGREED *EX PARTE* MOTION TO CONTINUE VARIOUS HEARINGS

Debtor-in-Possession, Summit Financial Corp. (the "Debtor"), by counsel, on an agreed *ex parte* basis, pursuant to Local Rule 7090-1, with the agreement of the Official Committee of Unsecured Creditors (the "Committee") and Bank of America, N.A., as agent (the "Agent"), respectfully requests that the Court enter an order continuing the hearing(s) on the motion(s) described below, to February 1, 2019 at 1:30 p.m., and in support thereof states:

    1.    As more fully described in the Motion to Set Deadlines, the Debtor is in the process of selling its Loan Portfolio[1], through an Auction Sale, subject to the right of interested parties, including the Committee and Agent, to object to such sale.

    2.    The following motions and matters are currently scheduled for hearing on January 22, 2019 at 10:00 a.m. (the "January 22nd Hearings"):

    a.    Approval of the Debtor's Disclosure Statement [ECF No. 195][2];

    b.    Debtor's Expedited Motion for Entry of Order: (I) Approving Bid Procedures for the Sale of the Debtor's Loan Portfolio; and (II) Setting Various Deadlines for Confirmation of Debtor's Plan [ECF No. 294] (the "Motion to Set Deadlines") (specifically as to Part II);

    c.    The Final Sale Hearing of the Debtor's Loan Portfolio [ECF No. 330];

---

[1] Any capitalized terms set forth hereinafter shall have the same definition as set forth in the Motion to Set Deadlines (as defined below).

[2] As amended on November 30, 2018 [ECF No. 328].

Leiderman Shelomith Alexander + Somodevilla, PLLC
Miami | Fort Lauderdale

    d.    Debtor's Motion for Rehearing and/or Reconsideration of Order Denying Debtor's Motion to Extend Exclusivity Period in Which Debtor May File a Plan and Supplement to Motion to Extend Exclusivity Period in Which Debtor May File a Plan [ECF No. 333];

    e.    Debtor-in-Possession's Emergency Motion for Entry of an Order (1) Authorizing Use of Cash Collateral; (2) Granting Adequate Protection; and (3) Scheduling a Final Hearing [ECF No. 8]; and

    f.    Motion of Bank of America, N.A., as Agent, for Allowance and Payment of Fees, Expenses, Costs and Charges as Secured Claim Pursuant to 11 U.S.C. § 506(b) [ECF No. 224].

    3.    Pursuant to the Notice of Amended Bidding and Auction Procedures [ECF No. 346], the Auction Sale was to commence on January 9, 2019 at 10:00 a.m.

    4.    Although the Auction Sale commenced on such date, it was not concluded, and is being continued to January 16, 2019 at 11:30 a.m.

    5.    As such, the Debtor, the Committee and the Agent believe that it would be in the best interest of the estate if the January 22nd Hearings were continued to February 1, 2019 at 1:30 p.m., to allow the parties to contemplate the results of the Auction Sale and take appropriate position(s) thereafter.

    6.    Additionally, the Debtor requests that the deadline to file an objection to the Disclosure Statement (as amended) and/or Part II of the Motion to Set Deadlines be extended, through and including January 30, 2019.

    7.    Finally, the Debtor requests that the Eighth Agreed Interim Order Granting Debtor's Emergency Motion for Authority to Use Cash Collateral, Granting Adequate Protection and Notice of Final Hearing [ECF No. 353] remain in effect; provided, however, that (a) the Committee Challenge Deadline under (and as defined in) such cash collateral order is extended through and including February 15, 2019, and (b) the extended agreed Budget attached to the Agreed Order Granting Motion to Continue Hearings [ECF No. 358] remains in effect.

8. The Debtor, Committee and the Agent all agree on the continuance(s) referenced above.

9. Good cause exists to grant the continuance(s) requested above.

WHEREFORE, the Debtor respectfully request an entry of an order: (a) continuing all of the January 22nd Hearings to February 1, 2019 at 1:30 p.m.; (b) extending the objection deadline(s), as set forth above; (c) extending the Challenge Deadline, as set forth above; and (d) granting such other and further relief as the Court deems just and proper.

Dated: January 15, 2019

LEIDERMAN SHELOMITH ALEXANDER + SOMODEVILLA, PLLC
Counsel for the Debtor
2699 Stirling Road, Suite C401
Ft. Lauderdale, Florida 33312
Telephone: (954) 920-5355
Facsimile: (954) 920-5371

By:_____/s/_____
ZACH B. SHELOMITH
Florida Bar No. 0122548
zbs@lsaslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on January 15, 2019 to all parties on the list to receive e-mail notice/service for this case, via the Notice of Electronic Filing (which is incorporated herein by reference) and via U.S. Mail to all parties on the attached Manual Notice List.

By:_____/s/_____
Zach B. Shelomith

**Manual Notice List**

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service).

Argo Partners
12 W 37th St 9th Fl
New York, NY 10018

Robin Ishmael
500 Mamaroneck Avenue
Harrison, NY 10528

Soneet Kapila
c/o Kapila & Company
1000 South Federal Highway
Suite 200
Fort Lauderdale, FL 33316

Annie Kent Dropper
155 East Pearl St #200
Jackson, WY 83001

L.A. Perkins
Perkins Pershes, PLLC
3839 N.W. Boca Raton Blvd. #200
Boca Raton, FL 33431

Eric Rubin
c/o Moecker Auctions Inc
1883 Marina Mile Blvd #106
Ft Lauderdale, FL 33315

Michael C Sullivan
303 Peachtree St N.E.
Suite 3600
Atlanta, GA 30308