

**ORDERED in the Southern District of Florida on February 5, 2019.**

**Raymond B. Ray, Judge**
**United States Bankruptcy Court**

___

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| **SUMMIT FINANCIAL CORP.,** | Case No. 18-13389-RBR |
| Debtor. | |

### AGREED ORDER SCHEDULING EVIDENTIARY HEARING

This matter is before the Court for a preliminary hearing on February 1, 2019 at 1:30 p.m., on the Expedited Motion for Entry of Order Approving Bid Procedures for the Sale of the Debtor's Loan Portfolio [Docket No. 294] filed by the Debtor Summit Financial Corp. (the "Debtor") and Debtor's Auction Sale Report [Docket No. 369] (collectively, the "Sale Motion"), as well as the Objection of the Official Committee of Unsecured Creditors to Sale of the Debtor's Loan Portfolio [Docket No. 367]; The Official Committee of Unsecured Creditors' Objection to Debtor's Expedited Motion for Entry of Order: (I) Approving Bid Procedures for the Sale of Debtor's Loan Portfolio; and (II) Setting Various Deadlines for Confirmation of Debtor's Plan [Docket No. 381];

and the Limited Objection and Reservation of Rights of Bank of America, N.A., as Agent, to Debtor's Sale Motion [Docket No. 382].  Based upon the consent of counsel of record for the Debtor, the Official Committee of Unsecured Creditors (the "Committee"), and Bank of America, N.A., as agent (the "Agent"), it is hereby

ORDERED, ADJUDGED and DECREED as follows:

1. An evidentiary hearing on the Sale Motion [Docket Nos. 294 & 369], and all responses, objections and supplements thereto, is hereby scheduled for **February 21, 2019 at 10:00 a.m.**, at the United States Bankruptcy Court, 299 East Broward Boulevard, Courtroom 308, Fort Lauderdale, Florida 33301.

2. The Debtor, the Committee, the Agent, and any other party in interest who intends to request to present evidence at the evidentiary hearing (collectively, the "Parties") shall provide to counsel for the other Parties copies of exhibits to be used at trial, and copies of expert reports (if any), no later than February 12, 2019.

3. Each Party shall provide to the other Parties a list of witnesses that will or may be called by such Party at the evidentiary hearing no later than February 12, 2019.

4. Each of the Parties shall endeavor in good faith to schedule any depositions to occur in Fort Lauderdale, Florida, on February 14 or 15, 2019.

5. This Order is without prejudice to the rights of the Parties to take other discovery or to seek additional or different relief from the Court, and the Debtor, the Committee and the Agent may agree in writing to additional or different terms and conditions to govern discovery relating to the Sale Motion.

- 3 -

6. This Court retains jurisdiction to vacate, amend or modify this Order for cause shown.

### 

Submitted By:

Zach B. Shelomith, Esq.
Leiderman Shelomith Alexander + Somodevilla, PLLC
2699 Stirling Rd. #C401
Ft. Lauderdale, FL 33312
Telephone (954) 920-5355
Facsimile (954) 920-5371
zbs@lsaslaw.com


Copies Furnished To:

Zach B. Shelomith, Esq.

Zach B. Shelomith, Esquire, is directed to serve copies of this Order on all parties in interest and to file a Certificate of Service.