

**ORDERED in the Southern District of Florida on February 25, 2019.**

Raymond B. Ray, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
www.flsb.uscourts.gov

In re:     Case No.: 18-13389-BKC-RBR

SUMMIT FINANCIAL CORP.,     Chapter 11

    Debtor.
_____/

**ORDER DENYING APPROVAL OF THE DEBTOR'S DISCLOSURE STATEMENT**

THIS MATTER came before the Court on February 21, 2019 at 10:00 a.m., to consider the approval of the Debtor's Disclosure Statement [ECF No. 195], as Amended [ECF No. 328], and the Court, hearing from counsel for the Debtor, the Official Committee of Unsecured Creditors (the "Committee") and Bank of America, N.A., as agent (the "Agent"), and being otherwise duly advised in the premises,

**ORDERS** that the Debtor's Disclosure Statement [ECF No. 195], as Amended [ECF No. 328], is disapproved and denied, without prejudice.

# # #

**Submitted by:**

Zach B. Shelomith, Esq.
Leiderman Shelomith Alexander
+ Somodevilla, PLLC
2699 Stirling Road, Suite C401
Ft. Lauderdale, FL 33312
Telephone (954) 920-5355
Facsimile (954) 920-5371
zbs@lsaslaw.com

**Copies to:**

Zach B. Shelomith, Esq.

Attorney Shelomith is directed to serve copies of this order on all creditors and interested parties and to file a certificate of service