

**ORDERED in the Southern District of Florida on April 25, 2019.**

**Raymond B. Ray, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
www.flsb.uscourts.gov

In re:                                                    Case No.: 18-13389-BKC-RBR

SUMMIT FINANCIAL CORP.,                                   Chapter 11

        Debtor.
_____/

## ORDER CONTINUING HEARINGS

        THIS MATTER came before the Court on April 23, 2019 at 10:00 a.m., upon the Motion

to Voluntarily Convert Case to Chapter 7 [ECF No. 470] (the "Motion to Convert"), filed by

Summit Financial Corp. (the "Debtor") and the Amended Expedited Motion of the Official

Committee of Unsecured Creditors for Appointment of Chapter 11 Trustee [ECF No. 476] (the

"Motion to Appoint"), filed by the Official Committee of Unsecured Creditors (the "Committee"),

and the Court, hearing from counsel for the Debtor, the Committee and Bank of America, N.A.,

as agent, and being otherwise duly advised in the premises,

        **ORDERS** as follows:

1.      The hearing(s) on the Motion to Convert and the Motion to Appoint shall be continued to **May 15, 2019** at **1:30 p.m.**, at the United States Bankruptcy Court, 299 East Broward Blvd, Courtroom 308, Ft. Lauderdale, FL 33301.

2.      The Court will set aside two (2) hours for the hearing(s), which shall be evidentiary.

# # #

**Submitted by:**

Ido J. Alexander, Esq.
Leiderman Shelomith Alexander
+ Somodevilla, PLLC
2699 Stirling Road, Suite C401
Ft. Lauderdale, FL 33312
Telephone (954) 920-5355
Facsimile (954) 920-5371
ija@lsaslaw.com

**Copies to:**

Ido J. Alexander, Esq.

Attorney Alexander is directed to serve copies of this order on all creditors and interested parties and to file a certificate of service