UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
www.flsb.uscourts.gov

In re:                                                                  Case No. 18-13389-BKC-RBR

SUMMIT FINANCIAL CORP.,                                  Chapter 11

      Debtor.
_____/

**AGREED *EX PARTE* MOTION TO CONTINUE HEARING**
**[Re: ECF No. 470 and 476]**

Bank of America, N.A., as agent (the "Agent"), respectfully moves the Court to continue the hearing on the *Amended Expedited Motion of Official Committee of Unsecured Creditors for Appointment of Chapter 11 Trustee* [Docket No.476 ] filed by the Official Committee of Unsecured Creditors (the "Committee"), and the *Motion to Voluntarily Convert the Case to Chapter 7* [Docket No. 470] filed by the Summit Financial Corp. (the "Debtor") (collectively, the "Motions") currently scheduled for hearing on Wednesday May 15, 2019, at 1:30 p.m., and in support of this agreed *ex parte* motion, shows the Court as follows:

1. These Motions were previously scheduled to be heard on the same day as the hearing on the Agent's *Motion of Bank of America, N.A., as Agent for Relief from the Automatic Stay* [Docket No. 409] (the "Stay Relief Motion"), *i.e.*, April 23, 2019, at 10:00 a.m.

2. At the April 23rd hearing, the Court directed that an agreed order be submitted on the Stay Relief Motion and that the hearing on the other Motions be delayed, allowing for the transition of the servicing of the loan portfolio in connection with the Agent's intent to seek the appointment of

a receiver.

3. On May 1, 2019, the Court entered the order granting the Stay Relief Motion [Docket No. 510] (the "<u>Stay Relief Order</u>"), and, later that same day, Agent filed a complaint against Debtor in the Circuit Court of the 17th Judicial Circuit for Broward County, Florida (the "<u>Receivership Court</u>"), such case being styled *Bank of America, N.A. v. Summit Financial Corp.*, case no. CACE19009531, seeking, among other relief, the appointment of a receiver.

4. On May 6, 2019, the Receivership Court entered the *Consent Order Appointing Receiver and Enjoining Defendant and Others* which appointed Philip Von Kahle as Receiver.

5. Under the authority granted the Receiver and with assistance of the Debtor as authorized by the Stay Relief Order and other orders of this Court, the orderly transition of the servicing of the loan portfolio is currently taking place but will likely not be complete until May 22, 2019.

6. Based on this timing, Agent respectfully requests that the hearing on the Motions be continued until a date after Memorial Day, May 27, 2019, subject to the Court's calendar availability.

7. This adjournment will allow the orderly and expeditious completion of this transition process without the potential disruption or cessation of Debtor's operations. The adjournment would also avoid burdening a newly appointed trustee in either a Chapter 11 or Chapter 7 with transition issues relating to the loan portfolio.

8. The Debtor and Committee both support and consent to this request for adjournment.

WHEREFORE, Agent respectfully requests that the Court enter the attached Agreed Order Continuing Hearing with the insertion of a hearing date that is after Memorial Day, May 27, 2019, subject to the Court's calendar availability.

Respectfully submitted, this 14th day of May, 2019.

*/s/ Michael Sullivan*
Michael Sullivan, GA Bar No. 964038
Parker, Hudson, Rainer & Dobbs LLP
Suite 3600, 303 Peachtree Street NE
Atlanta, GA 30308
Telephone: (404) 523-5300
Facsimile: (404) 522-8409
Email: msul@phrd.com
Counsel for the Agent

## **EXHIBIT A**

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **SUMMIT FINANCIAL CORP.,** | **Case No. 18-13389-RBR** |
| Debtor. | |

**AGREED *EX PARTE* ORDER GRANTING MOTION TO CONTINUE HEARING**

This matter is before the Court on the *Agreed Ex Parte Motion to Continue Hearing* filed by Bank of America, N.A., as Agent (the "Agent") on or about May 14, 2019. Based upon the agreement of the Agent, the Summit Financial Corp. (the "Debtor") and the Official Committee of Unsecured Creditors (the "Committee"), it is hereby

ORDERED, ADJUDGED and DECREED that the hearing on the *Amended Expedited Motion of Official Committee of Unsecured Creditors for Appointment of Chapter 11 Trustee* [Docket No. 476] filed by the Committee, and *Motion to Voluntarily Convert the Case to Chapter 7* [Docket No. 470 ] filed by the Debtor, and all objections and responses thereto, is

5990382_2

- 2 -

hereby CONTINUED and will be held at \_\_\_\_ **a.m. on May \_\_, 2019, at the United States Bankruptcy Court, 299 East Broward Boulevard, Courtroom 308, Fort Lauderdale, Florida 33301.**

###

\*\*\* Submitted By:

Michael C. Sullivan, Esq.
Parker, Hudson, Rainer & Dobbs LLP
303 Peachtree Street, N.E.
Suite 3600
Atlanta, Georgia 30308
Telephone: (404) 523-5300
Telecopier: (404) 522-8409
Email:  msul@phrd.com

Copies Furnished To:

Michael C. Sullivan, Esq.

Michael C. Sullivan, Esquire, is directed to serve copies of this Order and to file a Certificate of Service.

Case 18-13389-RBR    Doc 518    Filed 05/14/19    Page 7 of 7
Case No. 18-13389-BKC-RBR
Page 5 of 5

# **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing *Motion* was served via the Court's Case Management/Electronic Case Filing system upon all parties entitled to receive notice in this case pursuant to BLR 9076-1(A), including the following parties:

Zach B. Shelomith, Esq.
Leiderman Shelomith Alexander + Somodevilla, PLLC
2699 Stirling Rd. #C401
Ft. Lauderdale, FL 33312

Craig A. Pugatch, Esq.
Rice Pugatch Robinson Storfer & Cohen PLLC
101 NE Third Avenue, Suite 1800
Fort Lauderdale, FL 33301

Bradley S. Shraiberg, Esq.
Shraiberg, Landau & Page, P.A.
2385 NW Executive Center Drive, Suite 300
Boca Raton, FL 33431

Damaris Rosich-Schwartz, Esq.
Office of the United States Trustee
51 S.W. 1st Avenue, Suite 1204
Miami, FL 33130

This 14th day of May, 2019.

                                                */s/ Michael C. Sullivan*
                                                Michael C. Sullivan
                                                Georgia Bar No. 964038