

**ORDERED in the Southern District of Florida on June 19, 2019.**

Raymond B. Ray, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
www.flsb.uscourts.gov

In re:                                                    Case No.: 18-13389-BKC-RBR

SUMMIT FINANCIAL CORP.,                    Chapter 11

    Debtor.
_____/

**ORDER DENYING EXPEDITED MOTION OF THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS FOR APPOINTMENT OF CHAPTER 11 TRUSTEE**

THIS MATTER came before the Court on June 5, 2019 at 1:30 p.m., on the *Expedited Motion of the Official Committee of Unsecured Creditors for Appointment of Chapter 11 Trustee* [ECF No. 472, as amended by ECF No. 476] (the "Trustee Motion"), filed by the Official Committee of Unsecured Creditors (the "Committee").  At the hearing, the Court also considered the *Debtor's Motion to Voluntarily Convert Case to Chapter 7* [ECF No. 470] (the "Conversion Motion"), filed by Debtor Summit Financial Corp. (the "Debtor"), which is being granted by separate order.  In the Trustee Motion, the Committee seeks the appointment of a trustee in the

pending Chapter 11 case. In the Conversion Motion, the Debtor seeks to have the bankruptcy case converted to one under Chapter 7 of the Bankruptcy Code.

On May 1, 2019, prior to any ruling on the Trustee Motion, the Court entered an *Order Granting Relief from the Automatic Stay to Bank of America, N.A., as Agent* [ECF No. 510] (the "Stay Relief Order") with the agreement of the Official Committee of Unsecured Creditors (the "Committee"), Debtor, and Bank of America, N.A., as agent (the "Agent"). The Agent thereafter filed a receivership case in the Circuit Court of the 17th Judicial Circuit of Broward County (the "Receivership Action"), resulting in the entry of an order appointing a receiver and creation of a receivership estate. As of May 22, 2019, the Debtor ceased its existing business operation.

Accordingly, based on the Stay Relief Order, the Receivership Action, the Conversion Motion, the Trustee Motion, and other proceedings in this case, it is hereby

**ORDERED, ADJUDGED and DECREED** that:

1. The Trustee Motion is hereby **DENIED** as moot based on the grant of the Conversion Motion, which shall be by separate order.

2. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

# # #

**Submitted by:**

Zach B. Shelomith, Esq.
Leiderman Shelomith Alexander
+ Somodevilla, PLLC
2699 Stirling Road, Suite C401
Ft. Lauderdale, FL 33312
Telephone (954) 920-5355
Facsimile (954) 920-5371
zbs@lsaslaw.com

**Copies to:**

Zach B. Shelomith, Esq.

Attorney Shelomith is directed to serve copies of this order on all creditors and interested parties and to file a certificate of service