UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:
SUMMIT FINANCIAL CORP.,                          Case No. 18-13389-JKO
                                                 Chapter 7

     Debtor.
_____/

## MOTION TO APPROVE STIPULATION AND
## SETTLEMENT AGREEMENT

**Any interested party who fails to file and serve a written response to this motion within 21 days after the date of service stated in this motion shall, pursuant to Local Rule 9013-1(D), be deemed to have consented to the entry of an order in the form attached to this motion. Any scheduled hearing may then be canceled.**

Trustee, Marc P. Barmat, by and through undersigned counsel, hereby files this *Motion to Approve Stipulation and Settlement Agreement* between Trustee, Marc P. Barmat (the "Trustee") and RAJIV GUDKA ("Preference Target") ("Settlement Stipulation") and states:

1.       Attached hereto as Exhibit "A" is a copy of the Stipulation and Settlement Agreement entered into between the Trustee and RAJIV GUDKA.

2.       Pursuant to the terms of the Settlement Stipulation, RAJIV GUDKA shall pay $10,000 ("Settlement Amount") to Trustee in a lump sum due within 14 days after the entry of an Order by the Bankruptcy Court approving the Settlement Stipulation as full and final settlement. Payments shall be made payable to *Marc P. Barmat, Trustee* and delivered to 2255 Glades Road, Suite 301E, Boca Raton, FL 33431.

3.       The Trustee believes that this settlement is in the best interest of creditors and the estate.

1

4.      This stipulation and motion are being noticed to all creditors pursuant to Federal Rule of Bankruptcy Procedure 9019.

5.      The legal principles to be applied in evaluating a proposed settlement have been enunciated upon within the Southern District of Florida in *In re: Arrow Air, Inc.*, 85 B.R. 886 (Bankr. S.D. Fla. 1988).  The appropriate test is "whether the compromise falls below the lowest point in the range of reasonableness." *Id.* at 891, citing, *In re: Teltronics Services, Inc.*, 762 F.2d 185, 189 (2nd Cir. 1985); *In re: W.T. Grant Company*, 699 F.2d 599, 608 (2nd Cir. 1983).  The Trustee believes that this settlement agreement complies with the legal principles relied upon within these authorities.

6.      The Eleventh Circuit, in *In re:  Justice Oaks II, Ltd*, 898 F.2d 1544, 1549 (11th Cir. 1990), *cert. denied*, 498 U.S. 959 (1990), provides additional guidance as to whether a compromise should be approved and establishes a four-part test:

    1.      the probability of success in the litigation;

    2.      the difficulties, if any, to be encountered in the matter of collection;

    3.      the complexity of the litigation involved, and the expense, inconvenience and delay necessarily attending it; and

    4.      the paramount interest of the creditors and a proper deference to their reasonable view in the premises.

7.      The proposed settlement satisfies the four-part test set forth in *In re: Justice Oaks 11, Ltd.*, as required under Bankruptcy Rule 9019:

    1.      <u>Probability of Success in the Litigation</u>: If this matter were to be brought to trial, the Trustee believes he would have a moderately high probability of success.

    2.      <u>Difficulties, if any, to be Encountered in the Matter of Collection</u>: Even if successful, the Trustee believes there could be difficulties encountered in

the matter of collection as it is possible that the Preference Target is not collectable and/or will have transferred its assets.

3.    <u>Complexity Expense and Delay Associated with the Litigation Involved</u>: The litigation would not be overly complex, however, as with all litigation, there will be additional expenses and delays resulting therefrom.

4.    <u>Paramount Interest of Creditors and Proper Deference to Their Reasonable Views in the Premises</u>:  No creditors have been actively involved in this case with regard to avoidance actions, however, the Trustee believes that he has taken in to account the paramount interest of creditors.

8.    The Trustee has evaluated the settlement while considering all of the factors required by the Eleventh Circuit and supports its approval by the Court as being in compliance with the factors, and being within the best interest of creditors and the estate.

WHEREFORE, the Trustee, Marc P. Barmat, by and through undersigned counsel, respectfully requests that the Court enter an order in the form accompanying this motion approving stipulation plus grant such other and further relief as the Court deems just and proper.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

FURR AND COHEN, P.A.
*Attorney for Trustee*
2255 Glades Road, Suite 301E
Boca Raton, FL 33431
(561) 395-0500/(561)338-7532-fax

By: /s/ Charles I. Cohen
    CHARLES I. COHEN
    Florida Bar No. 224121
    Email: ccohen@furrcohen.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been

furnished by U.S. Mail and/or ECF to all parties listed below on this 2nd day of December, 2019.

By: /s/ Charles I. Cohen
CHARLES I. COHEN

Served via ECF:

- Ido J Alexander    ija@lsaslaw.com,
  info@lsaslaw.com;aslawpllc@ecf.inforuptcy.com;jb@lsaslaw.com;zbs@lsaslaw.com
- Marc P Barmat    barmat.trustee@furrcohen.com, mpb@trustesolutions.net
- Joseph D Frank    jfrank@fgllp.com,
  mmatlock@fgllp.com;csmith@fgllp.com;jkleinman@fgllp.com;csucic@fgllp.com
- Michael A. Frank    pleadings@bkclawmiami.com,
  bkcpleadings@gmail.com;frankmr48583@notify.bestcase.com
- Robert C Furr    ltitus@furrcohen.com,
  atty_furrcohen@bluestylus.com;cworkinger@furrcohen.com
- Alvin S. Goldstein    agoldstein@furrcohen.com,
  atty_furrcohen@bluestylus.com;ltitus@furrcohen.com;cworkinger@furrcohen.com
- Beth A Hendler    beth@bahpa.com,
  bethahendlerpa@gmail.com;leyvajanet@gmail.com;hendlerbr73876@notify.bestcase.com
- Laudy Luna    ll@lgplaw.com, de@lgplaw.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- L A Perkins    lperkins@perkinspershes.com, service@perkinspershes.com
- Felipe Plechac-Diaz    fpd@lsaslaw.com,
  fplechacdiaz@ecf.inforuptcy.com;zbs@lsaslaw.com;info@lsaslaw.com;ah@lsaslaw.com;rec
  eptionist@lsaslaw.com
- Craig A. Pugatch    capugatch.ecf@rprslaw.com, jheredia@rprslaw.com
- Jason S Rigoli    jrigoli@furrcohen.com,
  rrivera@furrcohen.com;atty_furrcohen@bluestylus.com
- Kenneth B Robinson    krobinson.ecf@rprslaw.com
- Damaris D Rosich-Schwartz    Damaris.D.Rosich-Schwartz@usdoj.gov
- Zach B Shelomith    zbs@lsaslaw.com,
  fpd@lsaslaw.com;info@lsaslaw.com;zshelomith@ecf.inforuptcy.com
- Bradley S Shraiberg    bss@slp.law,
  dwoodall@slp.law;bshraibergecfmail@gmail.com;dlocascio@slp.law;pmouton@slp.law
- Charles R Sterbach    Charles.r.sterbach@usdoj.gov
- David Neal Stern    dnstern@fwblaw.net, mkassower@fwblaw.net;twolosh@fwblaw.net
- Michael Sullivan    msullivan@phrd.com
- Cherish A. Thompson    cherish@tafirm.com, eservice@tafirm.com
- Angela J Wallace    ajwallace@broward.org, swulfekuhle@broward.org

<u>Served via U.S. Mail</u>:

Rufus T. Dorsey, IV
Parker, Hudson, Rainer & Dobbs LLP
303 Peachtree Street, NE
Suite 3600
Atlanta, GA 30308

Annie Kent Dropper
155 East Pearl St #200
Jackson, WY 83001

Michael C. Sullivan
303 Peachtree St N.E.
Suite 3600
Atlanta, GA 30308

**ALL PARTIES ON THE ATTACHED COURT MATRIX.**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

SUMMIT FINANCIAL CORP.,

                                  Case No. 18-13389-JKO
                                  Chapter 7

      Debtor.

_____/

## STIPULATION AND SETTLEMENT AGREEMENT

**THIS STIPULATION AND SETTLEMENT AGREEMENT** (the "Settlement Agreement" or "Agreement") is entered on the dates stated below, by and among **MARC P. BARMAT**, as Chapter 7 Trustee for the bankruptcy estate of SUMMIT FINANCIAL CORP. (the "Trustee"), and **RAJIV GUDKA** ("Preference Target") (collectively, the "Parties"), and hereby stipulate under the following terms and conditions and agree as follows:

### RECITALS

**WHEREAS,** on March 23, 2018 (the "Petition Date"), the Debtor, Summit Financial Corp. (the "Debtor"), filed a voluntary petition for relief under Title 11, Chapter 11 of the United States Bankruptcy Code, under the case styled *In re Summit Financial Corp.*, Case No. 18-13389-JKO (the "Bankruptcy Case") currently pending in the in the Fort Lauderdale Division of the United States Bankruptcy Court for the Southern District of Florida ("Bankruptcy Court");

**WHEREAS**, on June 19, 2019, the chapter 11 case was converted to a chapter 7 case;

**WHEREAS,** the Trustee is the duly appointed chapter 7 trustee of the Debtor's bankruptcy estate (the "Estate");

**WHEREAS**, on October 18, 2019, Trustee mailed a demand letter to RAJIV GUDKA seeking to avoid and recover certain pre-petition transfers in the total aggregate sum of $14,400 pursuant to Sections 547(b) and 550(a) of the Bankruptcy Code (the "Preference Claim")

**WHEREAS**, the Preference Target has denied liability for the Preference Claim and asserted various defenses thereto, including new value and ordinary course of business;

**WHEREAS**, the Parties participated in good faith settlement negotiations and have reached an agreement;

**WHEREAS**, in order to avoid the high costs and uncertainties of litigation, without any of the Parties admitting any fault or liability, the Parties desire to settle this matter amicably;

EXHIBIT A

**WHEREAS**, the Parties wish to set forth the terms of their agreement in this Agreement

**NOW THEREFORE**, in consideration of the premises, and for such other good and valuable consideration, the receipt and sufficiency of which hereby acknowledged, the Parties hereto, intending to be legally bound, hereby agree that the forgoing recitals are true and correct statements of fact and incorporated into this Agreement, and further stipulate and agree as follows:

1. **Incorporation of Recitals.** The Parties agree that the above recitals are true and correct, and are incorporated into this Agreement.

2. **Settlement Payment.**

    a) RAJIV GUDKA agrees to pay the total sum of $10,000 (the "Settlement Payment") to the Trustee. The Settlement Payment shall be made in a lump sum, due 14 days after entry of an order by the Bankruptcy Court approving this Stipulation and Settlement Agreement.

    b) The Settlement Payment set forth in Section 2(a) above will be in the form of a check or money order, made payable to the order of "*Marc P. Barmat, Trustee*" and delivered to the Trustee's office at 2255 Glades Road, Suite 301 East, Boca Raton, FL 33431. The check or money order should clearly state the Debtor's case number.

3. **Bankruptcy Court Approval.** The Parties agree that the enforceability of this Agreement is subject to and conditioned upon the Bankruptcy Court entering a final, non-appealable order approving the Parties' Agreement set forth herein (the "Final Order"). Trustee agrees to file a Rule 9019 motion to approve this Agreement as required by the Court and to obtain such Final Order. Should the Bankruptcy Court deny approval of the settlement contained within this Agreement, this stipulation shall be deemed null and void, including the validity of any and all instruments executed by any of the Parties.

4. **Releases.**

    a. Trustee. Effective upon the approval of this Agreement by the Bankruptcy Court, the Preference Target forever releases, discharges, and waives, and shall be deemed to have released, discharged, and waived, any and all claims, liabilities, costs (including attorneys' fees and costs) and causes of action, it may have against the Trustee, his professionals, and the Debtor's bankruptcy estate, including the filing of any proof of claim or right to assert a claim against the estate for payment of the Settlement Amount pursuant to 11 U.S.C. § 502(h).

    b. Preference Target. Effective upon the approval of this Agreement by the Bankruptcy Court, the Trustee and the Debtor's estate, forever release, discharge, and waive and shall be deemed to have released, discharged, and waived, any and all claims, liabilities, costs (including attorneys' fees and costs)

Page **2** of **5**

and causes of actions under Chapter 5 of the Bankruptcy Code that they may have against the Preference Target other than payment of the Settlement Amount.

5.  **Default.** In the event that Preference Target defaults in making the payment of the Settlement Payment hereunder as stipulated in Paragraph 2(a) above, the Trustee shall provide written notice (the "Written Notice") of the default to the Preference Target, through counsel (if applicable), by U.S. mail <u>or</u> by e-mail if such information is available (all of which Parties agree to be acceptable methods of properly giving notice under this Agreement). The Written Notice shall provide three (3) business days from the date of such notice to cure the default. Should the Preference Target fail to cure the default within the cure period referenced above in this Paragraph, then the Trustee may seek and obtain, without objection by the Preference Target, the entry of a Final Judgment against the Preference Target (i) awarding a money judgment against the Preference Target and in favor of the Trustee in an amount equal to the Settlement Payment less any amount(s) already paid and received by the Trustee, and (iii) the Trustee's reasonable attorneys' fees and costs incurred in enforcing this Agreement.

6.  **Notices.** All notices to be sent or information to be provided under this Settlement Agreement shall be sent to the following:

> **Trustee:**       Charles Cohen, Esq.
>                     2255 Glades Road, Suite 301 East
>                     Boca Raton, FL 33431
>                     ccohen@furrcohen.com
>                     *Counsel for Trustee*
>
> **Preference**
> **Target:**        RAJIV GUDKA
>                     101 Kingsbridge Ct.
>                     Roseville, CA 95747

7.  **Advice of Counsel.** This Settlement Agreement was executed after arm's length negotiations between the Parties and their respective counsel (if applicable) and reflects the conclusion of the Parties that this Agreement is in the best interests of the Parties. The Parties believe that this Agreement is in the best interests of the Preference Target and the Estate. The Parties acknowledge that they have been represented by counsel of their own choice (or had the opportunity to do so) in the negotiations leading up to the execution of this Settlement Agreement, that they have read this agreement, have had the opportunity to receive an explanation from legal counsel regarding the legal nature and effect of the agreement, and understand the terms and provisions of this agreement. Each Party further represents that they are entering into this Settlement Agreement freely and voluntarily, relying solely upon the advice of their own counsel (if applicable), and not relying on the representation of any other Party or of counsel for any other Party. The Parties confirm by their signatures to this Agreement that they have been fully advised by independent counsel (or had the opportunity) with respect to the terms of this Agreement and execute it voluntarily and with full knowledge of its terms and conditions.

8.      **No Admission.** This Agreement shall not be construed against either Party as an admission of liability or concession of any matters, except as to those specific agreements contained herein. Each of the Parties understands and agrees that this Agreement and the settlement provided for herein are intended to compromise disputed claims and defenses, to avoid litigation, and that this Agreement, and the settlement provided for herein, shall not be construed or viewed as an admission by any Party of any liability or wrongdoing, such liability being expressly denied.

9.      **Integration.** This Agreement represents the entire understanding and agreement between the parties hereto with respect to all of the issues raised, or that could have been raised regarding the Property, and any claims, if any, of The Preference Target against the Debtor or the Trustee. This Agreement cannot be changed, amended, modified, supplemented or altered except in writing executed by all of the Parties. The Parties acknowledge that there are no communications or oral understandings contrary to or different from this Agreement.

10.     **Severability.** Except as otherwise set forth herein, if any clause, provision, or paragraph of this Agreement shall, for any reason, be held illegal, invalid, or unenforceable, such illegality, invalidity, or unenforceability shall not affect any other clause, provision, or paragraph of this Agreement, and this Agreement shall be construed and enforced as if such illegal, invalid, or unenforceable clause, paragraph, or other provision had not been contained herein.

11.     **Choice of Law.** This Agreement is made and entered into within and shall be governed and controlled by, construed, interpreted and enforced in accordance with the laws of the State of Florida, to the extent state law is applicable, and the United States Bankruptcy Code, without regard to Florida's choice of law rules.

12.     **Jurisdiction.** The Parties agree that the Bankruptcy Court will retain exclusive jurisdiction to enforce and implement the terms and provisions of this Agreement and to otherwise resolve any disputes under or pertaining to this Agreement, and the Parties consent and submit to the jurisdiction of the Bankruptcy Court, both personal and subject matter jurisdiction (including "core" jurisdiction), to adjudicate all such matters.

13.     **Attorneys' Fees.** Each Party shall bear its own attorneys' fees and costs incurred in connection with the negotiation and documentation of this Agreement. In the event any litigation is necessary to enforce any term or performance of this Agreement, the prevailing party in any such dispute shall be entitled to recover his/her reasonable attorneys' fees and costs from the other.

14.     **Counterparts.** This Agreement may be executed in any number of counterparts, each of which, when read together with the signatures of those Parties signing other counterparts, shall be deemed to be a complete and original copy. Delivery of an executed signature page to this Agreement by email (pdf) shall be effective as delivery of an originally executed signature page to this Agreement.

15.     **Neutral Interpretation.** In the event a dispute arises among the Parties with regard to the interpretation of any term of this Settlement Agreement, all of the Parties shall be considered collectively to be the drafting party and any rule of construction to the effect that ambiguities are to be resolved against the drafting party shall be inapplicable.

16.     **Authority.** Each of the Parties to this Agreement represents and warrants that it is duly authorized to execute and enter into this Settlement Agreement and that the person through whom each Party executes this Agreement is fully and duly empowered and authorized to execute it on the respective Party's behalf.

17.     **Headings.** The divisions of this Agreement into sections and subsections and the use of captions and headings in connection therewith are solely for convenience and shall have no legal effect in construing the provisions of this Agreement.

18.     **Effective Date.** This Agreement shall become effective on the date that the last Party signs this Agreement.

**IN WITNESS WHEREOF**, the Parties, have each caused this Agreement to be executed by themselves or by their duly authorized representatives on the dates set forth below with a full and complete understanding of the terms hereof.

By: _____
RAJIV GUDKA
THE PREFERENCE TARGET

By: _____
MARC P. BARMAT, Chapter 7 Trustee
2255 Glades Road, Suite 301 East
Boca Raton, FL 33431

Date: __11|8|19__

Date: __11/21/19__

Page **5** of **5**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:
SUMMIT FINANCIAL CORP.,                                    Case No. 18-13389-JKO
                                                           Chapter 7


        Debtor.
_____/

**ORDER GRANTING MOTION TO APPROVE STIPULATION AND
SETTLEMENT AGREEMENT**

        THIS CAUSE came before the Court upon Trustee's, Marc P. Barmat, *Motion to Approve*

*Stipulation and Settlement Agreement* [ECF No. ___], and the movant by submitting this form of

order having represented that the motion was served on all parties required by Bankruptcy Rule

2002 or Local Rule 2002-1(H), (I) or (J), that the 21-day response time provided by Local Rule

9013-1(D) has expired, that no one has filed, or served on the movant, a response to the motion, and that the form of order was attached as an exhibit to the motion.  The Court having reviewed the record, noting that no objections were filed, and having been otherwise advised in the premises, does hereby

ORDER AND ADJUDGE as follows:

1.      The Motion is GRANTED and the *Stipulation and Settlement Agreement* between the Trustee and RAJIV GUDKA is APPROVED.

2.      RAJIV GUDKA shall pay $10,000 ("Settlement Amount") to Trustee in a lump sum due within 14 days after the entry of this Order as full and final settlement.  Payments shall be made payable to *Marc P. Barmat, Trustee* and delivered to 2255 Glades Road, Suite 301E, Boca Raton, FL 33431.

3.      The Parties shall comply with the terms and conditions set forth in the *Stipulation and Settlement Agreement*.

4.      The Court shall retain jurisdiction to enforce the terms of the *Stipulation and Settlement Agreement.*

### 

Submitted by:
Charles I. Cohen, Esq.
Furr and Cohen, P.A.
One Boca Place, Suite 301E
2255 Glades Road
Boca Raton, Florida  33431
Telephone: 561-395-0500; Fax: 561-338-7532
E-mail: ccohen@furrcohen.com

Attorney, Charles I. Cohen, is directed to serve a conformed copy of this Order and file a certificate of service with the Court.

Label Matrix for local noticing
113C-0
Case 18-13389-JKO
Southern District of Florida
Fort Lauderdale
Wed Nov 27 09:51:34 EST 2019

Argo Partners
12 W 37th St 9th Fl
New York, NY 10018-7381

Bank of America, N.A., administrative and co
c/o Liebler, Gonzalez & Portuondo
44 W Flagler Street
Courthouse Tower - 25th Floor
Miami, FL 33130-1808

Broward County
c/o Records, Taxes & Treasury
Attn:  Bankruptcy Section
115 S. Andrews Ave # A-100
Ft. Lauderdale, FL 33301-1888

Bypass Trust Hasmukh & Chandravalli Patel 05
c/o Law Office of Brooks, Frank & De La
10 Northwest LeJeuen Road, Suite 620
miami, fl 33126-5473

Garber Revocable Trust
POB 1293
Wilson, NY 83014-1293

Jacaranda Professional Park Association, Inc
Frank Weinberg & Black, PL
c/o David Neal Stern, Esq.
1875 NW Corporate Blvd.
Suite 100
Boca Raton, FL 33431-8550

Robert Hendler IRA
21493 Linwood Court
Boca Raton, FL 33433-7436

ST CLOUD LLC
c/o Thompson PLLC
214 Brazilian Ave.
Suite 200
Palm Beach, FL 33480-4676

Summit Financial Corp.
100 NW 100 Ave
Plantation, FL 33324-7008

Wheeler Real Estate
Bradley S. Shraiberg
Shraiberg, Landau & Page, PA
2385 NW Executive Center Dr., #300
Boca Raton, FL 33431-8530

ALFRED L RINALDO JR
1754 TECHNOLOGY DRIVE
120 F
SAN JOSE, CA 95110-1308

ALS Resolvion
8927 J M Keynes Drive
Suite 360
Charlotte, NC 28262-8433

ALS Resolvion
POB 745182
Atlanta, GA 30374-5182

APL Oklahoma City
6303 N Portland, Suite 402
Oklahoma City, OK 73112-1467

Access Point
1100 Cresent Green, Suite 109
Cary, NC 27518-8105

Access Point Inc
1100 Crescent Green
Suite 109
Cary, NC 27518-8105

Aetna
1600 SW 80th Terrace
Plantation, FL 33324-4049

Alabama Department of Revenue
P.O. Box 327320
Montgomery, AL 36132-7320

Alarm Partners
1025 NW 17th Ave
Delray Beach, FL 33445-2563

Almor Electric
11042 NW 18 Pl
Fort Lauderdale, FL 33322-3453

Alvin G. Wheeler
7156 Mandarin Dr
Boca Raton, FL 33433-7412

Alvin G. Wheeler
c/o Bradley S. Shraiberg
Shraiberg, Landau & Page, PA
2385 NW Executive Center Dr., #300
Boca Raton, FL 33431-8530

American Public Life
2305 Lakeland Drive
Flowood, MS 39232-9549

American Recovery Specialists
2296 W State Rd 84
Ft. Lauderdale, FL 33312-4838

American Recovery Specialists
POB 50077
Pompano Beach, FL 33074-0077

Ampleton Group Limited
Priors Court
Churchmeme Road
Sutton Courtenay, NR Abingdon
OX 14 4AQ UK

Andrew R. Weiss Trust Agreement
8976 Bastille Cir E
Parkland, FL 33076-4642

Argo Partners
12 West 37th Street, 9th Floor
New York, NY 10018-7381

Arlene G. Fried, as Trustee
17341 Bridleway Trail
Boca Raton, FL 33496-3210

Auto Data Direct Financial Services
1830 E Park Ave, Suite 1
Tallahassee FL 32301-2865

BMO Harris Bank N.A.
c/o Sue Blazis
111 W. Monroe St.
Chicago, IL 60603-4095

BMO Harris Bank, N.A.
111 W Monroe St
Chicago, IL 60603-4095

BMW Capital, LP
974 Sand Iron Dr
Incline Village, NV 89451-8913

BYPASS TRUST HASMUKH & CHANDRAVALLI PAT
LAW OFFICES OF ALFRED L RINALDO JR
1754 TECHNOLOGY DRIVE
120 F
SAN JOSE, CA 95110-1308

Bank of America Corporate Card
PO Box 15796
Wilmington, DE 19886-5796

Bank of America, N.A.
335 Madison Ave 6 Fl
New York, NY 10017-4611

Bank of America, N.A.
c/o James S. Rankin, Jr., Esq.
Parker, Hudson, Rainer & Dobbs LLP
303 Peachtree St NE # 3600
Atlanta, GA 30308-3225

Bloodhound Recovery
2135 Highway 126
Bristol, TN 37620-1507

Bonial & Associates
Formery Buckley Madole
7501 Ester Blvd, #190
Box 224108
Irving, TX 75063-4025

Bonial & Associates, P.C.
PO Box 9013
Addison, Texas 75001-9013

Broward County
c/o Records, Taxes & Treasury
Attn:  Bankruptcy Section
115 S. Andrews Ave A-100
Ft Lauderdale, FL 33301-1888

Broward County Tax Collector
POB 29009
Fort Lauderdale, FL 33302-9009

CBS Marketing
17701 SW 18 St.
Hollywood, FL 33029-5233

CEDAR Document Technologies, Inc.
1 Ravinia Drive, Suite 1700
Atlanta, GA 30346-2168

COHEN-ST. CLOUD, LLC
c/o Thompson PLLC
214 Brazilian Ave., Suite 200
Palm Beach, FL 33480-4676

CT Corporation
3 University Plaza Dr
Suite 506
Hackensack, NJ 07601

CT Corporation System
28 Liberty St 42nd Floor
New York, NY 10005-1448

Canteen
POB 50196
Los Angeles, CA 90074-0196

Carfax
16630 Collection Center Dr
Chicago, IL 60693-0166

Cedar
One Ravinia Dr.
#1700
Atlanta, GA 30346-2168

Cedar Document Technologies
One Ravinia Drive
Suite 1700
Atlanta, GA 30346-2168

Chandravalli H. Patel
560 Elm St # 204
San Carlos, CA 94070-2253

CitiBusiness Card
POB 9001037
Louisville, KY 40290-1037

City of Plantation Utlitilites
POB 31132
Tampa, FL 33631-3132

Claire M O'Connell
12001 NW 1St St
Coral Springs, FL 33071-8005

Crowe Horwath
POB 71570
Chicago, IL 60694-1570

Crowe Horwath LLP
POB 3697
Oak Brook, IL 60522-3697

David Wheeler
12345 NW 14 St
Fort Lauderdale, FL 33323-2400

David Wheeler
c/o Bradley S. Shraiberg
Shraiberg, Landau & Page, PA
2385 NW Executive Center Dr., #300
Boca Raton, FL 33431-8530

DealerTrack
POB 6129
Great Neck, NY 11024

Dealertrack
3400 New Hyde Park Road
New Hyde Park, NY 11042-1226

Defi
POB 675129
Detroit, MI 48267-0001

(p)DEFI SOLUTIONS
ATTN ACCOUNTING DEPT
1500 SOLANA BLVD STE 6400
WESTLAKE TX 76262-1703

Dennis Lee Scott
POB 173859
Denver, CO 80217-3859

Dennis Scott IRA
1249 Shepards Way
Yerington, NV 89447-9551

Digital Recognition Network
4150 International Plaza
Suite 800
Fort Worth, TX 76109-4875

Digital Recognition Network
POB 45591
San Francisco, CA 94145-0591

Dunbar
POB 64115
Baltimore, MD 21264-4115

Dunbar Armored Inc.
50 Schilling Road
Hunt Valley, MD 21031-1424

Elaine J. Beresh Trust
7449 Kendlewood
West Bloomfield, MI 48322-1090

Elissa Weiss
2124 NE 59 Place
Fort Lauderdale, FL 33308-2118

Engel, Hairston &  Johanson
109 North 20 St.
POB 11405
Birmingham, AL 35202-1405

Equifax
POB 105835
Atlanta, GA 30348-5835

Experian
POB 881971
Los Angeles, CA 90088-1971

Experian, Inc.
c/o Joseph D. Frank
FrankGecker LLP
1327 W. Washington Boulevard
Suite 5G-H
Chicago, IL 60607-1912

Falcon International
28 Fentress Blvd
Daytona Beach, FL 32114

Falcon International
728 Fentress Blvd.
Daytona Beach, FL 32114-1241

FedEx Corporate Services Inc.
Module G, 3rd Floor
3965 Airways Blvd
Memphis, TN 38116-5017

Fedex
POB 660480
Dallas, TX 75266-0480

Fibernet
POB 744470
Atlanta, GA 30374-4470

Florida Department of Revenue
8175 NW 12th Street, #119
Doral, FL 33126-1828

Florida Power and Light
General Mail Facility
Miami, FL 33188-0001

Florida Security & Recovery
POB 21631
Saint Petersburg, FL 33742-1631

Force One Recovery
4920 SW 104 Ave.
Fort Lauderdale, FL 33328-3335

Force One Recovery
4920 SW 104 Avenue
Cooper City, FL 33328-3335

Freedom Automotive
6730 NW 83 Terrace
Pompano Beach, FL 33067-1017

GC Pivotal LLC
180 North Casalee Street,
Suite 2430
Chicago, IL 60601

George J. Spathis
Levenfeld Pearlstein, LLC
2 N. LaSalle St.
Suite 1300
Chicago, IL 60602-3709

Grant Printing
6109 Pembroke Rd.
Hollywood, FL 33023-2213

(c)GREGORY A THOMAS
L.A. PERKINS ESP
3839 NW 2ND AVE STE 200
BOCA RATON FL  33431-5862

Ilene Garber
POB 1293
Wilson, WY 83014-1293

Ilene Garber IRA Mainstar Trust
POB 1293
Wilson, WY 83014-1293

(p)ILES COOPER
900 GROVE STREET
ORWIGSBURG PA 17961-1522

Innovis
POB 535595
Pittsburgh, PA 15253-5595

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Jacaranda Professional Park
1800 Eller Drive, #212
Fort Lauderdale, FL 33316-4209

Jay Shechtman
2498 Poinciana Dr
Fort Lauderdale, FL 33327-1416

Jay Shechtman
811 SW 7th Avenue
Ft Lauderdale FL 33315

Jean Ruben
3330 Warrensville Center Rd Unit 605
Shaker Heights, OH 44122-3791

Jennifer Friend
9635 Waterview Way
Pompano Beach, FL 33076-2898

Jerome Hulak
5865/ 2 Forest Grove Dr
Boynton Beach, FL 33437-5826

Jones, Robin & Robin
315 Cedar Street
Post Office Box 888
Atlanta, GA 30301-0888

Judith Goldberg
2556 NE 26 Ave
Fort Lauderdale, FL 33305-1611

Kastenbaum Family Partnership L.P.
1 Gracie Square
New York, NY 10028-8001

Kenneth Gillman
132 Terrace Linda Place
Palm Beach Gardens, FL 33418-1742

Killgore, Pearlman, Semanie, Denius & Squire
P.O. Box 1913
Orlando, FL 32802-1913

Killgore, Pearlman, Semanie, Denius PA
POB 1913
Orlando, FL 32802-1913

Lola Pasahow Revocable Living Trust
17009 Ryton Lane
Boca Raton, FL 33496-3206

MAINSTAR TRUST / FBO SUDHIRA ARGADE IRA
6961 NW 66TH ST
PARKLAND, FL 33067-1476

Mainstar Trust IRA ACCTSudhira A. Argade
6961 NW 66 St
Pompano Beach, FL 33067-1476

Marsha Baker
3104 Hazelwood Ct
Bedford, TX 76021-2952

Martin M Shenkman Amended and Restated
Revocable Living Trust
1512 Palisade Ave, #10 N
Fort Lee, NJ 07024-5308

Matthew Gorstein
21 Rivers Point
Row 12H
Charleston, SC 29412-3612

Max Resnick
707 North Wells St
Unit 503
Chicago, IL 60654-3567

Megasys
500 City Parkway West
#350
Orange, CA 92868-2977

Megasys, Inc.
500 City Parkway West
Suite 350
Orange, CA 92868-2977

Michael Dittmore And Lynne Dittmore,
as Trustees Of Dittmore Living Trust
7629 E Tuckey Ln
Scottsdale, AZ 85250-4617

Microbilt
1640 Airport Rd.
Suite 115
Kennesaw, GA 30144-7038

Microbilt
POB 1473
Englewood, CO 80150-1473

Mindy Baroff
1225 Laurel Ct
Fort Lauderdale, FL 33326

NBS
7501 Ester Blvd, #190
Box #224585
Irving, TX 75063-4025

NEC
24189 Network Place
Chicago, IL 60673-1241

NEC
250 Pehle Avenue
Suite 704
Saddle Brook, NJ 07663-5837

(p)NEC FINANCIAL SERVICES
250 PEHLE AVE
STE 704
SADDLE BROOK NJ 07663-5888

National Bankruptcy Services, LLC
PO Box 9013
Addison, Texas 75001-9013

National Vehicle Recovery of Georgia
POB 44081
Atlanta, GA 30336-1081

Norman Blomberg and Karen J. Blomberg
21260 Bellechasse Court
Boca Raton, FL 33433-7403

Norman M. Blomberg
21260 Bellechasse Ct
Boca Raton, FL 33433-7403

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Parks & Thompson, Inc.
POB 160518
Hialeah, FL 33016-0009

Patricia Gillman
7001 Islegrove Pl
Boca Raton, FL 33433-7462

Patricia Gillman Revocable Trust - DTD 11/14
7001 Islegrove Place
Boca Raton, Florida 33433-7462

Paul Revere Life Insurance
5829 Collections Center Dr.
Chicago, IL 60693-0058

Pensco
POB 173859
Denver, CO 80217-3859

Pensco Custodian IRA Alvin G. Wheeler
7156 Mandarin Dr
Boca Raton, FL 33433-7412

Pensco Trust Company Custodian
FBA Warren R Wiebe Jr Trust IRA
974 Sand Iron Drive
Incline Village, NV 89451-8913

Pensco Trust Company LLC Custodian FBO Rober
c/o Beth A. Hendler, Esq.
500 E. Broward Blvd, #1710
Fort Lauderdale, FL 33394-3005

Pensco Trust Company LLC FBO Robert Hendler
c/o Beth A. Hendler, Esq.
500 E. Broward Blvd., #1710
Fort Lauderdale, FL 33394-3005

Pitney Bowes - Global
POB 371896
Pittsburgh, PA 15250-7896

Proshred Security
5217 NW 35 Ave.
Fort Lauderdale, FL 33309-3303

Proshred Security
803 Pressley Road
Unit 108
Charlotte, NC 28217-0971

Prudential
POB 856138
Louisville, KY 40285-6138

Rachel Weiss
2124 NE 59 Place
Fort Lauderdale, FL 33308-2118

Rajiv Gudka
101 Kingsbridge Ct
Roseville, CA 95747-5929

Recovery Database Network
1620 S. Stapley Dr.
Suite 232
Mesa, AZ 85204-6656

Recovery Database Network
1620 S. Stpley Dr.
#232
Mesa, AZ 85204-6656

Rex Meyers
16366 NW 13 St.
Hollywood, FL 33028-1307

Robert Baker
3104 Hazelwood Ct
Bedford, TX 76021-2952

Robert Hendler IRA
21493 Linwood Ct
Boca Raton, FL 33433-7436

Robert S Cohen
41 West Prospect St
Waldwick, NJ 07463-1638

Robert S. Cohen
950 Ponce De Leon
Apt 207
Boca Raton, FL 33432-7604

Robin L. Pekkala
42 Cayman Place
Palm Beach Gardens, FL 33418-8092

Robin Pekkala
42 Cayman Pl
Palm Beach Gardens, FL 33418-8092

Robyn Weiss Revocable Trust
Attn: Robyn Weiss and Andrew Weiss, Co-T
8976 Bastille Cir E
Parkland, FL 33076-4642

Robyn Weiss Revocable Trust
c/o Catherine D. Kretzschmar, Esq.
Akerman LLP
350 E. Las Olas Blvd., Suite 1600
Fort Lauderdale, FL 33301-4247

Ronni Wheeler
466 Stonemont Dr
Fort Lauderdale, FL 33326-3500

Rosalee Bogie-Ventura
174 Lake Evelyn Dr.
West Palm Beach, FL 33411-4134

RouteOne
16902 Collections Center Dr.
Chicago, IL 60693-0001

SHIL RAJIV GUDKA
LAW OFFICES OF ALFRED L RINALDO JR
1754 TECHNOLOGY DRIVE
120 F
SAN JOSE, CA 95110-1308

SUDHIRA ARGADE
6961 NW 66TH STREET
PARKLAND, FL 33067-1476

Sand Castle Field Services
165 Bishops Way
Suite 150
Brookfield, WI 53005-6244

Sand Castle Investments
165 Bishops Way
#150
Brookfield, WI 53005-6244

Sandra L. Cole Revocable Trust
6879 West Liseron
Boynton Beach, FL 33437-6475

Sapurstein & Bloch
9700 S. Dixie Hwy
#1000
Miami, FL 33156-2863

Sapurstein and Bloch, P.A.
9700 South Dixie Highway
Suite 1000
Miami, FL 33156-2863

Saul Gitomer
10036 Hardy Dr
Overland Park, KS 66212-3485

Scott Cooper
206-23 Richland Ave
Oakland Gardens, NY 11364-3228

Scott Wheeler
466 Stonemont Dr
Fort Lauderdale, FL 33326-3500

Scott Wheeler
c/o Bradley S. Shraiberg
Shraiberg, Landau & Page, PA
2385 NW Executive Center Dr., #300
Boca Raton, FL 33431-8530

Sharon Bogie
7407 NW 34 St
Fort Lauderdale, FL 33319-7103

Shell
POB 9001015
Fort Lauderdale, FL 33329

Sherry K. Seligson
10036 Hardy Drive
Overland Park, KS 66212-3485

Sherry Seligson TTEE DTD 4/19/96
10036 Hardy Dr
Overland Park, KS 66212-3485

Shil Gudka
101 Kingsbridge Ct
Roseville, CA 95747-5929

St Cloud LLC
129 Ponsbury Rd
Mount Pleasant, SC 29464-6603

Stanley Cohen
129 Ponsbury Rd
Mount Pleasant, SC 29464-6603

Storm Recovery
4313 SW 64 Ave
Davie, FL 33314-3435

Storm Recovery
POB 292375
Fort Lauderdale, FL 33329-2375

Sudhira A. Argade
6961 NW 66 St
Pompano Beach, FL 33067-1476

Sydelle Lazar
21438 Linwood Ct
Boca Raton, FL 33433-7436

Tag Agency of Pinellas
3050 Scherer Dr. N
#B
Saint Petersburg, FL 33716-1005

Tag Agency of Pinellas, Inc.
3050 Scherer Dr North
Suite B
St. Petersburg, FL 33716-1005

The Arlene G. Fried Revocable Trust
c/o Catherine D. Kretzschmar, Esq.
Akerman LLP
350 E. Las Olas Blvd., Suite 1600
Fort Lauderdale, FL 33301-4247

Thomas Cleaning Services
16200 Gold Club Road
#213
Fort Lauderdale, FL 33326-1654

Tina Cor
7870 NW 11 Place
Plantation, FL 33322-5162

Transunion, LLC
POB 99506
Chicago, IL 60693-9506

Triangle Fire
7720 NW 53 Street
Miami, FL 33166-4102

Victor and Roseanna Smith
9 Bentley Lodge
182 High RD
WD 23 1NS
Bushey Heath, Herts, UK

Vimal Tambay
6961 NW 66 St
Pompano Beach, FL 33067-1476

Warren Richard Wiebe, Jr.
974 Sand Iron Dr
Incline Village, NV 89451-8913

Warren Richard Wiebe, Jr.
Irrevocable Trust dtd 1/27/17
974 Sand Iron Dr
Incline Village, NV 89451-8913

Western Union
POB 60528
City of Industry, CA 91716-0528

Wheeler Real Estate Enterprises, LLC
100 NW 100 Avenue
Fort Lauderdale, FL 33324-7008

Wheeler Real Estate Enterprises, LLC
c/o Bradley S. Shraiberg
Shraiberg, Landau & Page, PA
2385 NW Executive Center Dr., #300
Boca Raton, FL 33431-8530

William Hyman Family Trust
2556 NE 26 Ave
Fort Lauderdale, FL 33305-1611

William Hyman Family Trust
c/o Catherine D. Kretzschmar, Esq.
Akerman LLP
350 E. Las Olas Blvd., Suite 1600
Fort Lauderdale, FL 33301-4247

Zafi Gamlieli
35624 N 86 Pl
Scottsdale, AZ 85266-1059

Zuma
4005 Lydgate Dr
Waxhaw, NC 28173-4558

Alan Fyne
1515 N University Dr #114
Coral Springs, FL 33071-6084

Alvin G. Wheeler
c/o Bradley S. Shraiberg
Shraiberg, Landau and Page, PA
2385 NW Executive Center Dr., Ste 300
Boca Raton, FL 33431-8530

Craig A. Pugatch
101 NE 3rd Ave
Fort Lauderdale, FL 33301-1162

David Wheeler
c/o Bradley S. Shraiberg
Shraiberg, Landau & Page, PA
2385 NW Executive Center Dr., Ste 300
Boca Raton, FL 33431-8530

Eric Rubin
c/o Moecker Auctions Inc
1883 Marina Mile Blvd #106
Ft Lauderdale, FL 33315-2232

Felipe Plechac-Diaz
2699 Stirling Rd c401
Fort Lauderdale, FL 33312-6598

Ido J Alexander Esq
Leiderman Shelomith Alexander et al.
2699 Stirling Rd.
C-401
Fort Laudedale, FL 33312-6598

Jeff J. Marwil, Esq
70 West Madison Street, Suite 3800
Chicago, IL 60602-4342

Marc Barmat
Furr Cohen
2255 Glades Road
Suite 301E
Boca Raton, FL 33431-7383

Marc P Barmat
2255 Glades Rd Suite 301E
Boca Raton, FL 33431-7383

Rajiv Gudka
c/o Law Office of Brooks, Frank & De La
10 Northwest LeJeuen Road, Suite 620
miami, fl 33126-5473

Robin Ishmael
500 Mamaroneck Avenue
Harrison, NY 10528-1633

Scott Wheeler
c/o Bradley S. Shraiberg
Shraiberg, Landau and Page, PA
2385 NW Executive Center Dr., Ste 300
Boca Raton, FL 33431-8530

Shil Rajiv Gudka
c/o Law Office of Brooks, Frank & De La
10 Northwest LeJeuen Road, Suite 620
Miami, fl 33126-5473

Soneet Kapila
1000 S Federal Hwy #200
Fort Lauderdale, FL 33316-1237

Soneet Kapila
c/o Kapila & Company
1000 South Federal Highway
Suite 200
Fort Lauderdale, FL 33316-1237

Stanley Cohen
c/o Thompson PLLC
214 Brazilian Ave.
Suite 200
Palm Beach, FL 33480-4676

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Defi Solutions
1026 Texan Trail
Suite 150
Grapevine, TX 76051

Iles Cooper
900 Grove St
Orwigsburg, PA 17961

NEC Financial Services, LLC
250 Pehle Ave
Saddle Brook, NJ 07663-5806

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

Gregory A Thomas
L.A. Perkins Esp
3839 NW Boca Raton Blvd # 200
Boca Raton  FL  33431

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Ampleton Group Limited

(u)Andrew Weiss, as Co-Trustee of the Robyn W

(u)Arlene G. Fried, as Trustee of the Arlene

(u)Creditor Committee

(u)Experian, Inc.

(u)Madeline Hyman, as Trustee of the William

(u)Robyn Weiss, as Co-Trustee of the Robyn We

(u)**Error Entry**

(d)Garber Revocable Trust
POB 1293
Wilson, NY 83014-1293

(d)Claire M O'Connell
12001 NW 1St St
Coral Springs, FL 33071-8005

(u)Gregory A. Thomas

(u)Howard Bruce Garber

(u)Ilene Resnick Garber

(u)Judith Goldberg

(d)Tina Cor
7870 NW 11 Place
Plantation, FL 33322-5162

```
End of Label Matrix
Mailable recipients   215
Bypassed recipients    15
Total                 230
```