UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In Re:

SUMMIT FINANCIAL CORP.,                                  CASE NO. 18-13389-PDR
                                                         Chapter 7

      Debtor.

_____/

**TRUSTEE'S MOTION FOR AUTHORITY TO MAKE FIRST INTERIM
DISTRIBUTION TO GENERAL UNSECURED CREDITORS**

Marc P. Barmat (the "**Trustee**"), the duly appointed and acting Chapter 7 trustee of the estate of Summit Financial Corp. (the "**Debtor**"), files this *Motion for Authority to Make First Interim Distribution to General Unsecured Creditors* (the "**Motion**") and states:

**Jurisdiction and Venue**

1.      This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§157 and 1334.   The subject matter of this Motion is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A).  Venue is proper before this Court pursuant to 28 U.S.C. §§1408 and 1409.

**Background**

2.      On March 23, 2018, the Debtor filed a voluntary bankruptcy proceeding under Chapter 11 of the Bankruptcy Code in the Southern District of Florida. On June 19, 2019, the case was converted to a Chapter 7.

3.      Marc P. Barmat is the duly appointed, qualified and acting Trustee for the bankruptcy estate of Summit Financial Corp.

4.      During the pendency of this Bankruptcy Case the Trustee has recovered in excess of $2,698,866.90 for the estate.  Currently, the Trustee has $1,956,587.78 on hand.

1

5.      On October 13, 14 and 18, 2021, the Court entered several orders [ECF Nos. 745, 746, 748, 749, 750, 751, 752, and 754] sustaining certain objections to claims filed by the Trustee, which resolved all claims issues in this case.

6.      This case is ripe for a distribution to be made to creditors, who have been patiently waiting for their dividends.

## Relief Requested

7.      By this Motion the Trustee seeks to make an interim distribution in the aggregate amount of $1,250,000 to the allowed priority and non-priority general unsecured creditors.

8.      The Trustee proposes to pay in full the United States Trustee quarterly fees, remaining creditor's committee professionals' fees, and a *pro rata* distribution to the remaining allowed general unsecured creditors.  A breakdown of the proposed distributions is set forth in **Exhibit A** attached.

WHEREFORE, the Trustee respectfully requests that this Honorable Court enter an order: (i) granting this Motion; (ii) authorizing the Trustee to distribute the aggregate amount of $1,250,000.00 to creditors holding allowed claims in this case in amounts set forth in Exhibit A; and (iii) granting such other and further relief as this Court deems just and proper.

Respectfully submitted this 4th day of January 2022.

MARC P. BARMAT
*Counsel for Chapter 7 Trustee*
2255 Glades Road. Suite 419A
Boca Raton, FL 33431
Tel: (561) 395-0500

By:      */s/ Marc P. Barmat*
          Marc P. Barmat
          E-mail: mbarmat@furrcohen.com