UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In Re:

SUMMIT FINANCIAL CORP.,                          CASE NO. 18-13389-PDR
                                                 Chapter 7

        Debtor.
_____/

**NOTICE OF FILLING AMENDED EXHIBIT "A" TO TRUSTEE'S MOTION FOR AUTHORITY TO MAKE FIRST INTERIM DISTRIBUTION TO GENERAL UNSECURED CREDITORS**

        Marc P. Barmat (the "Trustee"), the duly appointed and acting Chapter 7 trustee of the estate of Summit Financial Corp. (the "Debtor"), through undersigned counsel, hereby files an Amended[1] Exhibit "A" to Trustee's Motion for Authority to Make First Interim Distribution to General Unsecured Creditors [ECF No. 773].

        Dated: January 13, 2022

                                        FURR COHEN, P.A.
                                        *Attorney for Ch 7 Trustee*
                                        2255 Glades Road, Suite 419A
                                        Boca Raton, Florida 33431
                                        (561) 395-0500;(561) 338-7532 - facsimile

                                        By /s/*Marc P. Barmat*_____
                                            Marc P. Barmat
                                            Florida Bar No. 0022365
                                            mbarmat@furrcohen.com

---

[1] Amended to add claim no. 18 and correct the mailing address for claim no. 20. Distributions have been amended to include claim 18.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 13, 2022 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on all parties who are registered CM/ECF users in this case and all parties pursuanat to the clerks official mailing matrix attached.

By /s/*Marc P. Barmat*
Marc P. Barmat

Label Matrix for local noticing
113C-0
Case 18-13389-PDR
Southern District of Florida
Fort Lauderdale
Fri Jan  7 16:22:15 EST 2022

Argo Partners
12 W 37th St 9th Fl
New York, NY 10018-7381

Bank of America, N.A.,
c/o Liebler, Gonzalez & Portuondo
44 W Flagler Street
Courthouse Tower - 25th Floor
Miami, FL 33130-1808

Broward County, Florida
c/o Angela J Wallace
115 S. Andrews Ave # 423
Ft. Lauderdale, FL 33301-1826

Bypass Trust Hasmukh & Chandravalli Patel 05
c/o Law Office of Brooks, Frank & De La
10 Northwest LeJeuen Road, Suite 620
miami, fl 33126-5473

Garber Revocable Trust
POB 1293
Wilson, NY 83014-1293

Jacaranda Professional Park Association, Inc
1800 Eller Drive
Suite 212
Fort Lauderdale, FL 33316-4209

Robert Hendler IRA
21493 Linwood Court
Boca Raton, FL 33433-7436

St Cloud LLC
c/o Thompson PLLC
214 Brazilian Ave # 200
Palm Beach, FL 33480-4676

(p)SUMMIT FINANCIAL CORPORATION
ATTN MICHAEL MOECKER & ASSOCIATES
1883 MARINA MILE BLVD
SUITE 106
FORT LAUDERDALE FL 33315-2232

Wheeler Real Estate
Bradley S. Shraiberg
Shraiberg, Landau & Page, PA
2385 NW Executive Center Dr., #300
Boca Raton, FL 33431-8530

ALFRED L RINALDO JR
1754 TECHNOLOGY DRIVE
120 F
SAN JOSE, CA 95110-1308

ALS Resolvion
8927 J M Keynes Drive
Suite 360
Charlotte, NC 28262-8433

ALS Resolvion
POB 745182
Atlanta, GA 30374-5182

APL Oklahoma City
6303 N Portland, Suite 402
Oklahoma City, OK 73112-1467

Access Point
1100 Cresent Green, Suite 109
Cary, NC 27518-8105

Access Point Inc
1100 Crescent Green
Suite 109
Cary, NC 27518-8105

Aetna
1600 SW 80th Terrace
Plantation, FL 33324-4049

(p)STATE OF ALABAMA DEPARTMENT OF REVENUE
P O BOX 320001
MONTGOMERY AL 36132-0001

Alarm Partners
1025 NW 17th Ave
Delray Beach, FL 33445-2563

Almor Electric
11042 NW 18 Pl
Fort Lauderdale, FL 33322-3453

Alvin G. Wheeler
7156 Mandarin Dr
Boca Raton, FL 33433-7412

Alvin G. Wheeler
c/o Bradley S. Shraiberg
Shraiberg, Landau & Page, PA
2385 NW Executive Center Dr., #300
Boca Raton, FL 33431-8530

American Public Life
2305 Lakeland Drive
Flowood, MS 39232-9549

American Recovery Specialists
2296 W State Rd 84
Ft. Lauderdale, FL 33312-4838

American Recovery Specialists
POB 50077
Pompano Beach, FL 33074-0077

Ampleton Group Limited
Priors Court
Churchmeme Road
Sutton Courtenay, NR Abingdon
OX 14 4AQ UK

Andrew R. Weiss Trust Agreement
8976 Bastille Cir E
Parkland, FL 33076-4642

Argo Partners
12 West 37th Street, 9th Floor
New York, NY 10018-7381

Arlene G. Fried, as Trustee
17341 Bridleway Trail
Boca Raton, FL 33496-3210

Auto Data Direct Financial Services
1830 E Park Ave, Suite 1
Tallahassee FL 32301-2865

BMO Harris Bank N.A.
c/o Sue Blazis
111 W. Monroe St.
Chicago, IL 60603-4095

BMO Harris Bank, N.A.
111 W Monroe St
Chicago, IL 60603-4095

BMW Capital, LP
974 Sand Iron Dr
Incline Village, NV 89451-8913

BYPASS TRUST HASMUKH & CHANDRAVALLI PAT
LAW OFFICES OF ALFRED L RINALDO JR
1754 TECHNOLOGY DRIVE
120 F
SAN JOSE, CA 95110-1308

Bank of America Corporate Card
PO Box 15796
Wilmington, DE 19886-5796

Bank of America, N.A.
335 Madison Ave 6 Fl
New York, NY 10017-4611

Bank of America, N.A.
c/o James S. Rankin, Jr., Esq.
Parker, Hudson, Rainer & Dobbs LLP
303 Peachtree St NE # 3600
Atlanta, GA 30308-3225

Bloodhound Recovery
2135 Highway 126
Bristol, TN 37620-1507

Bonial & Associates
Formery Buckley Madole
7501 Ester Blvd, #190
Box 224108
Irving, TX 75063-4025

(p)BONIAL & ASSOCIATES  P C
ATTN PAUL CERVENKA
14841 DALLAS PARKWAY STE 425
DALLAS TX 75254-8067

Broward County
c/o Records, Taxes & Treasury
Attn:  Bankruptcy Section
115 S. Andrews Ave A-100
Ft Lauderdale, FL 33301-1888

Broward County Tax Collector
POB 29009
Fort Lauderdale, FL 33302-9009

CBS Marketing
17701 SW 18 St.
Hollywood, FL 33029-5233

CEDAR Document Technologies, Inc.
1 Ravinia Drive, Suite 1700
Atlanta, GA 30346-2168

COHEN-ST. CLOUD, LLC
c/o Thompson PLLC
214 Brazilian Ave., Suite 200
Palm Beach, FL 33480-4676

CT Corporation
3 University Plaza Dr
Suite 506
Hackensack, NJ 07601

CT Corporation System
28 Liberty St 42nd Floor
New York, NY 10005-1448

Canteen
POB 50196
Los Angeles, CA 90074-0196

Carfax
16630 Collection Center Dr
Chicago, IL 60693-0166

Cedar
One Ravinia Dr.
#1700
Atlanta, GA 30346-2168

Cedar Document Technologies
One Ravinia Drive
Suite 1700
Atlanta, GA 30346-2168

Chandravalli H. Patel
560 Elm St # 204
San Carlos, CA 94070-2253

CitiBusiness Card
POB 9001037
Louisville, KY 40290-1037

City of Plantation Utlitilites
POB 31132
Tampa, FL 33631-3132

Claire M O'Connell
12001 NW 1St St
Coral Springs, FL 33071-8005

Crowe Horwath
POB 71570
Chicago, IL 60694-1570

Crowe Horwath LLP
POB 3697
Oak Brook, IL 60522-3697

David Wheeler
12345 NW 14 St
Fort Lauderdale, FL 33323-2400

David Wheeler
c/o Bradley S. Shraiberg
Shraiberg, Landau & Page, PA
2385 NW Executive Center Dr., #300
Boca Raton, FL 33431-8530

DealerTrack
POB 6129
Great Neck, NY 11024

(p)DORCAS M MORRIS
Attn: Cox Enterprises, Inc.
Legal Department
6205-A Peachtree-Dunwoody Road,
16th FL
Atlanta, GA 30328

Defi
POB 675129
Detroit, MI 48267-5129

(p)DEFI SOLUTIONS
ATTN ACCOUNTING DEPT
1500 SOLANA BLVD STE 6400
WESTLAKE TX 76262-1703

Dennis Lee Scott
POB 173859
Denver, CO 80217-3859

Dennis Scott IRA
1249 Shepards Way
Yerington, NV 89447-9551

Digital Recognition Network
4150 International Plaza
Suite 800
Fort Worth, TX 76109-4875

Digital Recognition Network
POB 45591
San Francisco, CA 94145-0591

Dunbar
POB 64115
Baltimore, MD 21264-4115

Dunbar Armored Inc.
50 Schilling Road
Hunt Valley, MD 21031-1424

Elaine J. Beresh Trust
7449 Kendlewood
West Bloomfield, MI 48322-1090

Elissa Weiss
2124 NE 59 Place
Fort Lauderdale, FL 33308-2118

Engel, Hairston & Johanson
109 North 20 St.
POB 11405
Birmingham, AL 35202-1405

Equifax
POB 105835
Atlanta, GA 30348-5835

Experian
POB 881971
Los Angeles, CA 90088-1971

Experian, Inc.
c/o Joseph D. Frank
FrankGecker LLP
1327 W. Washington Boulevard
Suite 5G-H
Chicago, IL 60607-1912

Falcon International
28 Fentress Blvd
Daytona Beach, FL 32114

Falcon International
728 Fentress Blvd.
Daytona Beach, FL 32114-1241

FedEx Corporate Services Inc.
Module G, 3rd Floor
3965 Airways Blvd
Memphis, TN 38116-5017

Fedex
POB 660480
Dallas, TX 75266-0480

Fibernet
POB 744470
Atlanta, GA 30374-4470

Florida Department of Revenue
8175 NW 12th Street, #119
Doral, FL 33126-1828

Florida Power and Light
General Mail Facility
Miami, FL 33188-0001

Florida Security & Recovery
POB 21631
Saint Petersburg, FL 33742-1631

Force One Recovery
4920 SW 104 Ave.
Fort Lauderdale, FL 33328-3335

Force One Recovery
4920 SW 104 Avenue
Cooper City, FL 33328-3335

Freedom Automotive
6730 NW 83 Terrace
Pompano Beach, FL 33067-1017

GC Pivotal LLC
180 North Casalee Street,
Suite 2430
Chicago, IL 60601

George J. Spathis
Levenfeld Pearlstein, LLC
2 N. LaSalle St.
Suite 1300
Chicago, IL 60602-3709

Grant Printing
6109 Pembroke Rd.
Hollywood, FL 33023-2213

(c)GREGORY A THOMAS
L.A. PERKINS ESP
3839 NW 2ND AVE STE 200
BOCA RATON FL  33431-5862

Gregory A. Thomas
Perkins Law
5301 N. Federal Highway, Suite 110
Boca Raton, FL 33487-4914

Ilene Garber
POB 1293
Wilson, WY 83014-1293


Ilene Garber IRA Mainstar Trust
POB 1293
Wilson, WY 83014-1293

(p)ILES COOPER
900 GROVE STREET
ORWIGSBURG PA 17961-1522

Innovis
POB 535595
Pittsburgh, PA 15253-5595


Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Jacaranda Professional Park
1800 Eller Drive, #212
Fort Lauderdale, FL 33316-4209

Jay Shechtman
2498 Poinciana Dr
Fort Lauderdale, FL 33327-1416


Jay Shechtman
811 SW 7th Avenue
Ft Lauderdale FL 33315

Jean Ruben
3330 Warrensville Center Rd Unit 605
Shaker Heights, OH 44122-3791

Jennifer Friend
9635 Waterview Way
Pompano Beach, FL 33076-2898


Jerome Hulak
5865/ 2 Forest Grove Dr
Boynton Beach, FL 33437-5826

Jones, Robin & Robin
315 Cedar Street
Post Office Box 888
Atlanta, GA 30301-0888

Judith Goldberg
2556 NE 26 Ave
Fort Lauderdale, FL 33305-1611


Kastenbaum Family Partnership L.P.
1 Gracie Square
New York, NY 10028-8001

Kenneth Gillman
132 Terrace Linda Place
Palm Beach Gardens, FL 33418-1742

Killgore, Pearlman, Semanie, Denius & Squire
P.O. Box 1913
Orlando, FL 32802-1913


Killgore, Pearlman, Semanie, Denius PA
POB 1913
Orlando, FL 32802-1913

L A Perkins
5301 N FEDERAL HWY
Suite 110
Boca Raton, FL 33487-4914

Lola Pasahow Revocable Living Trust
17009 Ryton Lane
Boca Raton, FL 33496-3206


MAINSTAR TRUST / FBO SUDHIRA ARGADE IRA
6961 NW 66TH ST
PARKLAND, FL 33067-1476

Mainstar Trust IRA ACCTSudhira A. Argade
6961 NW 66 St
Pompano Beach, FL 33067-1476

Marsha Baker
3104 Hazelwood Ct
Bedford, TX 76021-2952


Martin M Shenkman Amended and Restated
Revocable Living Trust
1512 Palisade Ave, #10 N
Fort Lee, NJ 07024-5308

Matthew Gorstein
21 Rivers Point
Row 12H
Charleston, SC 29412-3612

Max Resnick
707 North Wells St
Unit 503
Chicago, IL 60654-3567


Megasys
500 City Parkway West
#350
Orange, CA 92868-2977

Megasys, Inc.
500 City Parkway West
Suite 350
Orange, CA 92868-2977

Michael Dittmore And Lynne Dittmore,
as Trustees Of Dittmore Living Trust
7629 E Tuckey Ln
Scottsdale, AZ 85250-4617

Microbilt
1640 Airport Rd.
Suite 115
Kennesaw, GA 30144-7038

Microbilt
POB 1473
Englewood, CO 80150-1473

Mindy Baroff
1225 Laurel Ct
Fort Lauderdale, FL 33326


NBS
7501 Ester Blvd, #190
Box #224585
Irving, TX 75063-4025

NEC
24189 Network Place
Chicago, IL 60673-1241

NEC
250 Pehle Avenue
Suite 704
Saddle Brook, NJ 07663-5837


(p)NEC FINANCIAL SERVICES
250 PEHLE AVE
STE 704
SADDLE BROOK NJ 07663-5888

National Bankruptcy Services, LLC
PO Box 9013
Addison, Texas 75001-9013

National Vehicle Recovery of Georgia
POB 44081
Atlanta, GA 30336-1081


Norman Blomberg and Karen J. Blomberg
21260 Bellechasse Court
Boca Raton, FL 33433-7403

Norman M. Blomberg
21260 Bellechasse Ct
Boca Raton, FL 33433-7403

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614


Office of the United States Trustee
51 SW First Avenue, Room 1204
Miami, FL 33130-1614

Parks & Thompson, Inc.
POB 160518
Hialeah, FL 33016-0009

Patricia Gillman
7001 Islegrove Pl
Boca Raton, FL 33433-7462


Patricia Gillman Revocable Trust - DTD 11/14
7001 Islegrove Place
Boca Raton, Florida 33433-7462

Paul Revere Life Insurance
5829 Collections Center Dr.
Chicago, IL 60693-0058

Pensco
POB 173859
Denver, CO 80217-3859


Pensco Custodian IRA Alvin G. Wheeler
7156 Mandarin Dr
Boca Raton, FL 33433-7412

Pensco Trust Company Custodian
FBA Warren R Wiebe Jr Trust IRA
974 Sand Iron Drive
Incline Village, NV 89451-8913

Pensco Trust Company LLC Custodian FBO Rober
c/o Beth A. Hendler, Esq.
500 E. Broward Blvd, #1710
Fort Lauderdale, FL 33394-3005


Pensco Trust Company LLC FBO Robert Hendler
c/o Beth A. Hendler, Esq.
500 E. Broward Blvd., #1710
Fort Lauderdale, FL 33394-3005

Pitney Bowes - Global
POB 371896
Pittsburgh, PA 15250-7896

Proshred Security
5217 NW 35 Ave.
Fort Lauderdale, FL 33309-3303


Proshred Security
803 Pressley Road
Unit 108
Charlotte, NC 28217-0971

Prudential
POB 856138
Louisville, KY 40285-6138

Rachel Weiss
2124 NE 59 Place
Fort Lauderdale, FL 33308-2118


Rajiv Gudka
101 Kingsbridge Ct
Roseville, CA 95747-5929

Recovery Database Network
1620 S. Stapley Dr.
Suite 232
Mesa, AZ 85204-6656

Recovery Database Network
1620 S. Stpley Dr.
#232
Mesa, AZ 85204-6656

Rex Meyers
16366 NW 13 St.
Hollywood, FL 33028-1307

Robert Baker
3104 Hazelwood Ct
Bedford, TX 76021-2952

Robert Hendler IRA
21493 Linwood Ct
Boca Raton, FL 33433-7436

Robert S Cohen
41 West Prospect St
Waldwick, NJ 07463-1638

Robert S. Cohen
950 Ponce De Leon
Apt 207
Boca Raton, FL 33432-7604

Robin L. Pekkala
42 Cayman Place
Palm Beach Gardens, FL 33418-8092

Robin Pekkala
42 Cayman Pl
Palm Beach Gardens, FL 33418-8092

Robyn Weiss Revocable Trust
Attn: Robyn Weiss and Andrew Weiss, Co-T
8976 Bastille Cir E
Parkland, FL 33076-4642

Robyn Weiss Revocable Trust
c/o Catherine D. Kretzschmar, Esq.
Akerman LLP
350 E. Las Olas Blvd., Suite 1600
Fort Lauderdale, FL 33301-4247

Ronni Wheeler
12645 Bonnington Range Drive
Boynton Beach, FL 33473-3306

Rosalee Bogie-Ventura
174 Lake Evelyn Dr.
West Palm Beach, FL 33411-4134

RouteOne
16902 Collections Center Dr.
Chicago, IL 60693-0001

SHIL RAJIV GUDKA
LAW OFFICES OF ALFRED L RINALDO JR
1754 TECHNOLOGY DRIVE
120 F
SAN JOSE, CA 95110-1308

SUDHIRA ARGADE
6961 NW 66TH STREET
PARKLAND, FL 33067-1476

Sand Castle Field Services
165 Bishops Way
Suite 150
Brookfield, WI 53005-6244

Sand Castle Investments
165 Bishops Way
#150
Brookfield, WI 53005-6244

Sandra L. Cole Revocable Trust
6879 West Liseron
Boynton Beach, FL 33437-6475

Sapurstein & Bloch
9700 S. Dixie Hwy
#1000
Miami, FL 33156-2863

Sapurstein and Bloch, P.A.
9700 South Dixie Highway
Suite 1000
Miami, FL 33156-2863

Saul Gitomer
10036 Hardy Dr
Overland Park, KS 66212-3485

Scott Cooper
206-23 Richland Ave
Oakland Gardens, NY 11364-3228

Scott Wheeler
466 Stonemont Dr
Fort Lauderdale, FL 33326-3500

Scott Wheeler
c/o Bradley S. Shraiberg
Shraiberg, Landau & Page, PA
2385 NW Executive Center Dr., #300
Boca Raton, FL 33431-8530

Sharon Bogie
7407 NW 34 St
Fort Lauderdale, FL 33319-7103

Shell
POB 9001015
Fort Lauderdale, FL 33329

Sherry K. Seligson
10036 Hardy Drive
Overland Park, KS 66212-3485

Sherry Seligson TTEE DTD 4/19/96
10036 Hardy Dr
Overland Park, KS 66212-3485

Shil Gudka
101 Kingsbridge Ct
Roseville, CA 95747-5929

St Cloud LLC
129 Ponsbury Rd
Mount Pleasant, SC 29464-6603

Stanley Cohen
129 Ponsbury Rd
Mount Pleasant, SC 29464-6603

Storm Recovery
4313 SW 64 Ave
Davie, FL 33314-3435

Storm Recovery
POB 292375
Fort Lauderdale, FL 33329-2375

Sudhira A. Argade
6961 NW 66 St
Pompano Beach, FL 33067-1476

Sydelle Lazar
21438 Linwood Ct
Boca Raton, FL 33433-7436

Tag Agency of Pinellas
3050 Scherer Dr. N
#B
Saint Petersburg, FL 33716-1005

Tag Agency of Pinellas, Inc.
3050 Scherer Dr North
Suite B
St. Petersburg, FL 33716-1005

The Arlene G. Fried Revocable Trust
c/o Catherine D. Kretzschmar, Esq.
Akerman LLP
350 E. Las Olas Blvd., Suite 1600
Fort Lauderdale, FL 33301-4247

Thomas Cleaning Services
16200 Gold Club Road
#213
Fort Lauderdale, FL 33326-1654

Tina Cor
7870 NW 11 Place
Plantation, FL 33322-5162

Transunion, LLC
POB 99506
Chicago, IL 60693-9506

Triangle Fire
7720 NW 53 Street
Miami, FL 33166-4102

Victor and Roseanna Smith
9 Bentley Lodge
182 High RD
WD 23 1NS
Bushey Heath, Herts, UK

Vimal Tambay
6961 NW 66 St
Pompano Beach, FL 33067-1476

Warren Richard Wiebe, Jr.
974 Sand Iron Dr
Incline Village, NV 89451-8913

Warren Richard Wiebe, Jr.
Irrevocable Trust dtd 1/27/17
974 Sand Iron Dr
Incline Village, NV 89451-8913

Western Union
POB 60528
City of Industry, CA 91716-0528

Wheeler Real Estate Enterprises, LLC
100 NW 100 Avenue
Fort Lauderdale, FL 33324-7008

Wheeler Real Estate Enterprises, LLC
c/o Bradley S. Shraiberg
Shraiberg, Landau & Page, PA
2385 NW Executive Center Dr., #300
Boca Raton, FL 33431-8530

William Hyman Family Trust
2556 NE 26 Ave
Fort Lauderdale, FL 33305-1611

William Hyman Family Trust
c/o Catherine D. Kretzschmar, Esq.
Akerman LLP
350 E. Las Olas Blvd., Suite 1600
Fort Lauderdale, FL 33301-4247

Zafi Gamlieli
35624 N 86 Pl
Scottsdale, AZ 85266-1059

Zuma
4005 Lydgate Dr
Waxhaw, NC 28173-4558

Alan Fyne
1515 N University Dr #114
Coral Springs, FL 33071-6084

Alvin G. Wheeler
c/o Bradley S. Shraiberg
2385 NW Executive Center Dr # 300
Boca Raton, FL 33431-8530

Craig A. Pugatch
101 NE 3rd Ave
Fort Lauderdale, FL 33301-1162

David Wheeler
c/o Bradley S. Shraiberg
2385 NW Executive Center Dr #300
Boca Raton, FL 33431-8530

Dennis Scott
1249 Shepards Way
Yerington, NV 89447-9551

Eric Rubin
c/o Moecker Auctions Inc
1883 Marina Mile Blvd #106
Ft Lauderdale, FL 33315-2232

Felipe Plechac-Diaz
500 East Broward Blvd
Suite 700
Fort Lauderdale, FL 33394-3016

Hope W Calhoun
14 S.E. 4th St Suite 36
Boca Raton, FL 33432-6104

Ido J Alexander Esq
AlignX Law
12555 Orange Drive
Suite 4159
Davie, FL 33330-4304

Jeff J. Marwil, Esq
70 West Madison Street, Suite 3800
Chicago, IL 60602-4342

Madeline J Hyman
The William Hyman Family Trust
2498 Poinciana Dr.
Weston, FL 33327-1416

Marc Barmat
Furr Cohen
2255 Glades Road
Suite 301E
Boca Raton, FL 33431-7383

Marc P Barmat
www.barmattrustee.com
2255 Glades Rd Suite 419A
Boca Raton, FL 33431-7379

Matthew Weiss
303 Peachtree Street N.E.
Suite 3600
Atlanta, GA 30308-3225

Norman and Karen Blomberg
21260 Bellechasse Court
Boca Raton, FL 33433-7403

Rajiv Gudka
c/o Law Office of Brooks, Frank & De La
10 Northwest LeJeuen Road, Suite 620
miami, fl 33126-5473

Robin Ishmael
500 Mamaroneck Avenue
Harrison, NY 10528-1633

Scott Wheeler
c/o Bradley S. Shraiberg
2385 NW Executive Center Dr #300
Boca Raton, FL 33431-8530

Shil Rajiv Gudka
c/o Law Office of Brooks, Frank & De La
10 Northwest LeJeuen Road, Suite 620
Miami, fl 33126-5473

Soneet Kapila
1000 S Federal Hwy #200
Fort Lauderdale, FL 33316-1237

Soneet Kapila
c/o Kapila & Company
1000 South Federal Highway
Suite 200
Fort Lauderdale, FL 33316-1237

Stanley Cohen
c/o Thompson PLLC
214 Brazilian Ave.
Suite 200
Palm Beach, FL 33480-4676

Sydell Lazar
c/o Ethan H. Lazar, CEO
5100 N. Federal Highway
Fort Lauderdale, FL 33308-3886

Warren Richard Wiebe, Jr
BMW Capital, LP
Warren Richard Weibe, Jr., Partner
974 Sand Iron Dr.
Incline Village, NV 89451-8913

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Summit Financial Corp.
100 NW 100 Ave
Plantation, FL 33324

Alabama Department of Revenue
P.O. Box 327320
Montgomery, AL 36132-7320

Bonial & Associates, P.C.
PO Box 9013
Addison, Texas 75001

Dealertrack
3400 New Hyde Park Road
New Hyde Park, NY 11042-1226

Defi Solutions
1026 Texan Trail
Suite 150
Grapevine, TX 76051

Iles Cooper
900 Grove St
Orwigsburg, PA 17961

NEC Financial Services, LLC
250 Pehle Ave
Saddle Brook, NJ 07663-5806

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

Gregory A Thomas
L.A. Perkins Esp
3839 NW Boca Raton Blvd # 200
Boca Raton  FL  33431

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Ampleton Group Limited

(u)Andrew Weiss, as Co-Trustee of the Robyn W

(u)Arlene G. Fried, as Trustee of the Arlene

(u)Bank of America N.A.

(u)Creditor Committee

(u)Experian, Inc.

(u)Madeline Hyman, as Trustee of the William

(u)Robyn Weiss, as Co-Trustee of the Robyn We

(u)**Error Entry**

(d)Garber Revocable Trust
POB 1293
Wilson, NY 83014-1293

(d)Claire M O'Connell
12001 NW 1St St
Coral Springs, FL 33071-8005

(u)Gregory A. Thomas

(u)Howard Bruce Garber

(u)Ilene Resnick Garber

(u)Judith Goldberg

(d)Ronni Wheeler
12645 Bonnington Range Drive
Boynton Beach, FL 33473-3306

(d)Tina Cor
7870 NW 11 Place
Plantation, FL 33322-5162

End of Label Matrix
Mailable recipients    225
Bypassed recipients     17
Total                  242

# PROPOSED CLAIM DISTRIBUTION REPORT

| | | |
|---|---|---|
| **Trustee Name:** | Marc P. Barmat | |
| **Case Number:** | 18-13389-PDR | |
| **Case Name:** | SUMMIT FINANCIAL CORP. | |
| **Claims Bar Date:** | 09/04/2019 | |

| | |
|---|---|
| **Distribution Date:** | 01/12/2022 |
| **Distribution Amt:** | $1,250,000.00 |
| **Tax ID:** | 59-2470828 |
| **Date:** | 1/12/2022 |

| Claim No | Creditor Name: | Claim Class | Transaction Code | Proposed Distribution | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Amount | Paid to Date | Interest | Proposed Paymt | Balance |
| Beginning Balance | | | | | | | | $1,250,000.00 |
| 79 | OFFICE OF THE UNITED STATES TRUSTEE 51 SW First Avenue, Room 1204 Miami FL 33130 | U. S. Trustee Quarterly Fees | 2950-000 | $92,060.00 | $0.00 | $0.00 | $92,060.00 | $1,157,940.00 |
| | Percent Paid: 100.00% | Notes: (79-1) Pre-Conversion Chapter 11 UST Quarterly Fees under Chapter 123 of title 28. | | | | | | |
| Sub-Totals: U. S. Trustee Quarterly Fees | | | | $92,060.00 | $0.00 | $0.00 | $92,060.00 | |
| | KAPILA MUKAMAL CPAS 1000 South Federal Highway Suite 200 Fort Lauderdale FL 33316 | Accountant for Creditor's Committee | 6710-110 | $6,655.39 | $0.00 | $0.00 | $6,655.39 | $1,151,284.61 |
| | Percent Paid: 100.00% | Notes: Allowed Chapter 11 administrative expense pursuant to Court Order ECF NO. 611. | | | | | | |
| Sub-Totals: Accountant for Creditor's Committee | | | | $6,655.39 | $0.00 | $0.00 | $6,655.39 | |
| | RICE PUGATCH ROBINSON STORFER & COHEN PLLC Counsel for the Trustee 101 NE Third Avenue Fort Lauderdale FL 33301 | Attorney for Creditor's Committee Fees | 6700-140 | $7,141.58 | $0.00 | $0.00 | $7,141.58 | $1,144,143.03 |
| | Percent Paid: 100.00% | Notes: Allowed Chapter 11 administrative expense pursuant to Court Order ECF NO. 610 | | | | | | |
| Sub-Totals: Attorney for Creditor's Committee Fees | | | | $7,141.58 | $0.00 | $0.00 | $7,141.58 | |
| 1 | DUNBAR ARMORED INC. Attn: Kathy Childress 50 Schilling Road Hunt Valley MD 21031 | General Unsecured 726(a)(2) | 7100-000 | $794.76 | $0.00 | $0.00 | $45.29 | $1,144,097.74 |
| | Percent Paid: 5.70% | Notes: | | | | | | |
| 4 | RONNI WHEELER 466 Stonemont Dr Weston FL 33326 | General Unsecured 726(a)(2) | 7100-000 | $800,000.00 | $0.00 | $0.00 | $45,575.22 | $1,098,522.52 |
| | Percent Paid: 5.70% | Notes: | | | | | | |
| 5 | KASTENBAUM FAMILY PARTNERSHIP L.P. One Gracie Square New York NY 10028 | General Unsecured 726(a)(2) | 7100-000 | $375,000.00 | $0.00 | $0.00 | $21,363.39 | $1,077,159.13 |
| | Percent Paid: 5.70% | Notes: | | | | | | |
| 7 | COHEN-ST. CLOUD, LLC c/o Thompson PLLC 214 Brazilian Ave., Suite 200 Palm Beach FL 33480 | General Unsecured 726(a)(2) | 7100-000 | $2,701,562.50 | $0.00 | $0.00 | $153,905.35 | $923,253.78 |
| | Percent Paid: 5.70% | Notes: (7-1) two unsecured subordinated promissory notes | | | | | | |
| 8 | NORMAN BLOMBERG AND KAREN J. BLOMBERG Norman Blomberg 21260 Bellechasse Court Boca Raton FL 33433 | General Unsecured 726(a)(2) | 7100-000 | $400,000.00 | $0.00 | $0.00 | $22,787.61 | $900,466.17 |
| | Percent Paid: 5.70% | Notes: | | | | | | |

**PROPOSED CLAIM DISTRIBUTION REPORT**

| | |
|---|---|
| Trustee Name: | Marc P. Barmat |
| Case Number: | 18-13389-PDR |
| Case Name: | SUMMIT FINANCIAL CORP. |
| Claims Bar Date: | 09/04/2019 |

| | |
|---|---|
| Distribution Date: | 01/12/2022 |
| Distribution Amt: | $1,250,000.00 |
| Tax ID: | 59-2470828 |
| Date: | 1/12/2022 |

| Claim No | Creditor Name: | Claim Class | Transaction Code | Proposed Distribution | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Amount | Paid to Date | Interest | Proposed Paymt | Balance |
| 9 | AMPLETON GROUP LIMITED<br>Zafi Gamlieli<br>35624 N. 86th Place<br>Scottsdale AZ 85266 | General Unsecured 726(a)(2) | 7100-000 | $300,000.00 | $0.00 | $0.00 | $17,090.70 | $883,375.47 |
| | Percent Paid: 5.70% | Notes: | | | | | | |
| 10 | ILENE GARBER IRA<br>MAINSTAR TRUST<br>POB 1293<br>Wilson WY 83014 | General Unsecured 726(a)(2) | 7100-000 | $700,000.00 | $0.00 | $0.00 | $39,878.31 | $843,497.16 |
| | Percent Paid: 5.70% | Notes: | | | | | | |
| 11 | ILENE GARBER IRA<br>MAINSTAR TRUST<br>POB 1293<br>Wilson WY 83014 | General Unsecured 726(a)(2) | 7100-000 | $950,000.00 | $0.00 | $0.00 | $54,120.56 | $789,376.60 |
| | Percent Paid: 5.70% | Notes: (11-1) Transfer of Claim Reflects Different Mailing Address For Payments | | | | | | |
| 12 | ROSALEE BOGIE-VENTURA<br>174 Lake Evelyn Dr.<br>West Palm Beach FL 33411 | General Unsecured 726(a)(2) | 7100-000 | $50,000.00 | $0.00 | $0.00 | $2,848.45 | $786,528.15 |
| | Percent Paid: 5.70% | Notes: | | | | | | |
| 13 | SHARON BOGIE<br>7407 NW 34 St<br>Fort Lauderdale FL 33319 | General Unsecured 726(a)(2) | 7100-000 | $60,000.00 | $0.00 | $0.00 | $3,418.14 | $783,110.01 |
| | Percent Paid: 5.70% | Notes: | | | | | | |
| 17 | DENNIS LEE SCOTT<br>POB 173859<br>Denver CO 80219-3859 | General Unsecured 726(a)(2) | 7100-000 | $1,108,283.66 | $0.00 | $0.00 | $63,137.82 | $719,972.19 |
| | Percent Paid: 5.70% | Notes: | | | | | | |
| 18 | WARREN RICHARD WEIBE JR. IRREVOCABLE TRUST IRA<br>974 Sand Iron Drive<br>Incline Village NV 89451-8913 | General Unsecured 726(a)(2) | 7100-000 | $180,000.00 | $0.00 | $0.00 | $10,254.42 | $709,717.77 |
| | Percent Paid: 5.70% | Notes: | | | | | | |
| 19 | MICHAEL DITTMORE AND LYNNE DITTMORE,<br>Michael D. and Lynne A. Dittmore<br>7629 E Tuckey Ln<br>Scottsdale AZ 85250 | General Unsecured 726(a)(2) | 7100-000 | $400,000.00 | $0.00 | $0.00 | $22,787.60 | $686,930.17 |
| | Percent Paid: 5.70% | Notes: | | | | | | |
| 20 | WARREN RICHARD WIEBE, JR.<br>974 Sand Iron Dr<br>Incline Village NV 89451-8913 | General Unsecured 726(a)(2) | 7100-000 | $740,000.00 | $0.00 | $0.00 | $42,157.07 | $644,773.10 |
| | Percent Paid: 5.70% | Notes: | | | | | | |

**PROPOSED CLAIM DISTRIBUTION REPORT**

| | |
|---|---|
| **Trustee Name:** | Marc P. Barmat |
| **Case Number:** | 18-13389-PDR |
| **Case Name:** | SUMMIT FINANCIAL CORP. |
| **Claims Bar Date:** | 09/04/2019 |

| | |
|---|---|
| **Distribution Date:** | 01/12/2022 |
| **Distribution Amt:** | $1,250,000.00 |
| **Tax ID:** | 59-2470828 |
| **Date:** | 1/12/2022 |

| Claim No | Creditor Name: | Claim Class | Transaction Code | Proposed Distribution | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Amount | Paid to Date | Interest | Proposed Paymt | Balance |
| 21 | WARREN RICHARD WIEBE, JR. 974 Sand Iron Dr Incline Village NV 89451-8913 | General Unsecured 726(a)(2) | 7100-000 | $300,000.00 | $0.00 | $0.00 | $17,090.70 | $627,682.40 |
| | Percent Paid: 5.70% | Notes: | | | | | | |
| 22A | WARREN RICHARD WIEBE, JR. Irrevocable Trust dtd 1/27/17 974 Sand Iron Dr Incline Village NV 89451-8913 | General Unsecured 726(a)(2) | 7100-000 | $400,000.00 | $0.00 | $0.00 | $22,787.60 | $604,894.80 |
| | Percent Paid: 5.70% | Notes: | | | | | | |
| 23 | EXPERIAN, INC. c/o Joseph D. Frank, FrankGecker LLP 325 N. LaSalle Street, Suite 625 Chicago IL 60654 | General Unsecured 726(a)(2) | 7100-000 | $6,516.54 | $0.00 | $0.00 | $371.24 | $604,523.56 |
| | Percent Paid: 5.70% | Notes: | | | | | | |
| 24 | EXPERIAN, INC. c/o Joseph D. Frank, FrankGecker LLP 325 N. LaSalle Street, Suite 625 Chicago IL 60654 | General Unsecured 726(a)(2) | 7100-000 | $5,500.00 | $0.00 | $0.00 | $313.33 | $604,210.23 |
| | Percent Paid: 5.70% | Notes: | | | | | | |
| 25 | ILES COOPER 900 Grove St Orwigsburg PA 17961 | General Unsecured 726(a)(2) | 7100-000 | $200,000.00 | $0.00 | $0.00 | $11,393.80 | $592,816.43 |
| | Percent Paid: 5.70% | Notes: | | | | | | |
| 26 | SCOTT COOPER 206-23 Richland Ave Oakland Gardens NY 11364 | General Unsecured 726(a)(2) | 7100-000 | $200,000.00 | $0.00 | $0.00 | $11,393.80 | $581,422.63 |
| | Percent Paid: 5.70% | Notes: | | | | | | |
| 27 | SANDRA L. COLE REVOCABLE TRUST Sandra L. Cole 6879 West Liseron Boynton Beach FL 33437-6475 | General Unsecured 726(a)(2) | 7100-000 | $200,000.00 | $0.00 | $0.00 | $11,393.80 | $570,028.83 |
| | Percent Paid: 5.70% | Notes: | | | | | | |
| 28 | JUDITH GOLDBERG Catherine D. Kretzschmar Esq. / Akerman LLP 350 E. Las Olas Blvd, Suite 1600 Fort Lauderdale FL 33301 | General Unsecured 726(a)(2) | 7100-000 | $300,000.00 | $0.00 | $0.00 | $17,090.70 | $552,938.13 |
| | Percent Paid: 5.70% | Notes: | | | | | | |

**PROPOSED CLAIM DISTRIBUTION REPORT**

| Trustee Name: | Marc P. Barmat | Distribution Date: | 01/12/2022 |
|---|---|---|---|
| Case Number: | 18-13389-PDR | Distribution Amt: | $1,250,000.00 |
| Case Name: | SUMMIT FINANCIAL CORP. | Tax ID: | 59-2470828 |
| Claims Bar Date: | 09/04/2019 | Date: | 1/12/2022 |

| Claim No | Creditor Name: | Claim Class | Transaction Code | Proposed Distribution | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Amount | Paid to Date | Interest | Proposed Paymt | Balance |
| 29 | MAX RESNICK<br>Attorney for Max Resnick,<br>Levenfeld Pearlstein, LLC<br>2 N. LaSalle St.,<br>Suite 1300<br>Chicago IL 60602 | General Unsecured 726(a)(2) | 7100-000 | $50,750.00 | $0.00 | $0.00 | $2,891.18 | $550,046.95 |
| | Percent Paid: 5.70% | Notes: | | | | | | |
| 30 | THE ARLENE G. FRIED<br>REVOCABLE TRUST<br>c/o Catherine D.<br>Kretzschmar, Esq.<br>Akerman LLP<br>350 E. Las Olas Blvd., Suite<br>1600<br>Fort Lauderdale FL 33301 | General Unsecured 726(a)(2) | 7100-000 | $1,700,000.00 | $0.00 | $0.00 | $96,847.32 | $453,199.63 |
| | Percent Paid: 5.70% | Notes: | | | | | | |
| 31 | ROBYN WEISS<br>REVOCABLE TRUST<br>c/o Catherine D.<br>Kretzschmar, Esq.<br>Akerman LLP<br>350 E. Las Olas Blvd., Suite<br>1600<br>Fort Lauderdale FL 33301 | General Unsecured 726(a)(2) | 7100-000 | $600,000.00 | $0.00 | $0.00 | $34,181.41 | $419,018.22 |
| | Percent Paid: 5.70% | Notes: | | | | | | |
| 32 | WILLIAM HYMAN<br>FAMILY TRUST<br>c/o Catherine D.<br>Kretzschmar, Esq.<br>Akerman LLP<br>350 E. Las Olas Blvd., Suite<br>1600<br>Fort Lauderdale FL 33301 | General Unsecured 726(a)(2) | 7100-000 | $1,200,000.00 | $0.00 | $0.00 | $68,362.81 | $350,655.41 |
| | Percent Paid: 5.70% | Notes: | | | | | | |
| 33A | JAY SHECHTMAN<br>811 SW 7th Avenue<br>Ft Lauderdale FL 33315 | General Unsecured 726(a)(2) | 7100-000 | $100,000.00 | $0.00 | $0.00 | $5,696.90 | $344,958.51 |
| | Percent Paid: 5.70% | Notes: | | | | | | |
| 34 | JENNIFER FRIEND<br>9635 Waterview Way<br>Pompano Beach FL 33076 | General Unsecured 726(a)(2) | 7100-000 | $100,000.00 | $0.00 | $0.00 | $5,696.90 | $339,261.61 |
| | Percent Paid: 5.70% | Notes: | | | | | | |
| 36 | ARGO PARTNERS<br>Lola Pasahow Trust<br>26910 Grand Central Pkwy<br>Floral Park NY 11005 | General Unsecured 726(a)(2) | 7100-000 | $100,000.00 | $0.00 | $0.00 | $5,696.90 | $333,564.71 |
| | Percent Paid: 5.70% | Notes: | | | | | | |
| 37 | RACHEL WEISS<br>2124 NE 59 Place<br>Fort Lauderdale FL 33308 | General Unsecured 726(a)(2) | 7100-000 | $150,000.00 | $0.00 | $0.00 | $8,545.35 | $325,019.36 |
| | Percent Paid: 5.70% | Notes: | | | | | | |

**PROPOSED CLAIM DISTRIBUTION REPORT**

| | |
|---|---|
| **Trustee Name:** | Marc P. Barmat |
| **Case Number:** | 18-13389-PDR |
| **Case Name:** | SUMMIT FINANCIAL CORP. |
| **Claims Bar Date:** | 09/04/2019 |

| | |
|---|---|
| **Distribution Date:** | 01/12/2022 |
| **Distribution Amt:** | $1,250,000.00 |
| **Tax ID:** | 59-2470828 |
| **Date:** | 1/12/2022 |

| Claim No | Creditor Name: | Claim Class | Transaction Code | Amount | Paid to Date | Interest | Proposed Paymt | Balance |
|---|---|---|---|---|---|---|---|---|
| | | | | **Proposed Distribution** | | | | |
| 38 | ANDREW R. WEISS TRUST AGREEMENT 2124 NE 59 Place Fort Lauderdale FL 33308 | General Unsecured 726(a)(2) | 7100-000 | $150,000.00 | $0.00 | $0.00 | $8,545.35 | $316,474.01 |
| | Percent Paid: 5.70% | Notes: | | | | | | |
| 39 | ELISSA WEISS 2124 NE 59 Place Fort Lauderdale FL 33308 | General Unsecured 726(a)(2) | 7100-000 | $125,000.00 | $0.00 | $0.00 | $7,121.13 | $309,352.88 |
| | Percent Paid: 5.70% | Notes: | | | | | | |
| 40 | SAPURSTEIN AND BLOCH, P.A. 9700 South Dixie Highway Suite 1000 Miami FL 33156 | General Unsecured 726(a)(2) | 7100-000 | $1,788.00 | $0.00 | $0.00 | $101.86 | $309,251.02 |
| | Percent Paid: 5.70% | Notes: (40-1) legal services rendered and court costs expended | | | | | | |
| 41 | SYDELLE LAZAR 21438 Linwood Ct Boca Raton FL 33433 | General Unsecured 726(a)(2) | 7100-000 | $600,000.00 | $0.00 | $0.00 | $34,181.41 | $275,069.61 |
| | Percent Paid: 5.70% | Notes: | | | | | | |
| 41 | SYDELLE LAZAR 21438 Linwood Court Boca Raton FL 33433 | General Unsecured 726(a)(2) | 7100-000 | $600,000.00 | $0.00 | $0.00 | $34,181.41 | $240,888.20 |
| | Percent Paid: 5.70% | Notes: | | | | | | |
| 43 | KENNETH GILLMAN 132 Terrace Linda Place Palm Beach Gardens FL 33418 | General Unsecured 726(a)(2) | 7100-000 | $250,000.00 | $0.00 | $0.00 | $14,242.25 | $226,645.95 |
| | Percent Paid: 5.70% | Notes: | | | | | | |
| 44 | PATRICIA GILLMAN REVOCABLE TRUST - DTD 11/14/2012 7001 Islegrove Place Boca Raton FL 33433 | General Unsecured 726(a)(2) | 7100-000 | $50,000.00 | $0.00 | $0.00 | $2,848.45 | $223,797.50 |
| | Percent Paid: 5.70% | Notes: | | | | | | |
| 45 | PENSCO TRUST COMPANY LLC CUSTODIAN FBO ROBERT HEND Pensco Trust Company LLC Custodian FBO Robert Hendler IRA PO Box 173859 Denver CO 80217-3859 | General Unsecured 726(a)(2) | 7100-000 | $700,000.00 | $0.00 | $0.00 | $39,878.31 | $183,919.19 |
| | Percent Paid: 5.70% | Notes: | | | | | | |
| 46 | SAUL GITOMER 10036 Hardy Dr Overland Park KS 66212 | General Unsecured 726(a)(2) | 7100-000 | $409,212.00 | $0.00 | $0.00 | $23,312.40 | $160,606.79 |
| | Percent Paid: 5.70% | Notes: | | | | | | |
| 47 | SHERRY K. SELIGSON 10036 Hardy Drive Overland Park KS 66212 | General Unsecured 726(a)(2) | 7100-000 | $60,445.00 | $0.00 | $0.00 | $3,443.49 | $157,163.30 |

**PROPOSED CLAIM DISTRIBUTION REPORT**

| | |
|---|---|
| **Trustee Name:** Marc P. Barmat | **Distribution Date:** 01/12/2022 |
| **Case Number:** 18-13389-PDR | **Distribution Amt:** $1,250,000.00 |
| **Case Name:** SUMMIT FINANCIAL CORP. | **Tax ID:** 59-2470828 |
| **Claims Bar Date:** 09/04/2019 | **Date:** 1/12/2022 |

| Claim No | Creditor Name: | Claim Class | Transaction Code | Proposed Distribution | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Amount | Paid to Date | Interest | Proposed Paymt | Balance |
| | Percent Paid: 5.70% | Notes: | | | | | | |
| 48 | CROWE HORWATH LLP POB 3697 Oak Brook IL 60522 | General Unsecured 726(a)(2) | 7100-000 | $79,899.25 | $0.00 | $0.00 | $4,551.78 | $152,611.52 |
| | Percent Paid: 5.70% | Notes: | | | | | | |
| 49 | ROBIN L. PEKKALA Robin L. Pekkala 42 Cayman Place Palm Beach Gardens FL 33418 | General Unsecured 726(a)(2) | 7100-000 | $300,000.00 | $0.00 | $0.00 | $17,090.70 | $135,520.82 |
| | Percent Paid: 5.70% | Notes: | | | | | | |
| 52 | KILLGORE, PEARLMAN, SEMANIE, DENIUS & SQUIRES, P.A P.O. Box 1913 Orlando FL 32802 | General Unsecured 726(a)(2) | 7100-000 | $6,596.90 | $0.00 | $0.00 | $375.82 | $135,145.00 |
| | Percent Paid: 5.70% | Notes: | | | | | | |
| 57 | BONIAL & ASSOCIATES, P.C. Bonial & Associates, P.C. 7501 Ester Blvd., Suite 190 c/o #224108 Irving TX 75063 | General Unsecured 726(a)(2) | 7100-000 | $5,431.00 | $0.00 | $0.00 | $309.40 | $134,835.60 |
| | Percent Paid: 5.70% | Notes: | | | | | | |
| 58 | MATTHEW GORSTEIN 21 Rivers Point Row 12H Charleston SC 29412 | General Unsecured 726(a)(2) | 7100-000 | $8,700.00 | $0.00 | $0.00 | $495.63 | $134,339.97 |
| | Percent Paid: 5.70% | Notes: | | | | | | |
| 59 | SUDHIRA ARGADE 6961 NW 66TH STREET PARKLAND FL 33067 | General Unsecured 726(a)(2) | 7100-000 | $745,587.00 | $0.00 | $0.00 | $42,475.35 | $91,864.62 |
| | Percent Paid: 5.70% | Notes: | | | | | | |
| 60 | VIMAL TAMBAY 6961 NW 66 St Pompano Beach FL 33067 | General Unsecured 726(a)(2) | 7100-000 | $100,000.00 | $0.00 | $0.00 | $5,696.90 | $86,167.72 |
| | Percent Paid: 5.70% | Notes: | | | | | | |
| 61 | MAINSTAR TRUST / FBO SUDHIRA ARGADE IRA 6961 NW 66TH ST PARKLAND FL 33067 | General Unsecured 726(a)(2) | 7100-000 | $170,000.00 | $0.00 | $0.00 | $9,684.73 | $76,482.99 |
| | Percent Paid: 5.70% | Notes: | | | | | | |
| 62 | JEROME HULAK 5865/ 2 Forest Grove Dr Boynton Beach FL 33437 | General Unsecured 726(a)(2) | 7100-000 | $85,000.00 | $0.00 | $0.00 | $4,842.37 | $71,640.62 |
| | Percent Paid: 5.70% | Notes: | | | | | | |

**PROPOSED CLAIM DISTRIBUTION REPORT**

| Trustee Name: | Marc P. Barmat | Distribution Date: | 01/12/2022 |
|---|---|---|---|
| Case Number: | 18-13389-PDR | Distribution Amt: | $1,250,000.00 |
| Case Name: | SUMMIT FINANCIAL CORP. | Tax ID: | 59-2470828 |
| Claims Bar Date: | 09/04/2019 | Date: | 1/12/2022 |

| Claim No | Creditor Name: | Claim Class | Transaction Code | Proposed Distribution | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Amount | Paid to Date | Interest | Proposed Paymt | Balance |
| 63 | FEDEX CORPORATE SERVICES INC. Fedex Corporate Services Inc. 3965 Airways Blvd, Module G. 3rd Floor Memphis TN 38116-5017 | General Unsecured 726(a)(2) | 7100-000 | $4,207.60 | $0.00 | $0.00 | $239.70 | $71,400.92 |
| | Percent Paid: 5.70% | Notes: | | | | | | |
| 65 | BYPASS TRUST HASMUKH &#038; CHANDRAVALLI PATEL 05 REV T Law Offices of Alfred L. Rinaldo Jr 1754 Technology Drive., 120 F SAN JOSE CA 95110 | General Unsecured 726(a)(2) | 7100-000 | $735,086.00 | $0.00 | $0.00 | $41,877.12 | $29,523.80 |
| | Percent Paid: 5.70% | Notes: Order Allowing Late Filed Claim ECF NO. 329 | | | | | | |
| 66 | RAJIV GUDKA 101 Kingsbridge Ct Roseville CA 95747 | General Unsecured 726(a)(2) | 7100-000 | $140,000.00 | $0.00 | $0.00 | $7,975.66 | $21,548.14 |
| | Percent Paid: 5.70% | Notes: Order Allowing Late Filed Claim ECF NO.324 | | | | | | |
| 67 | SHIL RAJIV GUDKA Law Offices of Alfred L. Rinaldo Jr 1754 Technology Drive., 120 F SAN JOSE CA 95110 | General Unsecured 726(a)(2) | 7100-000 | $240,000.00 | $0.00 | $0.00 | $13,672.56 | $7,875.58 |
| | Percent Paid: 5.70% | Notes: Order allowing late filed claims ECF NO.323 | | | | | | |
| 68 | ROBERT S COHEN 41 West Prospect St Waldwick NJ 07436 | General Unsecured 726(a)(2) | 7100-000 | $100,000.00 | $0.00 | $0.00 | $5,696.90 | $2,178.68 |
| | Percent Paid: 5.70% | Notes: | | | | | | |
| 72 | MATTHEW GORSTEIN 21 Rivers Point Row 12H Charleston SC 29412 | General Unsecured 726(a)(2) | 7100-000 | $8,700.00 | $0.00 | $0.00 | $495.63 | $1,683.05 |
| | Percent Paid: 5.70% | Notes: | | | | | | |
| 73 | FORCE ONE RECOVERY 4920 SW 104th Ave. Cooper City FL 33328 | General Unsecured 726(a)(2) | 7100-000 | $1,469.00 | $0.00 | $0.00 | $83.69 | $1,599.36 |
| | Percent Paid: 5.70% | Notes: | | | | | | |
| 74 | DIGITAL RECOGNITION NETWORK PO Box 840975 Dallas TX 75284-0975 | General Unsecured 726(a)(2) | 7100-000 | $5,250.00 | $0.00 | $0.00 | $299.09 | $1,300.27 |
| | Percent Paid: 5.70% | Notes: | | | | | | |
| 75 | CT CORPORATION SYSTEM P.O. Box 4349 Carol Stream IL 60197 | General Unsecured 726(a)(2) | 7100-000 | $99.00 | $0.00 | $0.00 | $5.64 | $1,294.63 |
| | Percent Paid: 5.70% | Notes: | | | | | | |

**PROPOSED CLAIM DISTRIBUTION REPORT**

| Trustee Name: | Marc P. Barmat | | Distribution Date: | 01/12/2022 |
|---|---|---|---|---|
| Case Number: | 18-13389-PDR | | Distribution Amt: | $1,250,000.00 |
| Case Name: | SUMMIT FINANCIAL CORP. | | Tax ID: | 59-2470828 |
| Claims Bar Date: | 09/04/2019 | | Date: | 1/12/2022 |

| Claim No | Creditor Name: | Claim Class | Transaction Code | Proposed Distribution | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Amount | Paid to Date | Interest | Proposed Paymt | Balance |
| 76 | DEFI SOLUTIONS 1026 Texan Trail., Suite 150 Grapevine TX 76051 | General Unsecured 726(a)(2) | 7100-000 | $22,064.70 | $0.00 | $0.00 | $1,257.00 | $37.63 |
| | Percent Paid: 5.70% | Notes: | | | | | | |
| 77 | FLORIDA POWER AND LIGHT FPL /Bankruptcy Dept./ RRD/LFO 4200 W. Flagler St. Miami FL 33134 | General Unsecured 726(a)(2) | 7100-000 | $660.51 | $0.00 | $0.00 | $37.63 | $0.00 |
| | Percent Paid: 5.70% | Notes: (77-1) Electric Service | | | | | | |
| Sub-Totals: General Unsecured 726(a)(2) | | | | $20,083,603.42 | $0.00 | $0.00 | $1,144,143.03 | |
| | | | **TOTALS:** | $20,189,460.39 | $0.00 | $0.00 | $1,250,000.00 | |