UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In Re:

SUMMIT FINANCIAL CORP.,                       CASE NO. 18-13389-PDR
                                              Chapter 7
    Debtor.
_____/

**TRUSTEE'S AMENDED MOTION FOR AUTHORITY TO MAKE SECOND INTERIM DISTRIBUTION TO GENERAL UNSECURED CREDITORS**

Marc P. Barmat (the "**Trustee**"), the duly appointed and acting Chapter 7 trustee of the estate of Summit Financial Corp. (the "**Debtor**"), files this *Motion for Authority to Make Second Interim Distribution to General Unsecured Creditors* (the "**Motion**") and states:

**Jurisdiction and Venue**

1.    This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§157 and 1334. The subject matter of this Motion is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A). Venue is proper before this Court pursuant to 28 U.S.C. §§1408 and 1409.

**Background**

2.    On March 23, 2018, the Debtor filed a voluntary bankruptcy proceeding under Chapter 11 of the Bankruptcy Code in the Southern District of Florida. On June 19, 2019, the case was converted to a Chapter 7.

3.    Marc P. Barmat is the duly appointed, qualified and acting Trustee for the bankruptcy estate of Summit Financial Corp.

4.    On January 27, 2022, the Court entered an *Order Granting Trustee's Motion for Authority to Make First Interim Distribution to General Unsecured Creditors* [ECF No. 784], which was subsequently amended [ECF Nos. 792 and 793].

1

5. In accordance with the orders authorizing a first interim distribution to general unsecured creditors, the Trustee distributed $1,250,000.

6. All claims objections were resolved prior to the first interim distribution.

7. As of the date of this motion, the Trustee has $607,444.17 of funds on hand.

8. This case is ripe for a second interim distribution, which has been requested by certain creditors.

## Relief Requested

9. By this Motion, the Trustee seeks to make an interim distribution in the amount of $400,000 to the remaining, allowed general unsecured creditors.

10. After filing Trustee's *Motion for Authority to Make Second Interim Distribution to General Unsecured Creditors* [ECF No. 807], the Trustee became aware that Gregory A. Thomas's Proof of Claim No. 80 [ECF No. 760], was mistakenly not included in the Trustee's first interim distribution. Accordingly, a revised **Exhibit A**, attached hereto, provides for a distribution to Gregory A. Thomas in an amount equal to the *pro rata* distribution that should have been paid in the first interim distribution, plus the appropriate *pro rata* amount for the proposed second interim distribution.

11. The Trustee proposes to pay a *pro rata* distribution to the allowed general unsecured creditors as set forth in **Exhibit A**.

WHEREFORE, the Trustee respectfully requests that this Honorable Court enter an order: (i) granting this Motion; (ii) authorizing the Trustee to distribute the aggregate amount of $400,000.00 to the remaining, allowed general unsecured creditors, in amounts set forth in Exhibit A; and (iii) granting such other and further relief as this Court deems just and proper.

Respectfully submitted this September 30, 2022.

MARC P. BARMAT
*Counsel for Chapter 7 Trustee*
2255 Glades Road. Suite 419A
Boca Raton, FL 33431
Tel: (561) 395-0500

By:  */s/ Marc P. Barmat*
      Marc P. Barmat
      E-mail: mbarmat@furrcohen.com

# **EXHIBIT "A"**

# Claims Proposed Distribution

Case: 18-13389-PDR  SUMMIT FINANCIAL CORP.
Report Includes ONLY Claims with a Proposed Distribution

Marc P. Barnat, Trustee
Case Balance: $607,444.17
Total Proposed Payment: $400,000.00
Remaining Balance: $207,444.17

| # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 4 | Dunbar Armored Inc. | | $794.76 | $794.76 | $46.67 | $748.09 | $15.52 | $607,428.65 |
| 5 | Ronni Wheeler | | $800,000.00 | $800,000.00 | $46,978.70 | $753,021.30 | $15,615.77 | $591,812.88 |
| 6 | Kastenbaum Family Partnership L.P. | | $375,000.00 | $375,000.00 | $22,021.27 | $352,978.73 | $7,319.89 | $584,492.99 |
| 7 | COHEN-ST. CLOUD, LLC | | $2,701,562.50 | $2,701,562.50 | $158,644.88 | $2,542,917.62 | $52,733.69 | $531,759.30 |
| | (7-1) two unsecured subordinated promissory notes | | | | | | | |
| 8 | Norman Blomberg and Karen J. Blomberg | | $400,000.00 | $400,000.00 | $23,489.35 | $376,510.65 | $7,807.88 | $523,951.42 |
| 9 | Zafi Gamlieli | | $300,000.00 | $300,000.00 | $17,617.01 | $282,382.99 | $5,855.91 | $518,095.51 |
| 10 | Wells Fargo Advisors FBO | | $700,000.00 | $700,000.00 | $41,106.37 | $658,893.63 | $13,663.78 | $504,431.73 |
| 11 | Wells Fargo Advisors FBO | | $950,000.00 | $950,000.00 | $55,787.21 | $894,212.79 | $18,543.71 | $485,888.02 |
| | (11-1) Transfer of Claim Reflects Different Mailing Address For Payments | | | | | | | |
| 12 | Rosalee Bogie-Ventura | | $50,000.00 | $50,000.00 | $2,936.17 | $47,063.83 | $975.98 | $484,912.04 |
| 13 | Sharon Bogie | | $60,000.00 | $60,000.00 | $3,523.40 | $56,476.60 | $1,171.18 | $483,740.86 |
| 18 | Dennis Lee Scott | | $1,108,283.66 | $1,108,283.66 | $65,082.16 | $1,043,201.50 | $21,633.36 | $462,107.50 |
| 19 | Warren Richard Weibe Jr. Sep IRA | | $180,000.00 | $180,000.00 | $10,570.21 | $169,429.79 | $3,513.54 | $458,593.96 |
| | Claim Amended Again ECF NO. 82 | | | | | | | |
| 20 | Michael Dittmore And Lynne Dittmore, | | $400,000.00 | $400,000.00 | $23,489.35 | $376,510.65 | $7,807.88 | $450,786.08 |
| 20 | Warren Richard Wiebe Jr. SEP-IRA | | $740,000.00 | $740,000.00 | $43,455.30 | $696,544.70 | $14,444.58 | $436,341.50 |
| 21 | Warren Richard Wiebe, Jr. | | $300,000.00 | $300,000.00 | $17,617.01 | $282,382.99 | $5,855.91 | $430,485.59 |

Page sub-total: $9,065,640.92  $9,065,640.92  $532,365.06  $8,533,275.86  $176,958.58

# Claims Proposed Distribution

Case: 18-13389-PDR  SUMMIT FINANCIAL CORP.
Report Includes ONLY Claims with a Proposed Distribution

Marc P. Barmat, Trustee
Case Balance: $607,444.17
Total Proposed Payment: $400,000.00
Remaining Balance: $207,444.17

| # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 22 | Warren Richard Wiebe, Jr. | | $400,000.00 | $400,000.00 | $23,489.36 | $376,510.64 | $7,807.87 | $422,677.72 |
| | Claim Amended Again ECF NO. 81 | | | | | | | |
| 23 | Experian, Inc. | | $6,516.54 | $6,516.54 | $382.67 | $6,133.87 | $127.20 | $422,550.52 |
| 24 | Experian, Inc. | | $5,500.00 | $5,500.00 | $322.98 | $5,177.02 | $107.36 | $422,443.16 |
| 25 | Iles Cooper | | $200,000.00 | $200,000.00 | $11,744.68 | $188,255.32 | $3,903.94 | $418,539.22 |
| 26 | Scott Cooper | | $200,000.00 | $200,000.00 | $11,744.68 | $188,255.32 | $3,903.94 | $414,635.28 |
| 27 | Sandra L. Cole Revocable Trust | | $300,000.00 | $300,000.00 | $17,617.01 | $282,382.99 | $5,855.91 | $410,731.34 |
| 28 | Judith Goldberg | | $50,750.00 | $50,750.00 | $2,980.21 | $47,769.79 | $990.63 | $404,875.43 |
| 10 | Max Resnick | | $1,700,000.00 | $1,700,000.00 | $99,829.74 | $1,600,170.26 | $33,183.49 | $403,884.80 |
| 30 | Andrew Weiss Trustee | | $600,000.00 | $600,000.00 | $35,234.03 | $564,765.97 | $11,711.82 | $370,701.31 |
| 31 | Robyn Weiss | | $1,200,000.00 | $1,200,000.00 | $70,468.05 | $1,129,531.95 | $23,423.64 | $358,989.49 |
| 32 | Robyn Weiss | | $100,000.00 | $100,000.00 | $5,872.35 | $94,127.65 | $1,951.96 | $335,565.85 |
| 33 | Jay Shechtman | | $100,000.00 | $100,000.00 | $5,872.34 | $94,127.66 | $1,951.97 | $333,613.89 |
| 14 | Jennifer Friend | | $100,000.00 | $100,000.00 | $5,872.34 | $94,127.66 | $1,951.97 | $331,661.92 |
| 36 | Argo Partners | | $150,000.00 | $150,000.00 | $8,808.51 | $141,191.49 | $2,927.95 | $329,709.95 |
| 37 | Rachel Weiss | | $150,000.00 | $150,000.00 | $8,808.51 | $141,191.49 | $2,927.95 | $326,782.00 |
| 38 | Andrew R. Weiss Trust Agreement | | $125,000.00 | $125,000.00 | $7,340.42 | $117,659.58 | $2,439.96 | $323,854.05 |
| 39 | Elissa Weiss | | | | | | | $321,414.09 |
| | Page sub-total : | | $5,587,766.54 | $5,587,766.54 | $328,132.56 | $5,259,633.98 | $109,071.50 | |

# Claims Proposed Distribution

Case: 18-13389-PDR  SUMMIT FINANCIAL CORP.
Report Includes ONLY Claims with a Proposed Distribution

Marc P. Barnat, Trustee
Case Balance: $607,444.17
Total Proposed Payment: $400,000.00
Remaining Balance: $207,444.17

| # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 40 | Sapurstein and Bloch, P.A. | (40-1) legal services rendered and court costs expended | $1,788.00 | $1,788.00 | $105.00 | $1,683.00 | $34.90 | $321,379.19 |
| 41 | Sydelle Lazar | | $600,000.00 | $600,000.00 | $35,234.03 | $564,765.97 | $11,711.82 | $309,667.37 |
| 43 | Kenneth Gillman | | $250,000.00 | $250,000.00 | $14,680.84 | $235,319.16 | $4,879.93 | $304,787.44 |
| 44 | Patricia Gillman Revocable Trust - DTD 11/14/2012 | | $50,000.00 | $50,000.00 | $2,936.17 | $47,063.83 | $975.98 | $303,811.46 |
| 45 | Robert Hendler IRA | | $700,000.00 | $700,000.00 | $41,106.37 | $658,893.63 | $13,663.78 | $290,147.68 |
| 46 | Saul Gitomer | | $409,212.00 | $409,212.00 | $24,030.31 | $385,181.69 | $7,987.70 | $282,159.98 |
| 47 | Sherry K. Seligson | | $60,445.00 | $60,445.00 | $3,549.53 | $56,895.47 | $1,179.87 | $280,980.11 |
| 48 | Crowe Horwath LLP | | $79,899.25 | $79,899.25 | $4,691.95 | $75,207.30 | $1,559.61 | $279,420.50 |
| 49 | Robin L. Pekkala | | $300,000.00 | $300,000.00 | $17,617.01 | $282,382.99 | $5,855.91 | $273,564.59 |
| 52 | Killgore, Pearlman, Semanie, Denius & Squires, P.A | | $6,596.90 | $6,596.90 | $387.39 | $6,209.51 | $128.77 | $273,435.82 |
| 57 | Bonial & Associates, P.C. | | $5,431.00 | $5,431.00 | $318.94 | $5,112.06 | $106.00 | $273,329.82 |
| 58 | Matthew Gorstein | New address: 1298 Julian Clark Road, Charleston SC 29412 | $8,700.00 | $8,700.00 | $510.89 | $8,189.11 | $169.82 | $273,160.00 |
| 59 | SUDHIRA ARGADE | | $745,587.00 | $745,587.00 | $43,783.39 | $701,803.61 | $14,553.63 | $258,606.37 |
| 60 | Vimal Tambay | | $100,000.00 | $100,000.00 | $5,872.34 | $94,127.66 | $1,951.97 | $256,654.40 |
| 61 | MAINSTAR TRUST / FBO SUDHIRA ARGADE IRA | | $170,000.00 | $170,000.00 | $9,982.97 | $160,017.03 | $3,318.35 | $253,336.05 |
| 62 | Jerome Hulak | | $85,000.00 | $85,000.00 | $4,991.49 | $80,008.51 | $1,659.17 | $251,676.88 |

Page sub-total : $3,572,659.15  $3,572,659.15  $209,798.62  $3,362,860.53  $69,737.21

# Claims Proposed Distribution

Case: 18-13389-PDR  SUMMIT FINANCIAL CORP.
Report Includes ONLY Claims with a Proposed Distribution

Marc P. Barmat, Trustee
Case Balance: $607,444.17
Total Proposed Payment: $400,000.00
Remaining Balance: $207,444.17

| # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 63 | FedEx Corporate Services Inc. | | $4,207.60 | $4,207.60 | $247.08 | $3,960.52 | $82.14 | $251,594.74 |
| 65 | BYPASS TRUST HASMUKH & CHANDRAVALLI PATEL 05 REV T | | $735,086.00 | $735,086.00 | $43,166.73 | $691,919.27 | $14,348.66 | $237,246.08 |
| | Order Allowing Late Filed Claim ECF NO. 329 | | | | | | | |
| 66 | Rajiv Gudka | | $140,000.00 | $140,000.00 | $8,221.27 | $131,778.73 | $2,732.76 | $234,513.32 |
| | Order Allowing Late Filed Claim ECF NO.324 | | | | | | | |
| 67 | SHIL RAJIV GUDKA | | $240,000.00 | $240,000.00 | $14,093.61 | $225,906.39 | $4,684.73 | $229,828.59 |
| | Order allowing late filed claims ECF NO.323 | | | | | | | |
| 68 | Bradford Capital Holdings, LP | | $100,000.00 | $100,000.00 | $5,872.34 | $94,127.66 | $1,951.97 | $227,876.62 |
| 12 | Matthew Gorstein | | $8,700.00 | $8,700.00 | $510.89 | $8,189.11 | $169.82 | $227,706.80 |
| 8 | Force One Recovery | | $1,469.00 | $1,469.00 | $86.26 | $1,382.74 | $28.68 | $227,678.12 |
| 74 | Digital Recognition Network | | $5,250.00 | $5,250.00 | $308.30 | $4,941.70 | $102.48 | $227,575.64 |
| 75 | CT Corporation System | | $99.00 | $99.00 | $5.81 | $93.19 | $1.94 | $227,573.70 |
| 76 | Defi Solutions | | $22,064.70 | $22,064.70 | $1,295.71 | $20,768.99 | $430.70 | $227,143.00 |
| 7 | Florida Power and Light | | $660.51 | $660.51 | $38.79 | $621.72 | $12.89 | $227,130.11 |
| | (77-1) Electric Service | | | | | | | |
| 80 | Gregory A. Thomas | | $251,599.80 | $251,599.80 | $0.00 | $251,599.80 | $19,685.94 | $207,444.17 |
| | ECF NO. 760 | | | | | | | |
| | Page sub-total : | | $1,509,136.61 | $1,509,136.61 | $73,846.79 | $1,435,289.82 | $44,232.71 | |

# Claims Proposed Distribution

Case: 18-13389-PDR  SUMMIT FINANCIAL CORP.
Report Includes ONLY Claims with a Proposed Distribution

Marc P. Barnat, Trustee

**Case Balance:** $607,444.17
**Total Proposed Payment:** $400,000.00
**Remaining Balance:** $207,444.17

| # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|

## Case Summary

Total Claims: 2.02%

| | | | 9,735,203.22 | 19,735,203.22 | $1,144,143.03 | | $400,000.00 | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Page sub-total : | | | $19,735,203.22 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Grand Total : | | | $19,735,203.22 | $0.00 | $1,144,143.03 | $18,591,060.19 | $400,000.00 | $0.00 |